FinCEN: FBAR- FX24-200767701
CAF# 0316-29633

Beneficiary/Grantee: Nassoma-Am
Morgan-Grant a third party interven
with real party interest domiciling
outside federal district within non-
military private state
Private American National Non-
Domestic Non-Military

**Fill in this information to identify your case:**

CREDITOR
~~Debtor 1~~     NASSOMA AMINA MORGAN-GRANT

First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Florida

Case number   24-18665-PDR
(If known)

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ............................. | $ 4,000.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ..................................... | $ |

**Part 2:    Summarize Your Liabilities**

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................ | $ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................. | + $ |
| **Your total liabilities** | $ |

**Part 3:    Summarize Your Income and Expenses**

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ..................................................... | $ |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ..................................................... | $ |

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party in domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

Debtor 1   NASSOMA AMINA MORGAN-GRANT

First Name    Middle Name    Last Name

Case number *(if known)* 24-18665-PDR

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

---

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ _____

   9d. Student loans. (Copy line 6f.)    $ _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    **+** $ _____

   9g. **Total.** Add lines 9a through 9f.    $ _____

**Fill in this information to identify your case and this filing:**

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

Creditor/Debtor 1: Nassoma-Amina-Morgan-Grant beneficiary
NASSOMA AMIN MORGAN GRANT
First Name          Middle Name          Last Name

Debtor 2 (Spouse, if filing)
First Name          Middle Name          Last Name

FinCEN: FBAR- FX24-200767701
CAF# 0316-29633

United States Bankruptcy Court for the: Southern District of Florida

Case number    24=18665-PDR

☑ Check if this is an amended filing

FILED-USBC, FLS-FTL

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. The East Lot of 629 all of Lot 630 less The East 25 feet thereof, The Third addition of Sunrise Golf Village Section Four According to Plat thereof, as recorded in Plat Book 58, at Page 20 of the Public Records of Broward County, Florida
Street address, if available, or other description

Sunrise          Florida Republic Exempt
City              State      ZIP Code

The east lot Plantation Grounds Gredes Plantation

Broward
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other  Dwelling/Domicile

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: Instruments:118346098,119686491,

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ 500,000.00
**Current value of the portion you own?**  $ 100% Equitable

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life Estate Equitable rights Trust

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. The east lot Plantation Greeders
Street address, if available, or other description

Plantation          Florida Republic Exempt
City              State      ZIP Code

Broward
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other  Dwelling/Domicile

**Who has an interest in the property?** Check one.
☑ Debtor 1 only  Creditor 1
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: Instruments: 118410011,

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ 900,000.00
**Current value of the portion you own?**  $ 100% Equitable

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life Estate, Equitable Rights Trust P

☐ Check if this is community property (see instructions)

CREDITOR
~~Debtor 1~~

*Nassoma Amina Morgan-Grant*

NASSOMA AMIN MORGAN-GRANT

First Name    Middle Name    Last Name

Case number (if known) 24=18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private statePrivate American National Non-Domestic Non-Military.

---

1.3.
Street address, if available, or other description

_____

_____

City    State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...........................→

$_____

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:  **KIA**
Model:  **SORRENT/**
Year:  **2013**
Approximate mileage:  **150,000**
Other information:

Doesnt work for the last 3 years

**Who has an interest in the property?** Check one.

☑ ~~Debtor 1 only~~  Creditor
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$  1,000.00

**Current value of the portion you own?**

$  1000.oo

If you own or have more than one, describe here:

3.2.  Make:  _____
Model:  _____
Year:  _____
Approximate mileage:  _____
Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

---

Creditor
~~Debtor 1~~

*Nassoma-amina Morgan-grant* (handwritten)

NASSOMA AMINA MORGAN-GRANT

First Name        Middle Name        Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military

Case number *(if known)* 24=18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military

---

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

---

4.1. Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ......................................➔     $          1,000.00

---

Nassoma-Amina Morgan-Grant

Creditor
~Debtor 1~

NASSOMA AMIN MORGAN-GRANT

First Name    Middle Name    Last Name

Case number (if known) 24-18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party
intervener with real party interest domiciling outside federal district
within non-military private state
Private American National Non-Domestic Non-Military.

| Part 3: | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware

   ☑ No
   ☐ Yes. Describe.........                                             $_____

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No
   ☐ Yes. Describe..........                                            $_____

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..........                                            $_____

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..........                                            $_____

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe..........                                           $_____

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.......... Clothes and Shoes                         $_____2,500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe.......... Earrings, Necklace                        $_____400.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.......... Cat owned by my daughters                 $_____100.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☐ Yes. Give specific information. ..............                    $_____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................➔   $_____3,000.00

Nassoma-Amina Morgan-grant

Creditor
-- Debtor 1 --    NASSOMA AMIN MORGAN-GRANT

First Name    Middle Name    Last Name

Case number *(if known)* 24=18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener
with real party interest domiciling outside federal district within non-military
private statePrivate American National Non-Domestic Non-Military.

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ...................................................................................................    Cash: ......................    $              200.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America | $         500.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | Dade County Credit Union | $       1,000.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Charles Swcab | $         200.00 |
| 17.7. Other financial account: | Fidility | $ |
| 17.8. Other financial account: | Vangard | $         100.00 |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ................        Institution or issuer name:

| | | |
|---|---|---|
| NASSOMA AMINA MORGAN BIRTH CERTIFICATE   156-75- | UNLIMTED VALUE | $    50,000,000.00 |
| NASSOMA AMINA MORGAN-GRANT SOCIAL SECURITY NUMBER ***-**-1054 | UNLIMITED VALUE | $    50,000,000.00 |
| NASSOMA AMINA MORGAN-GRANT / DWIGHT GRANT MARRIAGE CERTIFICATE | | $    20,000,000.00 |
| PROMISSORY BOND VIA US TREASURY  REGISTERED MAIL | | 4,000,000.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Uphold | 0%0.1%   % | $       5,000.00 |
| | 0%   % | $ |
| | 0%   % | $ |

*Nassoma-Amina: Morgan=Grant* (handwritten)

Creditor
--Debtor 1--   **NASSOMA AMIN MORGAN-GRANT**   Case number (if known) 24=18665-PDR
   First Name   Middle Name   Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener
with real party interest domiciling outside federal district within non-military
private statePrivate American National Non-Domestic Non-Military.

**20. Government and corporate bonds and other negotiable and non-negotiable instruments.**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific   Issuer name:
information about   Not sure what is meant by tis   $ _____
them..................
   $ _____
   $ _____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.   Type of account:   Institution name:

   401(k) or similar plan:   Miami-Dade County 410 Nation wide   $ 75,000.00

   Pension plan:   Miami Dade County   $ 700,000.00

   IRA:   _____   $ _____

   Retirement account:   _____   $ _____

   Keogh:   _____   $ _____

   Additional account:   _____   · $ _____

   Additional account:   _____   $ _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No

☑ Yes ..........................   Institution name or individual:

   Electric:   Florida Power and light  Deposit Unknown,  They have my SS   $ 2,000.00

   Gas:   _____   $ _____

   Heating oil:   _____   $ _____

   Security deposit on rental unit: _____   $ _____

   Prepaid rent:   _____   $ _____

   Telephone:   _____   $ _____

   Water:   Plantation Utility  Deposit Unknown,   $ 2,000.00

   Rented furniture:   _____   $ _____

   Other:   _____   $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..........................   Issuer name and description:
   _____   $ _____
   _____   $ _____
   _____   $ _____

Creditor
--Debtor 1--
NASSOMA AMIN MORGAN-GRANT
First Name    Middle Name    Last Name

Case 24-18665-PDR    Doc 64    Filed 01/22/25    Page 9 of 46

Case number (if known) 24=18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party
intervener with real party interest domiciling outside federal district
within non-military private state
Private American National Non-Domestic Non-Military.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes ................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$_____

$_____

$_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

❑ No

☑ Yes. Give specific information about them.... | ALL INTEREST IS EQUITABLE, DO NOT KNOW VALUE. THEY ARE ALL FOR THE BENEFIT FOR THE TRUST | $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

❑ No

☑ Yes. Give specific information about them.... | MY name: NASSOMA AMINA MORGAN VALUE UNLIMITED AND OWNED BY THE TRUST | $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific information about them.... | | $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

❑ No

❑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................... | UKNOWN OF ANY OWED BACK TO ME RIGHT NOWN |
| Federal: | $_____
| State: | $_____
| Local: | $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information. .............. |
| Alimony: | $_____
| Maintenance: | $_____
| Support: | $_____
| Divorce settlement: | $_____
| Property settlement: | $_____

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information. .............. | | $_____

Creditor    Nassoma-Amin Morgan-grant

----Debtor-1-    NASSOMA AMIN MORGAN-GRANT

First Name    Middle Name    Last Name

Case number *(if known)*    24=18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party
intervener with real party interest domiciling outside federal district
within-non-military-private-state-
Private American National Non-Domestic Non-Military.

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information..............    $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................    $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
to set off claims**

☐ No

☐ Yes. Describe each claim. ...................    I sent irs documents to IRS for investigation, for usage of my SSN    $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...........    $_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here .......................................................................➔    $ 124,782,000.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe......    $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe......    $_____

creditor Nassoma-amina: Morgan-Grant
Debtor 1
NASSOMA AMIN MORGAN-GRANT
First Name        Middle Name        Last Name

Case 24-18665-PDR    Doc 64    Filed 01/22/25    Page 11 of 46

Case number (if known) 24=18665-PDR

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

- ☑ No
- ☐ Yes. Describe...... $_____

**41. Inventory**

- ☑ No
- ☐ Yes. Describe....... $_____

**42. Interests in partnerships or joint ventures**

- ☑ No
- ☐ Yes. Describe....... 

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| | ____% | $_____ |
| | ____% | $_____ |
| | ____% | $_____ |

**43. Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe........ $_____

**44. Any business-related property you did not already list**

- ☑ No
- ☐ Yes. Give specific information ,........
  - $_____
  - $_____
  - $_____
  - $_____
  - $_____
  - $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ..................................................................... ➔ $_____ 0.00

---

**Part 6:     Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

- ☑ No
- ☐ Yes......................... $_____ 0.00

---

Debtor
NASSOMA AMIN MORGAN-GRANT

First Name | Middle Name | Last Name

Case number (if known) 24=18665-PDR

Beneficiary/Grantee Nassoma amin Morgan-Grant a third intervener with third party interest domicile imputed as domicile district within non-military private state Private American National Non-Domestic Non-Military.

**48. Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ........... $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ................... $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ................... $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ........... $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...** → $_____0.00_____

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............   Not to my knowledge   $_____

$_____

$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here ...** → $_____0.00_____

| Part 8: | List the Totals of Each Part of this Form |

**55. Part 1: Total real estate, line 2** ................................ → $_____0.00_____

**56. Part 2: Total vehicles, line 5** $_____1,000.00_____

**57. Part 3: Total personal and household items, line 15** $_____3,000.00_____

**58. Part 4: Total financial assets, line 36** $124,782,000.00

**59. Part 5: Total business-related property, line 45** $_____

**60. Part 6: Total farm- and fishing-related property, line 52** $_____

**61. Part 7: Total other property not listed, line 54** + $_____

**62. Total personal property. Add lines 56 through 61. ...............** $_____   Copy personal property total → + $_____

**63. Total of all property on Schedule A/B. Add line 55 + line 62** ................................ $ 124,786,000.00

**Fill in this information to identify your case:**

Creditor

~~Debtor 1~~  NASSOMA AMINA MORGAN-GRANT

First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number  24-18665-PDR
(If known)

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military,

☑ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Dwelling property minerals<br>Line from *Schedule A/B*: 1.1 | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit _____ | |
| Brief description: Dwelling property minerals<br>Line from *Schedule A/B*: 1.2 | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit _____ | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit _____ | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

NASSOMA AMINA MORGAN-GRANT

First Name        Middle Name        Last Name

Case number (if known)    24-18665-PDR

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non Military.

**Fill in this information to identify your case:**

Creditor
-Debtor 1-    NASSOMA AMINA MORGAN-GRANT
              First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number   24-18665-PDR
(If known)

☑ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1** NASSOMA AMINA MORGAN C/O
WELLS FARGO BANK NATIONAL TRUST  $ 789,000.00    $ _____    $ _____

Creditor's Name
420 Montgomery Street
Number      Street

Describe the property that secures the claim:
Dwelling/Property

San Francisco      CA    94163
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Creditor
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Setoff/Extinguish

Last 4 digits of account number _____

**2.2** NASSOMA AMINA MORGAN C/O
US BANK NATIONAL TRUSTEE  $ 500,000.00    $ _____    $ _____

Creditor's Name
800 Nicollet mall
Number      Street

Describe the property that secures the claim:
Dwelling/Property

Minneapolis      MN    55402
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Creditor
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Setoff-Extinguish

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 1,289,000.00

Nassoma Case 24-18665-PDR Doc 64

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener
with real party in-interest domicile outside federal district within non-military
private state/private American National Non-Domestic Non-Military.

Creditor
Debtor 1

NASSOMA AMINA MORGAN-GRANT

First Name    Middle Name    Last Name

Case number (if known)   24-18665-PDR

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check all that apply.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $_____

NASSOMA AMINA MORGAN-GRANT

Creditors
---Debtor 1---

First Name   Middle Name   Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with party interest providing jurisdiction
Private American National Non-Domestic Non-Military.

Case number (if known) 24-18665-PDR

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street | |
| City   State   ZIP Code | |

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a
third party intervener with real party interest domiciling
outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

**Fill in this information to identify your case:**

Creditor
Debtor 1    NASSOMA AMINA MORGAN GRANT beneficiary
     First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number 24-18665-PDR
(if known)

FinCEN: FBAR- FX24-
200767701
CAF# 0316-29633
☑ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   NASSOMA AMINA MORGAN C/O NELNET STUDENT LOANS
Priority Creditor's Name

Last 4 digits of account number   1   0   5   4    $ 31,110.60   $ 31,110.60   $

po box 2837
Number    Street

When was the debt incurred? _____

portland, OR 97208
City     State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only—  Creditor
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**2.2**   NASSOMA AMINA MORGAN C/O NAVY FEDERAL CREDIT UNION
Priority Creditor's Name

Last 4 digits of account number   1   0   5   4    $ 3,000.00   $   $

820 Follin Lane SE
Number    Street

When was the debt incurred? _____

Vienna Virgini    22180
City     State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only—  Creditor
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Nassoma -Amina morgen-Grant

Creditor
Debtor 1    NASSOA AMINA MORGN-GRANT

First Name    Middle Name    Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

NASSOMA AMINA MORGAN C/O NAVY FEDERAL CREDIT UNION
Priority Creditor's Name

820 Follin Lane SE
Number    Street

Vienna Virginia    22180
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only --- Creditor
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  1  0  5  4      $19,980.00  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☑ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**2.4**

NASSOMA AMINA MORGAN C/O CAPTIALONE CREDIT CARD
Priority Creditor's Name

Number    Street
6125 LAKE VIEW ROAD

Charotte    nc    28289
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only --- Creditor
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  1  0  5  4      $ 1,600.00  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☑ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**2.4**

NASSOMA AMINA  MORGAN c/o Nationwide Retirement Solutions
Priority Creditor's Name

Number    Street
PO BOX 182797

Columbus    oh    43218
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 Creditor
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  1  0  5  4      $14,000.00  $4,000.00  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☑ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

CREDITOR NASSOMA-AMINA: MORGAN-GRANT
Debtor 1

NASSOMA AMINA MORGAN-GRANT
First Name    Middle Name    Last Name

Case 24-18665-PDR    Doc 64    Filed 01/22/25    Page 20 of 46

Case number (if known) 24-18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |

**4.1**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

$_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

$_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

$_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Creditor
--Debtor-1-

Nassoma-Amina:Morgan-Grant

NASSOA AMINA MORGN-GRANT

First Name    Middle Name    Last Name

Case number *(if known)*    24-18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private American National Non-Domestic Non-Military.

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

_____

Nonpriority Creditor's Name

_____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

_____

Nonpriority Creditor's Name

_____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

_____

Nonpriority Creditor's Name

_____

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

Creditor -Debtor-1--

**NASSOA AMINA MORGN GRANT**

First Name    Middle Name    Last Name

Case number *(if known)* _____

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name _____

Number    Street _____

City _____    State    ZIP Code _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Creditor
~~Debtor 1~~  Nassoma –amina: morgan–grant beneficiary

NASSOA AMINA MORGN-GRANT

First Name    Middle Name    Last Name    Case number *(if known)* 24-18665-PDR

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state

Private American National Non-Domestic Non-Military.

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**                6a.   $ ____99,690.00____

6b. **Taxes and certain other debts you owe the government**                6b.   $ _____

6c. **Claims for death or personal injury while you were intoxicated**                6c.   $ _____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.                6d.   + $ _____

6e. **Total.** Add lines 6a through 6d.                6e.   $ ____99,690.00____

**Total claim**

**Total claims from Part 2**

6f. **Student loans**                6f.   $ _____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**                6g.   $ _____

6h. **Debts to pension or profit-sharing plans, and other similar debts**                6h.   $ _____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.                6i.   + $ _____

6j. **Total.** Add lines 6f through 6i.                6j.   $ _____

**Fill in this information to identify your case:**

Creditor
~Debtor~ NASSOMA AMINA MORGAN-GRANT
First Name   Middle Name   Last Name

Debtor 2
(Spouse if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number 24-18665-PDR
(If known)

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?       UKNOWN  SSN MAY HAVE BEEN UTILIZED
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.2** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.3** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.4** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.5** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |

Creditor
Debtor 1    Nassoma amina morgan-grant

NASSOMA AMINA MORGAN-GRANT
First Name    Middle Name    Last Name

Case number *(if known)* 24-18665-PDR

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district with without military/state Private American National Non-Domestic Non-Military.

**Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**    **What the contract or lease is for**

2.2
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

2._
Name

Number    Street

City    State    ZIP Code

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest on behalf outside the district within non-military private state Private American National Non-Domestic Non-Military.

**Fill in this information to identify your case:**

Creditor
~~Debtor 1~~  Nassoma-Amina-Morgan-Grant *benedicary*
NASSOMA AMINA MORGAN-GRANT
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number     24-18665-pdr
(if known)

FinCEN: FBAR- FX24-200767701
CAF# 0316-29633

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---------|---------------------|

*N*  Not an Accountant or expert pending to be ~~filed~~ reported 2023 Tax Return

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | creditor ~~Debtor 1~~ | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Administrator<br>Minister | |
| **Employer's name** | NASSOMA AMINA MORGAN ESTATE<br>MIAMI DADE FIRE RESCUE DEF | |
| **Employer's address** | PO Box 16447/ 9300 NW 41 STR<br>Number  Street | Number  Street |
| | Plantation/DORAL, FL | |
| | Plantation florida  exem<br>City      State  ZIP Code | City      State  ZIP Code |
| **How long employed there?** | 31 YEARS/23 Y | 31 YEARS/23 Y |

| Part 2: | Give Details About Monthly Income |
|---------|-----------------------------------|

Estimate income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | Creditor<br>---For-Debtor-1--- | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $_____ | $_____ |

Creditor
~~Debtor 1~~

Nassoma~amina~morgan-gan

NASSOMA AMINA MORGAN-GRANT
First Name      Middle Name      Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with
real party interest on 01/22/25 outside federal zone within non-military private state
Private American National Non-Domestic Non-Military.

Case number (if known) 24-18665-pdr

|  |  | Creditor | |
|---|---|---|---|
|  |  | --For Debtor 1-- | For Debtor 2 or non-filing spouse |
| Copy line 4 here ................................................. → | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 800.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 736.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $ 232.52 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 346.14 | $_____ |
| 5g. Union dues | 5g. | $ 237.56 | $_____ |
| 5h. Other deductions. Specify: CHARITY | 5h. | + $ 104.44 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $_____    $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ -2,456.00    $_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $_____

8b. **Interest and dividends**    8b.    $ 0.00    $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $_____

8d. **Unemployment compensation**    8d.    $ 0.00    $_____

8e. **Social Security**    8e.    $ 0.00    $_____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $_____

8g. **Pension or retirement income**    8g.    $ 0.00    $_____

8h. **Other monthly income. Specify:** _____    8h.    + $ 0.00    + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for ~~Debtor 1 and Debtor 2~~ or non-filing spouse.    10.    $ -2,456.00   +   $_____   =   $ -2,456.00

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $ -2,456.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Creditor: _____ of Nassoma Amina: Morga-Grant

Debtor 1  NASSOMA A MENA     MORGAN-GRANT
_First Name_        _Middle Name_      _Last Name_
Beneficiary/grantee

Debtor 2
(Spouse, if filing)  _First Name_    _Middle Name_    _Last Name_

United States Bankruptcy Court for the: _____ District of _____

Case number
(if known) _____

*Granted* Beneficiary: Nassoma-Amina: Morger-Grat third party intervener with real party interest domaciling outside federal district without non-military area

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct. to my knowledge and capability

✗ *By Nassoma-amina: morgan-grant, heir, grantee, beneficiary without recourse All Right reserved*
Signature of Debtor 1    NON military         Signature of Debtor 2

Date 01/22/2024
MM / DD / YYYY

Date _____
MM / DD / YYYY

FinCEN: FBAR- FX24-20076770|
CAF # 0316-29633

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

**Fill in this information to identify your case:**

| | |
|---|---|
| Creditor Debtor 1 | Nassoma-amina: morgan-grant   Beneficiary |
| | NASSOMA AMINA MORGAN-GRANT |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | _____ District of Southern Florida |
| Case number (if known) | 24-18665-PDR |

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest
domiciling outside federal district with non-military private state Private American National Non-
Domestic Non-Military.

Case 24-18665-PDR Doc 01/02/25 Page 30 of 46

Creditor
----Debtor 1----

*Nassoma-aminsimorgan-grant*

NASSOMA AMINA MORGAN-GRANT
First Name        Middle Name        Last Name

Case number (if known)  24-18665-PDR

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, ____)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, ____)<br>YYYY | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>YYYY | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |

Nassoma-amina. morgan-grant

Beneficiary/Grantee Nassoma Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

Creditor
--- Debtor 1.

**NASSOMA AMINA MORGAN-GRANT**

First Name      Middle Name      Last Name

Case number (if known)  24-18665-PDR

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

Creditor

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

creditor

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number   Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |

Beneficiary/Grantee: Nassoma Amina Morgan-Grant third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

Creditor

Debtor 1

nas soma amina : morgan-grant

NASSOMA AMINA MORGAN-GRANT

First Name    Middle Name    Last Name

Case number *(if known)*  24-18665-PDR

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City    State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City    State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | | | | | |
   | City    State    ZIP Code | | | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 4

Beneficiary/Grantee: Nassoma-Amina; Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state Private American National Non-Domestic Non-Military.

Creditor Nassoma-amina, morgan-grant

~~Debtor 1~~ NASSOMA AMINA MORGAN-GRANT

First Name    Middle Name    Last Name

Case number (*if known*) 24-18665-PDR

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **WELLS FARGO VS** <br> **NASSOMA MORGAN-GRANT** <br> Case number **CACE23021640** | FORECLOSURE | **SEVENTEENTH JUDICIAL COUR** <br> Court Name <br> **201 SE 6TH STREET,** <br> Number   Street <br> **FORT LAUDERDA FL    33301** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title **US BANK NATIONAL** <br> **V NASSOMA MORGAN GRAN** <br> Case number **CACE23022209** | FORECLOSURE | **SEVENTEENTH JUDICIAL COUR** <br> Court Name <br> **201 SE 6TH STREET** <br> Number   Street <br> **FORT LAUDERDA FL    33301** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| NASSOMA AMINA MORGAN C/O WELLS FARGO BANK N.A. <br> Creditor's Name <br> 800 GARDEN COURT <br> Number   Street <br><br> PLANTATION, Florida    EXEMPT <br> City    State  ZIP Code | **Dwelling/Property** <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☑ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | 08/15/2024 | $ 798,405.49 |
| Creditor's Name <br><br> Number   Street <br><br> City    State  ZIP Code | **Describe the property** <br><br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | Date | $ |

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with
each party interested domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

| Creditor | Nassoma-Amina morgan-grant |
|---|---|
| Debtor 1 | NASSOMA AMINA MORGAN-GRANT |
| | First Name    Middle Name    Last Name |

Case number (*if known*) 24-18665-PDR

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $ |
| Number    Street | | | |
| | | | |
| City           State    ZIP Code | Last 4 digits of account number: XXXX– ___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Abrianna Grant | Federal Reserve Notes, Clothes, Shoes, Food, Supplies and etec | All year round | $ Unknown |
| Person to Whom You Gave the Gift | | | |
| c/o800 Garden Court | | | $ |
| Number    Street | | | |
| Plantation    flori | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you  heir/benefici | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Ayanna Grant | Federal Reserve Notes, Clothes, Shoes, Food, Supplies and etec | All year round | $ Uknown |
| Person to Whom You Gave the Gift | | | |
| c/o 800 Garden court | | | $ |
| Number    Street | | | |
| plantation florida  exem | | | |
| City           State    ZIP Code | | | |
| Person's relationship to you  daughter | | | |

---

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real
party interest controlling outside federal right, Non-military private state
Private American National Non-Domestic Non-Military.

Creditor
--Debtor-1--

*Nassoma-amina:morgan-grant*

NASSOMA AMINA MORGAN-GRANT
First Name        Middle Name        Last Name

Case number (if known) 24-18665-PDR

---

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Avaya Essue<br><br>Charity's Name | Federal Reserve Notes, Clothes, Shoes, Food, Supplies and etec | All Year Round | $ Unknown<br><br>$ |
| c/o 800 Garden Court<br>Number   Street | | | |
| plantation florida  exem<br>City        State        ZIP Code | | | |

---

## Part 6:   List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Damaged to roof | | | $ 34,000.00 |

---

## Part 7:   List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| | | | |
| City        State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

---

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private state
Private American National Non-Domestic Non-Military.

Creditor
--Debtor-1---

*Nassoma-amina: mor gan-grant*

NASSOMA AMINA MORGAN-GRANT
First Name      Middle Name      Last Name

Case number *(if known)*   24-18665-PDR

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| Person Who Was Paid | | $_____ |
| Number   Street | | $_____ |
| | | |
| City          State      ZIP Code | | |
| Email or website address | | |
| Person Who Made the Payment, If Not You | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| Person Who Was Paid | | $_____ |
| Number   Street | | $_____ |
| City          State   ZIP Code | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|
| Person Who Received Transfer | | |
| Number   Street | | |
| City          State   ZIP Code | | |
| Person's relationship to you _____ | | |
| Person Who Received Transfer | | 2/23, 7/24 |
| Number   Street | | |
| City          State   ZIP Code | | |
| Person's relationship to you _____ | | |

Nossoma -Amin A . Morgan-Grant

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party
entity owner and real party interest of filing outside federal district
within non-military private state
Private American National Non-Domestic Non-Military.

Creditor
Debtor 1      NASSOMA AMINA MORGAN-GRANT
              First Name    Middle Name      Last Name

Case number (if known)  24-18665-PDR

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No
☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust  NASSOM AMINA MOF  REVOCABLE LIVING TRUST | dwelling | 2/23, 7/24 |

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City          State    ZIP Code | Name<br><br>Number   Street<br><br>City     State    ZIP Code | | ☐ No<br>☐ Yes |

---

Nassoma. amina.morgan-grant  Case 24-18665-PDR  Doc 64  Filed 01/23/25  Page 38 of 46
Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third
party intervener Party of interest domiciling outside
federal district within non-military private state
Private American National Non-Domestic Non-Military.

Creditor
------Debtor 1    NASSOMA AMINA MORGAN-GRANT
       First Name    Middle Name    Last Name

Case number *(if known)*  24-18665-PDR

---

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No |
| Number  Street | Number  Street | | ☐ Yes |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

### Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number  Street | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

### Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

Creditor: Nassoma Amina Morgan-Grant beneficiary/heir grantee

Debtor 1 **NASSOMA AMINA MORGAN-GRAN**
First Name   Middle Name   Last Name

Case number (if known) _CB 24-18665 PDR_

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City  State  ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number  Street | |
| City  State  ZIP Code | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _by nassoma-amina: morgan grant heir; grantee beneficiary_
_without recourse  All rights reserved._
Signature of Debtor 1

_domaciling outside of federal District  No military - private American National_
Signature of Debtor 2

Date **1/24/2024**                    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private statePrivate American National Non-Domestic Non-Military.

**Fill in this information to identify your case:**

Creditor ~~NASSOMA AMINA MORGAN-GRANT~~    beneficiary heir
NASSOMA AMINA MORGAN-GRANT    heir grantee
Debtor    First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number  24-18665-PDR
(if known)

☑ Check if this is an
amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: ~~NASSOMA AMINA MORGAN~~ C/O WELL FARGO NATIONAL TRUSTEE FOR SECURITIZED ASSET<br><br>Description of property securing debt: Dwelling  domicile | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: Nassoma Amina Morgan ~~NASSOMA AMINA MORGAN-GRANT~~ C/O US BANK NATIONAL TRUSTEE FOR SECURITIZED ASSET<br><br>Description of property securing debt: Dwelling Domicile | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Creditor
---Debtor 1

NASSOMA AMINA MORGAN-GRANT
First Name    Middle Name    Last Name

Beneficiary/Grantee: Nassoma-Amina: Morgan-Grant a third party intervener with real party interest domiciling outside federal district within non-military private statePrivate American National Non-Domestic Non-Military.

Case number (if known) 24-18665-PDR

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

without recourse All Rights reserved
by:nassoma-amina: morgan-grant
third party intervener with real
party interest domicilino outside
federal destroy

Signature of Debtor 1  Creditor                    Signature of Debtor 2

Date 11/18/2024                                     Date
MM/ DD /YYYY                                        MM / DD / YYYY

FILED-USBC, FLS-FTL
'25 JAN 22 AM 11:55

MW

Delete this are not the creditors

Broward County Tax Collector
115 S Andrews Ave #100
Fort Lauderdale, FL 33301

Capital One
P.O. Box 60599
City of Industry CA 91716-0599

Captital One N.A
BY ais Info Source LP
PO Box 71083
Charlotte NC 28272

FPL FLORIDA POWER AND LIGHT
700 Universe Blvd. (CEA/JB)
Juno Beach, 33408

Geico Insurance Remittance Center
PO Box 70776
Philadelphia, PA 19176-0776

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Grenville, SC 20603-0587

McCabe Weisberg and Conway
3222 Commerce Place. St A
West Palm Beach, FL 33407

Navy Federal Credit Union Car
Po Box 3100
Merrifield VA 22119-3100

Navy Federal Credit Union
P.O Box 3500.
Merrifield, VA 22119-3500

Navient
P.O. Box 9533
Wilkes-Barre, PA 18773-9533

T-MOBILE
P.O. Box 742596
Cincinnati, OH 45274-2596

PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08054

Added Creditors


Nassoma Amina Morgan-Grant
c/o Capital One
P.O. Box 60599
City of Industry CA 91716-0599

Nassoma Amina Morgan
c/o Capital One
P.O. Box 60599
City of Industry CA 91716-0599

Nassoma Amina Morgan-Grant
c/o NAVY FEDERAL CREDIT UNION
PO Box 3100
Merrifield, VA 22119-3100

Nassoma Amina Morgan-Grant
c/o NAVY FEDERAL CREDIT UNION CREDIT CARD
P.O Box 3500.
Merrifield, VA 22119-3500

Nassoma Amina Morgan-Grant
c/o NELNET
P.O. Box 2837,
Portland, OR 97208-2837.

Nassoma Amina Morgan-Grant
c/o NELNET
P.O. Box 2837,
Portland, OR 97208-283

Nassoma Amina Morgan-Grant
c/o U.S. BANK NA Trustee, For C-BASS
MORTGAGE LOAN ASSET CERTIF SERIES 2005-CB7
 800 Nicollet Mall
Minneapolis MN 55402

Nassoma Amina Morgan-Grant
c/o WELLS FARGO BANK NA As Trustee
OPTION ONE MORTGAGE LOAN Trust 2006-3
420 Montgomery Street
San Franscisco CA 94163

CERTIFICATE OF MAILING NOTICE

**I, Nassoma-Amina: Morgan-Grant ** hereby certify that on this 01/22/2024] day of I mailed a true and correct copy of the Notice of Deleted and Corrected Creditors in the bankruptcy case of **NASSOMA AMINA MORGAN-GRANT  to the following creditors:

#### **Deleted Creditors:**
1. **Capital One N.A.**
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

2. **FPL Florida Power and Light**
700 Universe Blvd (CEA/JB)
Juno Beach, FL 33408-2683

3. **Geico Insurance Remittances Center**
PO Box 19776
Philadelphia, PA 19376-4776

4. **LVN Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

5. **McCabe Wiesberg and Conway**
3222 Commerce Place, Ste A
West Palm Beach, FL 33407-1904

6. **Nassoma Morgan-Grant**
c/o Brwd Cty Tax
PO Box 631730
Irving, TX 75063-0002

7. **Nassoma Morgan-Grant c/o Nelnet**
PO Box 9533
Wilkes-Barre, PA 18773-9533

8. **Nassoma Morgan-Grant c/o Xfinity**

PO Box
Charlotte, NC 28272

9. **Nassoma Morgan-Grant Plantation Utility**
400 NW 73 Avenue
Plantation, FL 33317-1609

10. **Navy Federal Credit Union**
PO Box 3500
Merrifield, VA 22119-3500

11. **Nevrez c/o PHH Mortgage**
1 Mortgage Way
Mt. Laurel, NJ 08054-4637

12. **Nationwide Solutions**
PO Box 182797
Columbus, OH 43218-2797

13. **T-Mobile**
c/o American InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

14. **Wells Fargo Bank, National Association**
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

**ADDED Corrected Creditors:**
1. **Nassoma Amina Morgan-Grant**
c/o Capital One
PO Box 60599
City of Industry, CA 91716

2. **Nassoma Amina Morgan-Grant**
c/o U.S. Bank NA Trustee, For C-BASS Mortgage Loan Asset Certie 2005-CB7
800 Nicolette Mall

Minneapolis, MN 55402

3. **Nassoma Amina Morgan-Grant**
c/o Navy Federal Credit Union
PO Box 3100
Merrifield, VA 22119-3100

4. **Nassoma Amina Morgan-Grant**
c/o Navy Federal Credit Union
PO Box 3500
Merrifield, VA 22119-3500

5. **Nassoma Amina Morgan-Grant**
c/o U.S. Bank NA Trustee, For C-BASS Mortgage Loan Asset Certie 2005-CB7
800 Nicollette Mall
Minneapolis, MN 55402

6. **Nassoma Amina Morgan-Grant**
c/o Wells Fargo Bank NA as Trustee
Option One Mortgage Loan Trust
420 Montgomery Street
San Francisco, CA 94163

**Method of Mailing:**
The Notice was mailed via [USPSto the addresses listed above.

_by: nassoma-amina: family of morgan-grant_

By: Nassoma-Amina: of the Family Morgan-Grant    _withot recourse all rights rserd_
Without Recourse  All Rights Reserved

_by: nassoma-aming: morgan    heir beneficary creditor_
_1/22/2024_