FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 24-18665 | | | Trustee Name: | Sonya S. Slott |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MORGAN-GRANT, NASSOMA AMINA | | | Date Filed (f) or Converted (c): | 08/26/2024 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 09/26/2024 |
| | | | | Claims Bar Date: | 06/30/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2970 NW 15th Street, Sunrise, FL 33313 | $304,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 2 | 800 Garden Court, Plantation, Florida 33317 | $345,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 3 | 2013 Kia Sorrento 150,000 miles | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value change per amended schedules 1/22/25 ECF 64 | | | | | |
| 4 | 2023 Toyota RAV4 41,000 miles | $40,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 5 | linens, kitchenware, cart iron pan, tea kettle | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 6 | walkman, games, camera | $400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 7 | clothes and shoes | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | description and value per amended schedules 1/22/25 ECF 64 | | | | | |
| 8 | Earrings, necklace | $400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | description and value per amended schedules 1/22/25 ECF 64 | | | | | |
| 9 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value per amended schedules 1/22/25 ECF 64 | | | | | |
| 10 | Chase Bank | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 11 | Dade County Credit Union | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value per amended schedules 1/22/25 ECF 64 | | | | | |
| 12 | E-trade | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 13 | Linqto | $9,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 14 | Securitized Mortgage Note for 621017562 | $225,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 15 | Truth and Lending Doc for Loan 621017562 | $798,405.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 16 | Nassoma Amina Morgan-Grant Promissory Bond | $9,000,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-18665 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | MORGAN-GRANT, NASSOMA AMINA | Date Filed (f) or Converted (c): | 08/26/2024 (f) |
| For the Period Ending: | 09/30/2025 | §341(a) Meeting Date: | 09/26/2024 |
| | | Claims Bar Date: | 06/30/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 17  Promissory Bond to discharge debt | $4,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 18  Miami-Dade County 410 NationWide | $75,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** value and description changed per amended schedules 1/22/25 ECF 64 | | | | | |
| 19  Florida State Pension. value unknown. not matured yet. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 20  Florida Power & Light Deposit, | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** description and value change per amended schedules 1/22/25 ECF 64 | | | | | |
| 21  Nassoma A. Morgan-Grant c/o t-mobile | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 22  Plantation Utility | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** description and value change per amended schedules 1/22/25 ECF 64 | | | | | |
| 23  Nassoma Amina Morgan, Nassoma Amina Morgan-Frant (fee schedule amount) | $1,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 24  Coinbase Crypto Account | $10,000.00 | $0.00 | | $1,304.43 | FA |
| **Asset Notes:** removed per amended schedules 1/22/25 ECF 64 | | | | | |
| 25  cat owned by my daughters | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 26  Bank of America | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 27  Charles Schwab | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 28  Fideilty | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 29  Vangard | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 30  Nassoma Amina Morgan-Grant Birth Certificate | $50,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 31  Nassoma Amina Morgan-Grant social security number | $50,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-18665 | | | Trustee Name: | Sonya S. Slott |
| Case Name: | MORGAN-GRANT, NASSOMA AMINA | | | Date Filed (f) or Converted (c): | 08/26/2024 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 09/26/2024 |
| | | | | Claims Bar Date: | 06/30/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32 Nassoma Amina Morgan-Grant/Dwight Grant Marriage Certificate | $20,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 33 Promissory Bond via US Treasury registered mail | $4,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 34 Uphold | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 35 Miami Dade County | $700,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 36 All interest is equitable. Do not know Value. they are for the benefit of the trust. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 37 My name: Nassoma Amina Morgan - value unlimited and owned by the trust | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 38 unknown of any owed back to me -tax refunds | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 39 I sent IRS documents to IRS for invesitgation for use of my SNN | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** added per amended schedules 1/22/25 ECF 64 | | | | | |
| 40 AP- Slott v. Morgan-Grant . Revocation/Denial of Discharge (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** no monetary value PTC set for mid Dec. 2025 | | | | | |
| 41 Surplus of funds from state court litigation (u) | $0.00 | $81,338.05 | | $81,338.05 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$140,525,355.00     $81,339.05     $82,642.48     $1.00

**Major Activities affecting case closing:**

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 24-18665 | | | Trustee Name: | Sonya S. Slott |
| Case Name: | MORGAN-GRANT, NASSOMA AMINA | | | Date Filed (f) or Converted (c): | 08/26/2024 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 09/26/2024 |
| | | | | Claims Bar Date: | 06/30/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/25/2024  1. Trustee has hired counsel to assist with recovery of surplus funds from foreclosure. Retention of special counsel, Dustin Piercy, approved. State court proceedings pending. Trustee unable to conclude 341 meeting due to debtor's non-compliance with providing social security card and driver's license. KM special counsel successful in state court proceedings, order entered in state court in favor of trustee. turnover of surplus from foreclosure pending, KM Trustee has filed discharge action against the Debtor. KM funds from foreclosure state court proceedings received. notice of turnover filed. PTC set for discharge AP for mid-Dec. 2025 KM 9/16/2025
2. Claims bar date: 6/30/2025. claims reviewed and okay. 7/30/25 SSS
3. Tax return by Kapila if needed

| Initial Projected Date Of Final Report (TFR): | 09/26/2026 | Current Projected Date Of Final Report (TFR): | 09/26/2026 | /s/ SONYA S. SLOTT |
| | | | | SONYA S. SLOTT |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 24-18665 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | MORGAN-GRANT, NASSOMA AMINA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7985 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2024 | Blanket bond (per case limit): | $48,818,000.00 |
| For Period Ending: | 09/30/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2025 | (24) | JP MORGAN CHASE | TURNOVER OF COINBASE ACCOUNT BALANCE PER ORDER DATED 5/21/25 ( CP 116) | 1129-000 | $1,304.43 | | $1,304.43 |
| 06/24/2025 | 1001 | Ouellette & Mauldin | payment of court reporter fees per local order | 3991-000 | | $212.50 | $1,091.93 |
| 06/24/2025 | 1002 | Ouellette & Mauldin | payment of court reporter fees per local order | 3991-000 | | $203.70 | $888.23 |
| 09/07/2025 | (41) | CLERK OF THE COURT | TURNOVER OF FORECLOSURE SURPLUS PER NOTICE OF TURNOVER DATED 10/17/2025 (CP 126) | 1249-000 | $81,338.05 | | $82,226.28 |
| | | | **TOTALS:** | | $82,642.48 | $416.20 | $82,226.28 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $82,642.48 | $416.20 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $82,642.48 | $416.20 | |

| For the period of 10/01/2024 to 09/30/2025 | | For the entire history of the account between 06/16/2025 to 9/30/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $82,642.48 | Total Compensable Receipts: | $82,642.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,642.48 | Total Comp/Non Comp Receipts: | $82,642.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $416.20 | Total Compensable Disbursements: | $416.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.20 | Total Comp/Non Comp Disbursements: | $416.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 24-18665 |
| Case Name: | MORGAN-GRANT, NASSOMA AMINA |
| Primary Taxpayer ID #: | **-***7985 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2024 |
| For Period Ending: | 09/30/2025 |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******6501 |
| Account Title: | |
| Blanket bond (per case limit): | $48,818,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $82,642.48 | $416.20 | $82,226.28 |

| For the period of 10/01/2024 to 09/30/2025 | | For the entire history of the account between 06/16/2025 to 9/30/2025 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $82,642.48 | Total Compensable Receipts: | $82,642.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,642.48 | Total Comp/Non Comp Receipts: | $82,642.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $416.20 | Total Compensable Disbursements: | $416.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.20 | Total Comp/Non Comp Disbursements: | $416.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT