**SPECIAL DEPOSIT**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(For U.S. Bankruptcy Court – Southern District of Florida)**

In re:

**NASSOMA AMINA MORGAN,**           Case No.: **24-18665-PDR**
Also known on certain records as
NASSOMA AMINA MORGAN-GRANT
Debtor / Estate.                    Chapter: 7

**NOTICE OF FILING TRUTH STATEMENT AND AFFIDAVIT OF BENEFICIAL INTEREST AND HEIRSHIP**

**TO:** The Honorable Court, the Clerk, the United States Trustee, the Chapter 7 Attorneys, and all interested parties:

Comes now the undersigned,Nassoma Amina Morgan sometimes called on certain records Nassoma Amina Morgan-Grant, a living heir and beneficial party in interest in the **Estate of Nassoma Amina Morgan,** and gives notice that the attached instrument titled:

**"TRUTH STATEMENT AND AFFIDAVIT OF BENEFICIAL INTEREST AND HEIRSHIP OF [FULL NAME OF LIVING HEIR] REGARDING THE ESTATE OF NASSOMA AMINA MORGAN"**

together with its referenced exhibits, is hereby tendered into the record of this Bankruptcy proceeding in the **United States Bankruptcy Court for the Southern District of Florida.**

The Affidavit:

1. Reaffirms the living status and beneficial interest of the heir;
2. References prior **Evidence of Life** instruments for **Nassoma Amina Morgan;**
3. References the **Declaration of Life / Social Security Administration record** for **Nassoma Amina Morgan;**
4. References the recording of said instruments in the **Official Records of Broward County, Florida,** and in the **Court of Record Case No. 2:25-mc-00040;**
5. Gives express notice of **age of majority, age of reason, disaffirmance of infant-minor status**, and
6. Provides express **non-abandonment of securities and associated interests** arising from or related to the Estate of **Nassoma Amina Morgan;**
7. Revokes and Terminates all Power of Attorney and all contracts including implied, express, and adhesions;
8. Rebuts all presumptions of court.

Respectfully noticed this ___ day of _December_ , 2025.

by: morgan ; nassoma-amina * all rights reserved , 
beneficial heir principatine chir

**Nassoma Amina Morgan** sometimes called on certain records Nassoma Amina Morgan
580 northwest 5th Street Unit  16447
Near Plantation, Florida Republic, non-domestic [33317-9998] non-military.

1st December 2025

# TRUTH STATEMENT AND AFFIDAVIT OF BENEFICIAL INTEREST AND HEIRSHIP

### (Main Testimony)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:
**NASSOMA AMINA MORGAN,**
Debtor / Estate.

Case No.: **24-18665-PDR**
Chapter:7

**TRUTH STATEMENT AND AFFIDAVIT OF BENEFICIAL INTEREST AND HEIRSHIP OF [FULL NAME OF LIVING HEIR] REGARDING THE ESTATE OF NASSOMA AMINA MORGAN**

We, **Nassoma Amina Morgan also referred to on certain records Nassoma Amina**

**Morgan-Grant**, a living [woman/man], sui juris, standing on the soil and not a ward, hereby

declare, attest, and state the following truths, from first-hand knowledge, to the best of our

understanding and belief:

**Affiant Identification and Status**

1.1. We are the living [woman/man] commonly known as **Nassoma Amina Morgan also**

**referred to on certain records Nassoma Amina Morgan-Grant**, domiciled at **[City, State]**,

and competent to make this Truth Statement and Affidavit.

1.2. We have attained the **age of majority** and the **age of reason**, and we expressly **disaffirm**

**any and all presumptions of infant-minor, ward, incompetency, or dependent status** as to

our person, our standing, and our beneficial interests.

1.3. We appear here in our private and beneficial capacity as **living heir and beneficial party in**

2

**interest** in and to the **Estate of Nassoma Amina Morgan**, and not as surety or accommodation party for any artificial entity, estate shell, or transmitting utility.

## Heirship and Beneficial Interest

2.1. We are a **lawful bloodline heir and next-of-kin** to **Nassoma Amina Morgan**, hereinafter "Decedent" or "Nassoma."

2.2. By blood, lineage, and right of succession, we hold a **beneficial interest** in any and all property, rights, credits, and choses in action associated with the **Estate of Nassoma Amina Morgan**, whether appearing in the above-captioned Bankruptcy matter, in county records, or in any other public, private, or administrative registry.

2.3. Nothing in this Affidavit is intended to impair any legitimate claim of lawful creditors, but it is intended to correct, clarify, and **give notice of our beneficial interest and heirship** so that no presumption of abandonment, escheat, or default may be held against the Estate or its legitimate heirs.

## Evidence of Life & SSA Declaration of Life

3.1. Incorporated herein by reference are **two (2) Evidence of Life instruments** for **Nassoma Amina Morgan**, previously executed and recorded, which affirm her identity, lineage, and living status as of the dates of execution. These are attached as **Exhibits A and B**.

3.2. Also incorporated herein is the **Declaration of Life / Social Security Administration documentation** (or equivalent record) for **Nassoma Amina Morgan**, confirming her identity and status for Social Security and related purposes. This is attached as **Exhibit C**.

3.3. Said instruments have been **recorded in the Official Records of Broward County, Florida**, under Instrument No. **[Broward Recording Instrument No., if known]**, and have been **lodged in a Court of Record under Case No. 2:25-mc-00040**, which is attached or

3

referenced as **Exhibit D**.

3.4. By this incorporation, we place the Court and all parties on notice that the Estate of **Nassoma Amina Morgan**has been the subject of prior life-status and record-correction instruments, and that our **heirship and beneficial interest** is grounded upon those already established records.

## Age of Majority, Age of Reason, and Disaffirmance of Infant-Minor Status

4.1. We affirm that we are **no longer an infant, minor, ward, or dependent**, and have reached both the **age of majority** and **age of reason**, capable of forming contracts, understanding consequences, and asserting rights.

4.2. We therefore **disaffirm any prior presumption, constructive or otherwise, that may have treated us as an infant, ward of the state, or incompetent beneficiary**, whether in probate, bankruptcy, administrative, or commercial records.

4.3. Any such prior presumption is hereby **rescinded, repudiated, and rejected**, nunc pro tunc, to the extent permitted by equity and law, in favor of our standing as a living, competent heir.

## Non-Abandonment of Securities and Associated Interests

5.1. We **expressly give notice of non-abandonment** of any and all **securities, accounts, credits, bonds, entitlements, trust interests, insurance proceeds, negotiable instruments, or other financial or property interests** arising from or associated with:

- o The legal or equitable Estate of **Nassoma Amina Morgan**;
- o Any derivative estate, trust, custodial account, or similar construct in her name or all-caps variants;
- o Any related registrations, CUSIP-linked items, or other custodial holdings in any jurisdiction.

5.2. No silence, absence, or administrative presumption may be construed as abandonment, waiver, or consent to escheat of such interests by us, the **living heir and beneficial party in interest**.

5.3. We reserve all rights to **inspect, audit, inquire into, and claim proper accounting** of any such securities and interests, without prejudice to equity or law.

## Application to this Bankruptcy Proceeding

6.1. This Truth Statement and Affidavit is placed upon the record of the **United States Bankruptcy Court for the Southern District of Florida**, in the above-captioned case, for the purpose of:

a. Providing formal **notice of our heirship and beneficial interest**;

b. Ensuring we are recognized as an **interested and beneficial party** in any administration of the Estate of **Nassoma Amina Morgan**; and

c. Preventing improper presumption of abandonment, escheat, or misallocation of assets, securities, or proceeds that equitably relate to the Estate and its heirs.

6.2. We do not consent to being treated as a surety or debtor to any artificial construct, but rather as a **beneficial heir** whose interests must be considered in any distribution, plan, or settlement.

6.3. We do not obstruct any lawful process, but we demand that **all acts, distributions, and determinations** be conducted with full recognition of our **heirship, beneficial interest, and non-abandonment** as set forth herein.

## Reservation of Rights

7.1. We reserve all rights, remedies, claims, and defenses, in equity and at law, known and unknown, now and hereafter arising, without prejudice.

7.2. Nothing in this Affidavit shall be construed as a waiver of rights or as consent to jurisdiction

5

beyond what is necessary for the limited purpose of placing this Truth Statement and Affidavit
on the record.

## Declaration of Authenticity (28 U.S.C. § 1746)

8. I declare under penalty of perjury under the laws of the United States of America that the
foregoing and attached exhibits are true and correct copies of original instruments lawfully
executed by me and preserved within the private archives of the estate and trust. Executed this
day of December 1, 2025, near plantation, on the soil and land of Broward County, Florida.

by: *[handwritten signature]* *a person a mingliving beneficial heir with out recourse, all rights with out predjudice*



Nassoma Amina of the Morgan Bloodline
Principal in Chief , Living Heir and Beneficial Party in Interest
Estate of Nassoma Amina Morgan
7580 Northwest 5th Street, Unit 16447
Plantation, Florida [33317-9998]
Non-Domestic, Without the United States





_3c US

**SPECIAL DEPOSIT**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: **NASSOMA AMINA MORGAN**, Debtor / Estate.
Case No.: **24-18665-PDR**
Chapter:7

## EXHIBIT INDEX – HEIRSHIP & BENEFICIAL INTEREST

- **Exhibit A-**Certified or true copy
   **Broward County, Florida Recorded Instrument # 120461899:**
   Evidence of Life – Truth Statement (Declaration of Living Status and
   Rebuttal of Civil Death).
   Form 206-Evidence of Life-Declaration of Person Entitled to Payment.
   A **Declaration of Life / Social Security Administration
   record** for **Nassoma Amina Morgan** (or equivalent SSA verification /
   correspondence).
   Ecclesiastical Deed Poll.

- **Exhibit B** – Certified or true copy of relevant filings: **Revocation of Anatomical Gift
   Anatomical Directive Package of NASSOMA AMINA  MORGAN**  docket excerpts
   from **United States District Court For the Western District of Tennessee - Court of
   Record Case No. 2:25-mc-00040** reflecting prior filings relating to **Nassoma Amina
   Morgan** and her Estate / status.

- **Exhibit C** – Certified or true copy of relevant filings: **Notice of  Filing New York and
   Florida Directive and Cestui Que Vie Records of NASSOMA AMINA MORGAN
   And Evidentiary Exhibits** docket excerpts from **United States District Court For the
   Western District of  Tennessee - Court of Record Case No. 2:25-mc-00040** reflecting
   prior filings relating to **Nassoma Amina Morgan** and her Estate / status.

- **Exhibit D**– True Copies-Any genealogical chart, birth record, or other supporting
   documentation demonstrating the heirship of **Nassoma Amina Morgan also referred to
   on certain records Nassoma Amina Morgan-Grant**.- true copies of recordings on land
   records of **Desoto County, Mississippi,  Recorded Instrument: DK M BK 6:**
      Letter of Appointment for the Morgan Estate: DK M BK 6 PG 788-792
      Affidavit of Heirship: DK M BK 6 PG 780-78
      Ecclesiastical Deed Poll: DK M BK 6B 299-305
      Paramount Claim of Life and the estate of the Nassoma Amina Morgan: DK M BK 6
      PG 778-779.

- **Exhibit E-** True copy of Desoto County, Mississippi,  Recorded Instrument: DK M BK 6
   PG 793-813: **Affidavit of Revocation of Power of Attorney and Termination of
   Presumed, Implied, or Constructive Authority over Private Estates and Trusts**

- **Exhibit E-** True copy of Desoto County, Mississippi,  Recorded Instrument: DK M BK 6 PG 793-813: **Affidavit of Revocation of Power of Attorney and Termination of Presumed, Implied, or Constructive Authority over Private Estates and Trusts**

- **Exhibit F -** True copy-Certified Recorded Instrument with Broward County Land Records: **Instrument #120429452: Notice of Rebuttal of Presumptions of Court and public Declaration of Estate Interest**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice and attached exhibits has been filed with the Clerk of Court for entry into the docket of Case No.2:25-mc-00040-MSN-cgc on this day 27 of October 2025.

Signature By: *by: morgan bloodline : nassama-amina, principal + in-chg nassama-amina: the morgan bloodline without recourse, all rights reserved without predjuice, living beneficial heir*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: NASSOMA AMINA MORGAN/Estate **NASSOMA AMINA MORGAN-GRANT**,  /
Estate.
Case No.: **24-18665-PDR**
Chapter:7

## CERTIFICATE OF SERVICE

We, **Nassoma Amina Morgan also referred to on certain records Nassoma Amina
Morgan-Grant**, hereby certify that on this ___1___ day of __December__, 2025, a true and
correct copy of the foregoing:

**Notice of Filing Truth Statement and Affidavit of Beneficial Interest and Heirship**,
together with the attached **Truth Statement and Affidavit** and **Exhibit Index**,

was served by [U.S. Mail / Certified Mail / CM/ECF / other] upon the following:

1. **Clerk of Court**
   United States Bankruptcy Court – Southern District of Florida
   299 E Broward Boulevard
   Fort Lauderdale, Florida 33301

2. **Office of the United States Trustee – Region 21 (Southern District of Florida)**
   Heidi A. Feinman, Assistant United States Trustee
   51 SW First Avenue, Room 1204
   Miami, FL 33130
   Department of Justice

3. **Chapter 7 Attorney**
   **Sonya Salkin Slott**
   The Salkin Law Firm, P.A.
   P.O. Box 15580
   Plantation, FL 33318-5580

Executed this ___1___ day of __December__, 2025.

by: morgan, nassoma, a., Principal-in-chief, all rights reserved
without recourse

Nassoma Amina Morgan also referred to on certain records Nassoma Amina
**Morgan-Grant**
Living Heir and Beneficial Party in Interest
Estate of Nassoma Amina Morgan

# EXHIBIT A

**Certified Recorded Instrument with Broward County Land Records: Instrument No:120461899**

- Evidence of Life – Truth Statement
-  Form 206-Evidence of Life
- Declaration of Life-Social Security Administration
- Ecclesiastical Deed Poll


Establishes the living status of Nassoma-Amina: Morgan also referred to on certain records Nassoma-Amina: Morgan-Grant as a natural woman of sound mind and lawful capacity, confirming existence beyond any civil or corporate presumption. It also repudiates the presumption of death. It serves as the foundational record supporting all other exhibits in the package.


Filed as Exhibit B to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR
United States Bankruptcy Court Of Florida

RECORDING REQUESTED BY:
**Nassoma Amina Morgan Estate**

PREPARED BY: Nassoma-Amina:Morgan
c/o 7580 North-West 5th Street Unit 16447 non-domestic
Near Plantation, Florida Republic [33317-9998]
uSA non-resident alien, Private Civilian,Non Military
(786) 385-4746

RETURN TO: Nassoma-Amina Morgan Estate
In care of: Nassoma-Amina: Morgan, Ex
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33310-9998]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

Above space provided for Recorder's use only.

Grantor: The Most-High-Divine-Creator
Grantee: Nassoma-Amina Bloodline of Morgan

evidence of life - truth statement
Exhibit A - Form 206 Evidence of Life
Exhibit B - Baptism Certificate
Exhibit C - Declaration of Life by SSA
Exhibit D - Ecclesiastical Deed Poll



1 October 2025

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 1 of 17

REVOCATION OF SURETYSHIP, REMOVAL OF GUARDIAN-WARD RELATIONSHIP,

REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,

# evidence of life – truth statement



in the _____

_____

_____

*(rebuttal of presumption under cestui que vie act of 1666, revocation of suretyship, removal of guardian–ward relationship, and declaration of estate and birthright)*

i nassoma-amina:, commonly known as the living woman of the morgan heritage, do hereby give solemn testimony and notice as follows:

1. that under the cestui que vie act of 1666, any man or woman absent and unheard from for seven years may be presumed civilly dead and their estate administered by others.
2. that i am not absent, lost, abandoned, or dead in fact or in law. i am a living man, present upon the land, of sound body, mind, and spirit.
3. that i stand as the rightful living heir and beneficiary to my own estate and name, and i do hereby rebut and overturn any presumption to the contrary.
4. that the estate styled NASSOMA AMINA MORGAN [estate] is by right of succession held in my living capacity. i, having the spiritual-name *nassoma-amina:* and the gentilities-name *johnson*, granted by biological feme sole eugenie morgan at my nativity on the 29th day of july, 1975, bronx county, the land near new york city, on new york republic, am heir to and executor over said estate.
5. that i was baptised within the land of palm beach county, near west palm beach,florida evidenced by Certificate of Birth No. 156-75-209414, issued by the City of New York and recorded at Jacobi Hospital on the land of Bronx, New York Republic, on 4 August 1975, a [public] agency was created in the styled name NASSOMA AMINA MORGAN. Thereafter, I was baptized within Palm Beach County and issued a Certificate of Baptism in the same styled name NASSOMA AMINA MORGAN (baptism, even if recorded in ALL-CAPS typographical styling, applies only to the living and proves my living identity). Both instruments are attached to this Evidence of Life as part of the registration package, together demonstrating the creation of a constructive trust and resulting trusts, known or yet undiscovered, in which I stand as Beneficiary and Heir.
6. that i, with perfected capacity as general executrix over the estate of *nassoma amina morgan*, domiciled in care of: general post-office/rfd care of, 1900 west oakland park boulevard, unit 5062, oakland park, florida republic, without the united states, zip-exempt, do aver my continued live-life temporal existence uninterrupted since my nativity at 8:33 pm hrs on 29 july 1975. i now stand at the age of majority, with sound mind, full capacity, and governorship over my birthright with all hereditaments and powers of appointment therein, by grace of the lord and as heir to the kingdom of Most High through my creator and his son, the living God.
7. that i hereby revoke, rescind, and cancel any and all presumptions of suretyship, agency, liability, or debt attached to my name or estate, whether presumed by statute, contract, or operation of law.

nassoma amina morgan.

Page 1 of 5.

AND DECLARATION OF ESTATE AND BIRTHRIGHT

1st October 2025

I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 2 of 17

8. that i further revoke and terminate any guardian and ward relationship presumed between myself and the state, its officers, or its agencies; no man or institution may stand as guardian over me, for i am competent, living, and sui juris.

9. that this evidence of life is executed for the record, to affirm my presence upon the land, and to ensure that no trustee, court, registrar, or agent may claim administration of my estate by presumption of death, suretyship, or wardship.

10. that this truth statement shall remain in force without expiration, serving as a perpetual rebuttal of absence, death, suretyship, and wardship, until i myself revoke it in writing.

**executed this twenty-fourth day of september two-thousand-twenty-five**

at: morgan province, oakland park-territory, florida-republic

by:

signature: _nssoma-amina-morgan_    printed name: _nssoma-amina-morgan_
living heir/favored benef...    living heir/favored benef...

right-thumb-impressed:

### witnessing statement

we, the undersigned, being of lawful age and proper standing, do hereby witness that the above-named man/woman is a living presence this day, and affirm the truth of their testimony rebutting the presumption of death, revoking suretyship, and removing any guardian-ward relationship in our presence.

witness 1 (doctor, lawyer, notary, bank manager, or equivalent):

printed name: DAINE LAWRENCE

witness 2 (optional, additional authority):

printed name: Bessie Bickham

capacity/title: NURSE PRACTITIONER APRN 11 00 7548

capacity/title: Notary and Paramedic #18731

signature: _____

signature: by 'bessie-yolanda' bickham

date: 9/25/25

date: September 25, 2025

MinuteClinic/CVSPharmacy 5924
8765 South Dixie Hwy
Miami, FL 33143



BESSIE BICKHAM
Notary Public - State of Florida
Commission # HH 271167
My Comm. Expires Jun 4, 2026
Bonded through National Notary Assn.

nassoma amina morgan
Page 2 of 5

## AND DECLARATION OF ESTATE AND BIRTHRIGHT


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By:  Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 3 of 17

*(left margin, vertical text)* REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,

*(right margin, vertical text)* REVOCATION OF SURETYSHIP, REMOVAL OF GUARDIAN-WARD RELATIONSHIP,

## affirmation/certificate of service

i hereby certify that on the date stated below, i caused true and correct copies of the foregoing **evidence of life – truth statement** and the accompanying notice of service and filing to be deposited by certified/registered mail, return receipt requested, to the following officers and offices at their respective official addresses:

1. office of president of the UNITED STATES
   current office holder: donald j. trump, successors and assigns
   the white house
   1600 pennsylvania avenue, nw
   washington, dc 20500

2. office of president attorney general of the UNITED STATES
   pam bondi, successors and assigns
   U.S. DEPARTMENT OF JUSTICE
   950 pennsylvania avenue, nw
   washington, dc 20530-0001

3. office of attorney general of james uthmeier,
   successors and assigns
   attorney general of florida
   301 n. bronough Street
   tallahassee, florida 32301

4. office of registrar of florida (office of secretary of state – business & ucc filings),
   successors and assigns secretary of state
   cord byrd florida secretary of state
   r.a gray building
   500 south bronough street
   tallhassee, florida 32399-0250

5. office of governor of florida
   ron desantis successors and assigns office of the governor
   the capitol
   400 south monroe street
   tallahassee floirda 32399-0001

6. office of president secretary of the treasury of the united states
   Scott Bessent, successors and assigns
   department of the treasury
   1500 pennsylvania avenue, nw
   washington, dc 20220

7. 
   office of the new york state attorney general of letitia james, successors
   and assigns attorney general of florida
   the capitol
   albany ny 12224-0341

nassoma amina morgan.
Page 3 of 5

## AND DECLARATION OF ESTATE AND BIRTHRIGHT


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 4 of 17

8. office of registrar of new york(office of secretary of state – business & ucc filings),
   walter t. mosley or successors and assigns florida secretary of state
   one commerce plaza
   99 washington ave
   albany, ny 12231-0001

9. office of president registrar in london – custodian over cestui que vie trusts
   registrar of the crown/chancery division
   royal courts of justice
   strand
   london wc2a 2ll
   united kingdom

10. office of united states coast guard – commandant
    admiral linda l. fagan, commandant, successors and assigns
    united states coast guard headquarters
    2703 martin luther king jr. avenue, se
    washington, dc 20593-7000

11. **office of foreign assets control (ofac) director,**
    "ofac bradley t. smith, successors and assigns
    u.s. department of the treasury
    1500 pennsylvania avenue, nw
    washington, dc 20220

12. **treasurer of the united states** brandon beach,
    successors and assigns department of the treasury
    1500 pennsylvania avenue, nw washington, dc
    20220

13. united states attorney jason a. reding quinones successors and
    assigns united states attorney's office southern district of florida
    99 northeast 4th street
    miami, florida 33132

14. seventeenth judicial circuit of florida chief judge carol-lisa phillips successors and assigns 17th judicial circuit of florida
    chiefs office
    201 south east 6th street
    fort lauderdale, florida 22201

15. united states chief bankruptcy judge scott m. grossman, successors and assigns united states bankruptcy court southern
    district of florida
    united states courthouse
    299 east broward boulevard, room
    fort lauderdale, florida 33301

this notice of service is made part of the public and private record to ensure that no presumption
of absence, death, or abandonment may be maintained against the heir/living man/woman.

served this ___ day of _____ 20__ by:

signature: by: nassoma-adeline of morgan
printed name: nassoma-amina morgan
      living heir/man/woman

nassoma amina morgan
Page 4 of 5

 I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 5 of 17

## affirmation/certificate of service

i hereby certify that on the date stated above, i caused true and correct copies of the foregoing **evidence of life – truth statement** and this **notice of service** to be deposited by certified/registered mail, return receipt requested, to the above-named offices and officers at their respective official addresses.

signature: nina soma bloodline of morgan, General Executrix
favored beneficiary heir

date: _____



nassoma anina morgan.
Page 5 of 5

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By:  Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 6 of 17

**Form 206**
**Evidence of Life**

## Evidence of Life
## Declaration of person
## entitled to payment

In the _____

Please use BLOCK CAPITALS

A/c No: |__|__|__|__|__|__|__|__|

Full Account
Title

NASSOMA AMINA MORGAN [Estate], with I:Am I:In esse:I: the Heir, having Christian-Name Nassoma-Amina and Gentilities-Name Morgan, granted jointly by my biological mother, Eugenie Johnson [feme sole, bearer of life and name]; and my biological father, Trevor-Anthony: Morgan [win, progenitor and grantor of the Morgan estate], on the date of nativity, July 29th, 1975, at 20: 33 hours, at Jacobi Medical Hospital, also known as Bronx Municipal Hospital Center, on the land and soil of Bronx County of the New York Republic.

To the Accountant General, Court Funds Office, 22 Kingsway, London WC2B 6LE

I am called nassoma: amina morgan by father, trevor anthony morgan, also known on certain records as nassoma amina morgan-grant. I was born alive on the 29th day of July, 1975, at 20:33 hours, at that Jacobi Medical Hospital (also known as Bronx Municipal Hospital Center), situated on the land and soil of Bronx County, New York Republic. My nativity was memorialized through Certificate of Birth No: 156-75-209414, issued by the City of New York, Department of Health and Mental Hygiene and witnessed by Earlene Price, City Registrar, on 4th day of August 1975; through Constructive Trust; with every resulting trust known or yet undiscovered by any other covetous scheme or identity, do by this act and deed make notice of my extant live-life being; with disposing mind and full facility to manage my interests; and, subsequent to that memorialization, a public agency/persona styled in uppercase as NASSOMA AMINA MORGAN (also recorded as NASSOMA AMINA MORGAN-GRANT) was created on the public record.

I was later baptized within Operation Kingdom International, on the land near West Palm Beach, Florida, Republic, as documented by Certificate of Baptism (Exhibit B). The said Certificate of Baptism displays my name in capital letters but its clerical formatting, yet baptism, by its very nature, is conferred only upon the living. Therefore, the certificate is acknowledged as evidence of me, the living woman, and not of any corporate persona or public agency. You will also find an exhibit from the Social Security Administration (Exhibit C), and an ecclesiastical deed poll with blood thumb print seal (Exhibit D) affirming that I am living and not deceased. By this Evidence of Life, I do give notice of my extant living being, standing as the Beneficial Heir and General Executrix of the NASSOMA AMINA MORGAN Estate.

Whereby, I with perfected capacity General Executrix* over NASSOMA AMINA MORGAN Estate, addressable thru and in care of: General Post-Office/RFD Care of, 1900 West Oakland Park Boulevard, Unit 5062 Oakland Park, Florida Republic, without the UNITED STATES NON-Domestic ZIP-Exempt: do aver my continued live-life temporal existence uninterrupted separate home sole existence beginning at 8:33 pm hrs on the 29th day of July, 1975 with sound mind (no a patient) then like now live life at that time without age of majority then but now having attained the age of the majority (i.e., majority status), and by Grace of the Lord, daughter and heir to trevor morgan and Heir to the Kingdom of Heaven through my Creator(s), and fruits at His Son of the Living God; and, therefore, through Title for birthright* with hereditaments interests therein, I assert governorship over my birthright with full powers of appointment through perfected capacity.

Insert full names of, e.g. patent, minor or minors

Cross out words not applicable.

Complete, if applicable, by inserting Minister or Treasurer etc.

Signed _Nassoma_____ morgan, Ex beneficial heir_
(Signature of person entitled to payment)

Declared before me on the ___9/25/25___ 20 __25__

This declaration should be witnessed by a person who knows the declarant personally and who is a Doctor, Lawyer, Notary, Bank Manager or a person of similar standing.

Signed _15_____
(Signature of witness)

Address _____MinuteClinic/CVSPharmacy 5924_____
8765 South Dixie Hwy
Miami, FL 33143

This declaration should not be witnessed by a relative of the declarant.

Qualification _NURSe PRACTITION9,_
_APRN 1100-18-18_



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 7 of 17

Exhibit B



## Baptism

THIS CERTIFIES THAT

### NASSOMA MORGAN

WAS BAPTIZED IN THE NAME OF THE FATHER
AND OF THE SON AND OF THE HOLY SPIRIT

AT OPERATION KINGDOM INTERNATIONAL CHURCH FT. LAUDERDALE

ON THE 20TH DAY OF AUGUST IN THE YEAR OF OUR LORD 2010

GO YE THEREFORE, AND TEACH ALL NATIONS, BAPTIZING THEM....
TEACHING THEM TO OBSERVE ALL THINGS WHATSOEVER I HAVE COMMANDED YOU.
MATTHEW 28:19-20



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 8 of 17




Exhibit C

8/28/2025 4:03:02 PM
DK M BK 8 PG 729-838
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY:
Nassoma Amina Morgan Estate

PREPARED BY: Nassoma-Amina:Morgan
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

RETURN TO: Nassoma-Amina Morgan Estate
In care of: Jerome Theodora Powell Jr.
% 3724 Goodman Road W Unit 198
Horn Lake, MS 38637-9998
(720)290-0858

Above Space provided for Recorder's use only.

Grantor: The Most-High-Divine Creator
Grantee: Nassoma Claim of Morgan

Notice of Declaration of Identity
Live-Life-Claim
Declaration of Status of Living Woman Private Civilian, Nassoma-Amina: Morgan
Notice and Declaration of Truth
Declaration of Life by Social Security Administration
Proclamation of Private Status, Secured Interest, Divine Jurisdiction and Autograph, Pro Curiam Divino
Paramount Claim of Life and the Estate of Nassoma Amina Morgan
Affidavit of Heirship
Letter of Appointment for the Morgan Estate
Affidavit of Revocation of Power of Attorney and Termination of the Presumed Implied or Constructed Authority
Over Our Private Estate
Hold Harmless and Indemnity Agreement
Trademark/Copyright for Nassoma-Amina: Morgan
United States of America United States Patent and Trademark Office
USCIS FOIA Response of Non-Citizenship

108


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 9 of 17

Exhibit C

DK M BK 8 PG 755

SOCIAL SECURITY ADMINISTRATION

## REPORT OF CONFIDENTIAL
## SOCIAL SECURITY BENEFIT INFORMATION

| SOCIAL SECURITY CLAIM NUMBER | | | | | | | BIC |
|---|---|---|---|---|---|---|---|
| X | X | X | X | 1 | 0 | 5 | 4 |

Information about a person's Social Security Benefits is confidential by law. Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

Beneficiary's name and address

Nassoma Amina Morgan Grant
c/o 7580 NW 5TH ST
# 16447
Plantation, Fl 33318

1. Name of person or agency from whom a request for benefit information was received.

☒ Beneficiary

☐ Other *(Show name and address)*

The person or agency named in item (1) above has requested information about your benefits. The information requested has been provided in the items checked (√) below, and is being sent to you for your convenience. If you want the requesting agency (other than yourself) to have this information, you may show or send them this official report.

| 2. | ☐ The gross amount of your monthly Social Security benefit is | | $ | |
|---|---|---|---|---|
| | The amount deducted for Medicare is | | $ | |
| | The net amount of your Social Security check each month is | | $ | |
| 3. | ☐ The above amount became effective | | Month-Year | |
| 4. | ☐ Your monthly benefit (before deduction for Medicare) | From (month-year) | Through (month-year) | $ |
| 5. | ☐ The monthly amount of your Supplemental Security Income payment is | | $ | |
| 6. | ☐ The above amount became effective | | Month-Year | |
| 7. | ☐ The total monthly amount of your Social Security benefit and supplemental security income payment is | | $ | |
| 8. | ☑ According to our records your date of birth is | | Month-Day-Year 07/29/1975 | |

9. ☐ We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed. If it is determined that benefits are payable, you will receive notification of the exact amount and effective date.

10. ☑ Other

Nassoma Amina Morgan Grant is not deceased, she came into the field office to verified her name and date of birth. She was born in Bronx, New York, USA on 07/29/1975. She provided a valid US passport id card.

Social Security Administration shows Nassoma Amina Morgan Grant not deceased.

*FT LAUDERDALE FL*
*MAY 23 2025*
*C19*
*SSA FIELD OFFICE*

SS DISTRICT OFFICE ADDRESS

Social Security Administration
8501 W Sunrise Blvd Ste 100
Plantation, FL 33322

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

TELEPHONE NO. (Include Area Code)   DATE

D. Brown
(866) 331-8637 ext. 12078
National 1-800-772-1213
Visit us online at socialsecurity.gov

Form SSA-2458 (02-1984) EF (07-2002)

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 10 of 17

DKM BK 8 PG 300

## Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as nassoms of the Clann morgan, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust nassoms of the Clann morgan, and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.

To: Regina Zimmerman, successors, and assignees
Director of Office of Vital Records
New York City Department of Health and Mental Hygiene
125 Worth Street
CN4, Room 133
New York, New York 10013-4090




I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 12 of 17

DK M BK 6 PG 301

 **NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, Gretchen Van Wye, the City Registrar of the Department of Health and Mental Hygiene of the City of New York, a department of the Municipal Corporation known as the City of New York, hereby certify that the foregoing transcript is a true copy of the original record currently on file with the Department of Health and Mental Hygiene of the City of New York, and that I am authorized to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☑ Birth ☐ Death

Certificate Number  156-75-209414                    Year  1975   ,

Borough of  Bronx

*In witness whereof I have hereunto set my hand and caused the seal of the Board of Health of the Department of Health and Mental Hygiene of the City of New York to be affixed this*  31st  *day of*  January  *in the year*  2025

*Gretchen Van Wye*

Signature

VR86E (Rev. 4/22)

 I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 13 of 17

THE NEW YORK CITY
CERTIFICATE OF
    LIVE BIRTH ~~the~~ Nassoma Amina
    Morgan.
place Holder

Y061378

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 14 of 17

BK M BK 6 PG 303

Look for the following security features before accepting this document:
- Multi-colored pink-blue-pink background
- Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
- This watermark in the paper, which will be visible when held to the light:

NYC
Health
OFFICIAL
VITAL RECORD

- Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

VR-131 4025A (01/20) P.O. NO. 25242423402

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 15 of 17

DK M BK 6 PG 304

## Declaration of Established of Inter Vivos Will

Be it known that i the living woman nassoma of the clan morgan has recorded this declaration and instrument in the Land Records by special deposit. Proof of Life requirements have been fully satisfied, and an Inter Vivos Will has been declared, established, and privately recorded.

Furthermore, this declaration and instrument hereby affirms my rightful claim over name, body, mind, soul of man, soul of infant, spirit, and Live Borne Record. As a member of One Heaven, i reject any and rebuke all assumptions and presumption of being property of any cestui que vie trust/estates as mentioned under canon 2055-2056.

Any claims contrary to this notice and instrument are false and are rebutted and rejected in their entirety. No trust, estate, or presumption asserted over nassoma of clann morgan the living woman shall stand against this divine declaration.

It is affirmed that i, the living woman, possesses the absolute right to reject any and all false presumptions of control or ownership over my existence. Also, my temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as our abandonment, loss, death, or incompetence is immediately null, void, without standing, and immediately dissolved without delay.

Let it be known that any and all false claims, presumptions, or trusts established over nassoma of clann morgan the living woman are null, void, and without standing. Any attempt to assert control over the living woman or her property under these fraudulent doctrines is a direct violation of Natural Law, Divine Law, and the fundamental Rights of Man and Women.

This declaration and instrument is formally recorded in the Land Records and stands as public acknowledgment that:

- Proof of Life is established.
- The Declaration of Inter Vivos Will is lawfully recorded.
- All false presumptions and claims over name, body, mind, and soul are rebutted and rejected.
- Every man and woman holds absolute authority over themselves as a rightful member of One Heaven.

Any entity, individual, administrator, or executor failing to recognize and uphold these declarations shall be deemed to have engaged in fraudulent concealment, breach of fiduciary duty, and unlawful trespass, with all lawful and equitable remedies reserved against them.

Dated: 13th of March 2025 . CLANN OF MORGAN Estb. 1973

Signed: 01: nassoma:morgan : clann: Morgan Inc

· Seal





I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 16 of 17



Case 24-18665-PDR Doc 131 Filed 12/01/25 Page 26 of 177

DKM BK 6 PG 306

## Declaration of Established of Inter Vivos Will



STATE OF MISSISSIPPI
COUNTY OF DESOTO
I hereby certify that the above and foregoing
is a true copy of the original filed in this office.
This the 27th day of _____, 201 47
Misty Heffner, Clerk of the Chancery Court

By _____ D.C.






I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 17 of 17

# EXHIBIT B

**Revocation of Anatomical Gift Anatomical Directive Package of NASSOMA AMINA  MORGAN**  docket excerpts from **United States District Court For the Western District of Tennessee - Court of Record in EquityCase No. 2:25-mc-00040** reflecting prior filings relating to **Nassoma Amina Morgan** and her Estate / status.

### Purpose of Filing

This filing serves to:

- This filing is made for the purpose of **judicial notice, authentication, and preservation of evidentiary documents** related to anatomical, fiduciary, and health-care directives, consistent with *Fed. R. Civ. P. 5(d)(1)* and *Local Rule 79*.

- Formally revokes and amends any prior anatomical or organ donation designation, transferring all rights and custody of biological property to the JOHNSON-MORGAN INTER VIVOS TRUST.

This exhibit is submitted into evidence in accordance with the **Federal Rules of Evidence, Rules 901 and 902**, as a **self-authenticating record** affirming that nassoma amina morgan is of the age of majority and act as Principal In Chief over person and estate. Also that she is competent to act, declare that her soma, body, anatomy, and biological matters are private.

Filed as Exhibit B to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR
United States Bankruptcy Court Of Florida

WENDY R. OLIVER CLERK

10/30/25

FOR SPECIAL DEPOSIT
COURT OF RECORD IN EQUITY
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSE

RECEIVED

OCT 30 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

| | |
|---|---|
| NASSOMA AMINA MORGAN ESTATE | ) |
| V. | ) 2:25-mc-00040-MSN-cgc |
| UNITED STATES OF AMERICA | ) |
| AND ALL OF ITS SUBDIVISION, | ) |
| SUBSIDIARIES, TERRITORIES, | ) |
| ENCLAVES AND MINOR ISLANDS | ) Document Number: |
| | ) NAM LET-20250813-251021-8-ANA |

## NOTICE OF FILING OF EVIDENTIARY EXHIBITS INTO THE RECORD

*(Fed. R. Civ. P. 5(d)(1); Local Rule 79; Fed. R. Evid. 201 & 902)*

## RE: REVOCATION OF ANATOMICAL GIFT - ANATOMICAL DIRECTIVE PACKAGE OF NASSOMA AMINA MORGAN

Incorporated By Reference Herein Is The Revocation Of Anatomical Gift - Anatomical Directive Package Of Nassoma Amina Morgan Truth Statement For Immediate Process By The Head Clerk To Place On The Docket In The Above Styled Cause

**I.** Please inform the Court that nassoma amina morgan is a living breathing soul and standing on the soil and that she has attained age of majority with claim to the name NASSOMA AMINA MORGAN and all derivatives including NASSOMA AMINA MORGAN-GRANT: mind, body, soul, spirit and blood.

**II.** Place on the docket these EVIDENTIARY EXHIBITS and truth statement and his wishes as Principal in Chief, Grantor and favored beneficiary of her vast estate NASSOMA AMINA MORGAN a cestui Que Vie Trust established by the UNITED STATES OF AMERICA and its subsidiaries the land and the richness thereof provided by the Creator of all things.

**III.** As children of God, we are the heirs and are promised an inheritance that can never perish, spoil or fade:

**2 Corinthians 9:8** And God is able to bless you abundantly, so that in all things at all times, having all that you need, you will abound in every good work.

I come in the state of knowledge, with clean hands and in good faith to submit proof of the living estate trust and to bear witness of the living soul and spirit domiciled in a flesh suit nassoma amina morgan and the original jurisdiction and protection of the most high of His heir.

## IN RE: REVOCATION OF ANATOMICAL GIFT - ANATOMICAL DIRECTIVE PACKAGE OF NASSOMA AMINA MORGAN

### Case No. 2:25-mc-00040-MSN-cgc

# NOTICE OF FILING OF EVIDENTIARY EXHIBITS INTO THE RECORD
*(Pursuant to Fed. R. Civ. P. 5(d)(1), Local Rule 79, and Fed. R. Evid. 201 & 902)*

## TO THE CLERK OF COURT AND ANY INTERESTED OFFICE:

Comes now, **Nassoma-Amina: of the Morgan family**, acting in the private capacity of **Principal in Chief** for the **NASSOMA AMINA MORGAN Estate** and associated trusts, who hereby gives **Notice of Filing of Evidentiary Exhibits** into the official record of the United States District Court for the Western District of Tennessee, Oxford Division, under the above-referenced case number.

This filing is made for the purpose of **judicial notice, authentication, and preservation of evidentiary documents** related to anatomical, fiduciary, and health-care directives, consistent with *Fed. R. Civ. P. 5(d)(1)* and *Local Rule 79*.

### 1. Exhibits Filed

| Exhibit No. | Title / Description | Date Executed |
|---|---|---|
| | **Broward County, Florida Recorded Instrument # 120461899:** | |
| | Evidence of Life – Truth Statement (Declaration of Living Status and Rebuttal of Civil Death) | |
| A | Form 206-Evidence of Life-Declaration of Person Entitled to Payment | 09-29-2025 |
| | Baptism Certificate | |
| | Declaration of Life by Social Security Administration | |
| | Ecclesiastical Deed Poll | |
| B | Personal Declaration and Disclaimer of Use of Anatomy | 10-23-2025 |
| C | Declaration and Revocation of Anatomical Gift (Declaration and Assignment to Trust) | 10-23-2025 |
| D | Refusal of Anatomical Gift and Body Disposition Directive (New York) | 10-23-2025 |
| E | New York Anatomical Use Disclaimer / Refusal Declaration | 10-23-2025 |
| F | Last rites and Spiritual De | 10-23-2025 |
| G | Living Will / Advance Directive for Health Care | 10-23-2025 |
| H | Pour-Over Clause and Trust Transfer Declaration | 10-23-2025 |
| I | Fiduciary Appointment Notice | 10-23-2025 |
| J | Trustee's Acceptance, Fiduciary Oath, and Indemnification Agreement | 10-23-2025 |
| K | Declaration of Disposition of Remains, Custodial Authority, and Spiritual Succession | 10-23-2025 |

| L | Declaration of Spiritual Lineage and Successor Heirs | 10-23-2025 |
| M | Cover Letter to Jacobi Hospital Center also known as Bronx Municipal Hospital (Health Information Management Department) | 10-23-2025 |
| N | Refusal of Anatomical Gift and Declaration of Ancestry (Affirmation of Lineage and Amendment to Anatomical Declarations) | 10-23-2025 |
| O | Florida Anatomical Use Disclaimer / Refusal Declaration (Statutory Notice of Non-Consent under Florida Law) | 10-23-2025 |

All exhibits are properly labeled, attached, and authenticated under **Fed. R. Evid. 902(8)** and supported by sworn declaration pursuant to **28 U.S.C. § 1746.**

## 2. Purpose of Filing

This filing serves to:

1. Establish and preserve lawful evidence of life, capacity, and revocation of any prior anatomical donation or gift;
2. Place on record the living Principal's refusal and revocation of all anatomical use permissions;
3. Affirm custodianship of biological and intellectual property to the JOHNSON-MORGAN INTER VIVOS TRUST; and
4. Ensure permanent recordation for judicial notice and future reference within the federal record.

## 3. Declaration of Authenticity (28 U.S.C. § 1746)

I declare under penalty of perjury under the laws of the United States of America that the foregoing and attached exhibits are true and correct copies of original instruments lawfully executed by me and preserved within the private archives of the estate and trust.

Executed this 23 day of October 2025, near Plantation, Florida.

Respectfully submitted,

by: nassoma-amira: morgan bloodline
**Nassoma-Amina: of the Morgan Bloodline**
Principal in Chief
7580 Northwest 5th Street, Unit 16447
Plantation, Florida [33317-9998]
Non-Domestic. Without the United States

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice and attached exhibits has been filed with the Clerk of Court for entry into the docket of **Case No. 2:25-mc-00040-MSN-cgc** on this 27 day of October 2025.

by:nassoma-amina: nocius bleeding
Signature of Filer , Principal in Chief, Declarant

**Nassoma-Amina:of the Morgan family**

# EXHIBIT A

Certified Recorded Instrument with Broward County Land Records: Instrument No:120461899

Evidence of Life – Truth Statement

Form 206-Evidence of Life

Certificate of Baptism

Declaration of Life-Social Security Administration

Live Life Claim

Publishing Affidavit and Rebuttal

(Declaration of Living Status and Rebuttal of Civil Death)

Establishes the living status of Nassoma Amina Morgan as a natural woman of sound mind and lawful capacity, confirming existence beyond any civil or corporate presumption. It also repudiates the presumption of death. It serves as the foundational record supporting all other exhibits in the package.

Filed as Exhibit A to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

Instr# 120461899 , Page 1 of 17, Recorded 09/29/2025 at 02:17 PM
Broward County Commission

RECORDING REQUESTED BY:
**Nassoma Amina Morgan Estate**

**PREPARED BY:** Nassoma-Amina:Morgan
c/o 7580 North-West 5th Street Unit 16447 non-domestic
Near Plantation, Florida Republic [33317-9998]
uSA non-resident alien, Private Civilian,Non Military
(786) 385-4746

**RETURN TO:** Nassoma-Amina Morgan Estate
In care of: Nassoma-Amina: Morgan, Ex
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33310-9998]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

Above space provided for Recorder's use only.

Grantor: The Most-High-Divine Creator
Grantee: Nassoma-Amina Bloodline of Morgan

evidence of life - truth statement
Exhibit A - Form 206 Evidence of Life
Exhibit B - Baptism Certificate
Exhibit C - Declaration of Life by SSA
Exhibit D - Ecclesiastical Deed Poll



1 October 20<s



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 1 of 17

*(vertical left margin)* REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,

*(vertical right margin)* REVOCATION OF SURETYSHIP, REMOVAL OF GUARDIAN–WARD RELATIONSHIP,

# evidence of life – truth statement

in the _____

_____

_____

*(rebuttal of presumption under cestui que vie act of 1666, revocation of suretyship, removal of guardian–ward relationship, and declaration of estate and birthright)*

i nassoma-amina:, commonly known as the living woman of the morgan heritage, do hereby give solemn testimony and notice as follows:

1. that under the cestui que vie act of 1666, any man or woman absent and unheard from for seven years may be presumed civilly dead and their estate administered by others.
2. that i am not absent, lost, abandoned, or dead in fact or in law. i am a living man, present upon the land, of sound body, mind, and spirit.
3. that i stand as the rightful living heir and beneficiary to my own estate and name, and i do hereby rebut and overturn any presumption to the contrary.
4. that the estate styled **NASSOMA AMINA MORGAN [estate]** is by right of succession held in my living capacity. i, having the spiritual-name *nassoma-amina:* and the gentilities-name *johnson*, granted by biological feme sole eugenie morgan at my nativity on the 29th day of july, 1975, bronx county, the land near new york city, on new york republic, am heir to and executor over said estate.
5. that i was baptised within the land of palm beach county, near west palm beach, florida evidenced by Certificate of Birth No. 156-75-209414, issued by the City of New York and recorded at Jacobi Hospital on the land of Bronx, New York Republic, on 4 August 1975, a [public] agency was created in the styled name NASSOMA AMINA MORGAN. Thereafter, I was baptized within Palm Beach County and issued a Certificate of Baptism in the same styled name NASSOMA AMINA MORGAN (baptism, even if recorded in ALL-CAPS typographical styling, applies only to the living and proves my living identity). Both instruments are attached to this Evidence of Life as part of the registration package, together demonstrating the creation of a constructive trust and resulting trusts, known or yet undiscovered, in which I stand as Beneficiary and Heir.
6. that i, with perfected capacity as general executrix over the estate of *nassoma amina morgan*, domiciled in care of: general post-office/rfd care of, 1900 west oakland park boulevard, unit 5062, oakland park, florida republic, without the united states, zip-exempt, do aver my continued live-life temporal existence uninterrupted since my nativity at 8:33 pm hrs on 29 july 1975. i now stand at the age of majority, with sound mind, full capacity, and governorship over my birthright with all hereditaments and powers of appointment therein, by grace of the lord and as heir to the kingdom of Most High through my creator and his son, the living God.
7. that i hereby revoke, rescind, and cancel any and all presumptions of suretyship, agency, liability, or debt attached to my name or estate, whether presumed by statute, contract, or operation of law.

nassoma amina morgan.
Page 1 of 5

AND DECLARATION OF ESTATE AND BIRTHRIGHT,

*REVOCATION OF SURETY*

*REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,*

8. that i further revoke and terminate any guardian and ward relationship presumed between myself and the state, its officers, or its agencies; no man or institution may stand as guardian over me, for i am competent, living, and sui juris.

9. that this evidence of life is executed for the record, to affirm my presence upon the land, and to ensure that no trustee, court, registrar, or agent may claim administration of my estate by presumption of death, suretyship, or wardship.

10. that this truth statement shall remain in force without expiration, serving as a perpetual rebuttal of absence, death, suretyship, and wardship, until i myself revoke it in writing.

### executed this twenty-fourth day of september two-thousand-twenty-five

at: morgan province, oakland park-territory, florida-republic

by:

signature: by: nassoma-amin     nassoma-amin's morgan
living heir/favored     ving heir/favored benef



witnessing

we, the undersigned, being of lawful age and proper standing, do hereby witness that the above-named man/woman is a living presence this day, and affirm the truth of their testimony rebutting the presumption of death, revoking suretyship, and removing any guardian–ward relationship in our presence.

**witness 1 (doctor, lawyer, notary, bank manager, or equivalent):**

printed name: DANE LAWRENCE

capacity/title: NURSE PRACT, TOWN
APRN 11 00 7548

signature: [signature]

date: 9/25/25

MinuteClinic/CVSPharmacy 5924
8765 South Dixie Hwy
Miami, FL 33143

**witness 2 (optional, additional authority):**

printed name: Bessie Bickham

capacity/title: Notary and Paramedic
# 18731

signature: by: bessie-yolanda bickham

date: September 25, 2025

BESSIE BICKHAM
Notary Public - State of Florida
Commission # HH 271167
My Comm. Expires Jun 4, 2026
Bonded through National Notary Assn.



nassoma amina morgan
Page 2 of 5

*AND DECLARATION OF ESTATE AND BIRTHRIGHT*

*AL OF GUARDIAN-WARD RELATIONSHIP,*

**affirmation/certificate of service**

i hereby certify that on the date stated below, i caused true and correct copies of the foregoing **evidence of life – truth statement** and the accompanying **notice of service and filing** to be deposited by certified/registered mail, return receipt requested, to the following officers and offices at their respective official addresses:

1.  office of president of the UNITED STATES
    current office holder: donald j. trump, successors and assigns
    the white house
    1600 pennsylvania avenue, nw
    washington, dc 20500

2.  office of president attorney general of the UNITED STATES
    pam bondi, successors and assigns
    U.S. DEPARTMENT OF JUSTICE
    950 pennsylvania avenue, nw
    washington, dc 20530-0001

3.  office of attorney general of james uthmeier,
    successors and assigns
    attorney general of florida
    301 n. bronough Street
    tallahassee, florida 32301

4.  office of registrar of florida (office of secretary of state – business & ucc filings),
    successors and assigns secretary of state
    cord byrd florida secretary of state
    r.a gray building
    500 south bronough street
    tallhassee, florida 32399-0250

5.  office of governor of florida
    ron desantis successors and assigns office of the governor
    the capitol
    400 south monroe street
    tallahassee floirda 32399-0001

6.  office of president secretary of the treasury of the united states
    Scott Bessent, successors and assigns
    department of the treasury
    1500 pennsylvania avenue, nw
    washington, dc 20220

7.
    office of the new york state attorney general of letitia james, successors
    and assigns attorney general of florida
    the capitol
    albany ny 12224-0341

nassoma amina morgan
Page 3 of 5

*REVOCATION OF SURETYSHIP, REMOVAL OF GUARDIAN-WARD RELATIONSHIP,*

*REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,*

AND DECLARATION OF ESTATE AND BIRTHRIGHT

8. office of registrar of new york(office of secretary of state – business & ucc filings),
walter t. mosley or successors and assigns florida secretary of state
one commerce plaza
99 washington ave
albany, ny 12231-0001

9. office of president registrar in london – custodian over cestui que vie trusts
registrar of the crown/chancery division
royal courts of justice
strand
london wc2a 2ll
united kingdom

10. office of united states coast guard – commandant
admiral linda l. fagan, commandant, successors and assigns
united states coast guard headquarters
2703 martin luther king jr. avenue, se
washington, dc 20593-7000

11. **office of foreign assets control (ofac)** director,
ofac bradley t. smith, successors and assigns
u.s. department of the treasury
1500 pennsylvania avenue, nw
washington, dc 20220

12. **treasurer of the united states** brandon beach,
successors and assigns department of the treasury
1500 pennsylvania avenue, nw washington, dc
20220

13. united states attorney jason a. reding quinones successors and
assigns united states attorney's office southern district of florida
99 northeast 4th street
miami, florida 33132

14. seventeenth judicial circuit of florida chief judge carol-lisa phillips successors and assigns 17th judicial circuit of florida
chiefs office
201 south east 6th street
fort lauderdale, florida 22201

15. united states chief bankruptcy judge scott m. grossman, successors and assigns united states bankruptcy court southern
district of florida
united states courthouse
299 east broward boulevard, room
fort lauderdale, florida 33301

this notice of service is made part of the public and private record to ensure that no presumption
of absence, death, or abandonment may be maintained against the heir/living man/woman.

served this ___ day of

signature: by nassom ────── ine of morgan
printed name: nassom ────── so
living he

### affirmation/certificate of service

i hereby certify that on the date stated above, i caused true and correct copies of the foregoing **evidence of life – truth statement** and this **notice of service** to be deposited by certified/registered mail, return receipt requested, to the above-named offices and officers at their respective official a█

signature: bu:m█ █bodline of morgan, General Executrix
█favore█ █ heir

date: _____

## Form 206
## Evidence of Life

**Evidence of Life**
**Declaration of person**
**entitled to payment**

In the _____

Please use BLOCK CAPITALS

A/c No. |__|__|__|__|__|__|__|__|

Full Account
Title

NASSOMA AMINA MORGAN [Estate]; with I:Am I:In esse:I: the Heir, having Christian-Name Nassoma-Amina and Gentilities-Name Morgan, granted jointly by my biological mother, Eugenie Johnson (feme sole, bearer of life and name); and my biological father, Trevor-Anthony: Morgan (vir, progenitor and grantor of the Morgan estate), on the date of nativity, July 29th, 1975, at 20:33 hours, at Jacobi Medical Hospital, also known as Bronx Municipal Hospital Center, on the land and soil of Bronx County of the New York Republic

To the Accountant General, Court Funds Office, 22 Kingsway, London WC2B 6LE

I am called nassoma amina morgan by father, trevor anthony morgan, also known on certain records as nassoma amina morgan-grant. I was born alive on the 29th day of July, 1975, at 20:33 hours, at Jacobi Medical Hospital (also known as Bronx Municipal Hospital Center), situated on the land and soil of Bronx County, New York Republic. My nativity was memorialized through Certificate of Birth No. 156-75-209414, issued by the City of New York, Department of Health and Mental Hygiene and witnessed by Earlene Price, City Registrar, on 4th day of August 1975; through Constructive Trust with every resulting trust known or yet undiscovered by any other covetous scheme or identity, do by this act and deed make notice of my extant live-life being, with disposing mind and full facility to manage my interests; and, subsequent to that memorialization, a public agency/persona styled in uppercase as NASSOMA AMINA MORGAN (also recorded as NASSOMA AMINA MORGAN-GRANT) was created on the public record.

Insert full names of, e.g. patent, minor or minors

I was later baptized within Operation Kingdom International, on the land near West Palm Beach, Florida Republic, as documented by Certificate of Baptism (Exhibit B). The said Certificate of Baptism displays my name in capital letters due to clerical formatting; yet baptism, by its very nature, is conferred only upon the living. Therefore, the certificate is acknowledged as evidence of me, the living woman, and not of any corporate persona or public agency. You will also find an exhibit from the Social Security Administration (Exhibit C), and an ecclesiastical deed poll with blood thumb print seal (Exhibit D) affirming that I am living and not deceased. By this Evidence of Life, I do give notice of my extant living being, standing as the Beneficial Heir and General Executrix of the NASSOMA AMINA MORGAN Estate.

Cross out words not applicable

Whereby, I with perfected capacity General Executrix over NASSOMA AMINA MORGAN Estate, addressable thru and in care of: General Post Office/RFD Care of, 1900 West Oakland Park Boulevard, Unit 5062 Oakland Park, Florida Republic, without the UNITED STATES NON-Domestic ZIP-Exempt; do aver my continued live-life temporal existence uninterrupted separate home sole existence beginning at 8.33 pm hrs on the 29th day of July, 1975 with sound mind (no a-patient) then like how live life at that time without age of majority then but now having attained the age of the majority (i.e., majority status), and by Grace of the Lord, daughter and heir to trevor morgan and Heir to the Kingdom of Heaven through my Creator(s), and fruits of His Son of the Living God; and, therefore, through Title for birthright* with hereditaments interests therein, I assert governorship over my birthright with full powers of appointment through perfected capacity.

Complete, if applicable, by inserting Minister or Treasurer etc.

Signed _Amina_____ gan, Ex-per fic ial heir
(Signature of person e_____)

• This declaration should be witnessed by a person who knows the declarant personally and who is a Doctor, Lawyer, Notary, Bank Manager or a person of similar standing

Declared before _____ '25 / 25    2o 18 25

Signed _155_____
(Signature of witness)

Address ____ MinuteClinic/CVS Pharmacy 5924
8765 South Dixie Hwy
Miami, FL 33143

• This declaration should not be witnessed by a relative of the declarant.

Qualification _NURSe PRovit/iona_
_April / 100 75 1/8_



## Baptism

THIS CERTIFIES THAT

### NASSOMA MORGAN

WAS BAPTIZED IN THE NAME OF THE FATHER
AND OF THE SON AND OF THE HOLY SPIRIT

AT _OPERATION KINGDOM INTERNATIONAL CHURCH FT. LAUDERDALE_

ON THE _20TH_ DAY OF _AUGUST_ IN THE YEAR OF OUR LORD _2010_.

GO YE THEREFORE, AND TEACH ALL NATIONS, BAPTIZING THEM....
TEACHING THEM TO OBSERVE ALL THINGS WHATSOEVER I HAVE COMMANDED YOU.
MATTHEW 28:19-20

Instr# 120461899 , Page 8 of 17

Exhibit B

Exhibit C



8/26/2025 4:03:02 PM
DK M BK 6 PG 729-836
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY:
Nassoma Amina Morgan Estate

PREPARED BY: Nassoma-Amina:Morgan
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

RETURN TO: Nassoma-Amina Morgan Estate
In care of: Jerome Theodore Powell Jr.
% 3724 Goodman Road W Unit 798
Horn Lake, MS 38697-9998
(720)290-0853

Above space provided for Recorder's use only.

Grantor: The Most-High-Divine Creator
Grantee: Nassoma Claim of Morgan

Notice of Declaration of Identity
Live-Life-Claim
Declaration of Status of Living Woman Private Civilian: Nassoma-Amina: Morgan
Notice and Declaration of Truth
Declaration of Life by Social Security Administration
Proclamation of Private Status, Secured Interest, Divine Jurisdiction and Autograph, Per Curiam Divino
Paramount Claim of Life and the Estate of Nassoma-Amina Morgan
Affidavit of Heirship
Letter of Appointment for the Morgan Estate
Affidavit of Revocation of Power of Attorney and Termination of the Presumed, Implied, or Constructed Authority
Over Our Private Estate
Hold Harmless and Indemnity Agreement
Trademark/Copyright for Nassoma-Amina: Morgan
United States of America United States Patent and Trademark Office
USCIS FOIA Response of Non-Citizenship

108

Exhibit C

DK M BK 6 PG 755

SOCIAL SECURITY ADMINISTRATION

# REPORT OF CONFIDENTIAL
## SOCIAL SECURITY BENEFIT INFORMATION

| SOCIAL SECURITY CLAIM NUMBER | | | | | BIC |
|---|---|---|---|---|---|
| X | X | X | X | X | |

Information about a person's Social Security Benefits is confidential by law.  Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

| Beneficiary's name and address | 1. Name of person or agency from whom a request for benefit information was received |
|---|---|
| Nassoma Amina Morgan Grant<br>c/o 7580 NW 5TH ST<br># 16447<br>Plantation, Fl 33318 | ☒ Beneficiary<br><br>☐ Other *(Show name and address)* |

The person or agency named in item (1) above has requested information about your benefits. The information requested has been provided in the items checked (√) below, and is being sent to you for your convenience. If you want the requesting agency (other than yourself) to have this information, you may show or send them this official report.

| 2 | ☐ | The gross amount of your monthly Social Security benefit is | | $ |
|---|---|---|---|---|
| | | The amount deducted for Medicare is | | $ |
| | | The net amount of your Social Security check each month is | | $ |
| 3 | ☐ | The above amount became effective | | Month-Year |
| 4 | ☐ | Your monthly benefit (before deduction for Medicare) | From (month-year)    Through (month-year) | $ |
| 5 | ☐ | The monthly amount of your Supplemental Security Income payment is | | $ |
| 6 | ☐ | The above amount became effective | | Month-Year |
| 7 | ☐ | The total monthly amount of your Social Security benefit and supplemental security income payment is | | $ |
| 8 | ☑ | According to our records your date of birth is | | Month-Day-Year |
| 9 | ☐ | We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed.  If it is determined that benefits are payable, you will receive notification of the exact amount and effective date. | | |
| 10 | ☑ | Other | | |

Nassoma Amina Morgan Grant is not deceased, she came into the field office to verified her name and date of birth. She was born in Bronx,New York,USA on 07/29/1975.She provided a valid US passport id card.

Social Security Administration shows Nassoma Amina Morgan Grant not deceased.

| SS DISTRICT OFFICE ADDRESS | SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL |
|---|---|
| Social Security Administration<br>8501 W Sunrise Blvd Ste 100<br>Plantation, FL 33322 | TELEPHONE NO. (Include Area Code)   DATE<br>**D. Brown**<br>(866) 331-8637 ext. 12078<br>National 1-800-772-1213<br>*Visit us online at socialsecurity.gov* |

FT. LAUDERDALE FL
MAY 23 2025
C19-
SSA FIELD OFFICE

Form SSA-2458 (02-1994) EF (07-2002)



Exhibit D



3/21/2025 4:31:01 PM
DK M BK s PG 299-305
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY:
Nassoma Amina Morgan Estate

PREPARED BY: Nassoma-Amina Morgan
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

RETURN TO: Nassoma-Amina Morgan Estate
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

Above space provided for Recorder's use only.

Grantor: The Most-High-Divine Creator
Grantee: Nassoma Clann of Morgan



Recording Cover

Ecclesiastical Deed Poll
Certificate of Live Birth
Inter-Vivos Will



DK M BK 6 PG 300

## Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as nassoma of the Clann morgan, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust nassoma of the Clann morgan, and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.


To:  Regina Zimmerman, successors, and assignees
     Director of Office of Vital Records
     New York City Department of Health and Mental Hygiene
     125 Worth Street
     CN4, Room 133
     New York, New York 10013-4090



Instr# 120461899 , Page 13 of 17

DK M  BK 6 PG 301

 **Health**

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, Gretchen Van Wye, the City Registrar of the Department of Health and Mental Hygiene of the City of New York, a department of the Municipal Corporation known as the City of New York, hereby certify that the foregoing transcript is a true copy of the original record currently on file with the Department of Health and Mental Hygiene of the City of New York, and that I am authorized to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☑ Birth ☐ Death

Certificate Number  156-75-209414 _____ Year  1975 ,

Borough of  Bronx

*In witness whereof I have hereunto set my hand and caused the seal of the Board of Health of the Department of Health and Mental Hygiene of the City of New York to be*

*affixed this*  31st _____ *day of*

January _____ *in the year*

2025



*Gretchen Van Wye*

Signature

VR68E (Rev. 1/22)

THE NEW YORK CITY
CERTIFICATE OF
    LIVE BIRTH ~~☰~~ Nassoma Amina
    Morgan.
place Holder

Y061378

Instr# 120461899 , Page 15 of 17

BK M BK 6 PG 303

Look for the following security features before accepting this document:

· Multi-colored pink-blue-pink background
· Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
· This watermark in the paper, which will be visible when held to the light:

NYC
Health
OFFICIAL
VITAL RECORD

· Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

VR-131 400M (01/21) P.O. NO. 20242423463

DK M BK 6 PG 304

## Declaration of Established of Inter Vivos Will

Be it known that i the living woman nassoma of the clan morgan has recorded this declaration and instrument in the Land Records by special deposit. Proof of Life requirements have been fully satisfied, and an Inter Vivos Will has been declared, established, and privately recorded.

Furthermore, this declaration and instrument hereby affirms my rightful claim over name, body, mind, soul of man, soul of infant, spirit, and Live Borne Record. As a member of One Heaven. i reject any and rebuke all assumptions and presumption of being property of any cestui que vie trust/estates as mentioned under canon 2055-2056.

Any claims contrary to this notice and instrument are false and are rebutted and rejected in their entirety. No trust, estate, or presumption asserted over nassoma of clann morgan the living woman shall stand against this divine declaration.

It is affirmed that i, the living woman, possesses the absolute right to reject any and all false presumptions of control or ownership over my existence. Also, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as our abandonment, loss, death; or incompetence is immediately null, void, without standing, and immediately dissolved without delay.

Let it be known that any and all false claims, presumptions, or trusts established over nassoma of clann morgan the living woman are null, void, and without standing. Any attempt to assert control over the living woman or her property under these fraudulent doctrines is a direct violation of Natural Law, Divine Law, and the fundamental Rights of Man and Woman.

This declaration and instrument is formally recorded in the Land Records and stands as public acknowledgment that:

- Proof of Life is established.
- The Declaration of Inter Vivos Will is lawfully recorded.
- All false presumptions and claims over name; body, mind, and soul are rebutted and rejected.
- Every man and woman holds absolute authority over themselves as a rightful member of One Heaven.

Any entity, individual, administrator, or executor failing to recognize and uphold these declarations shall be deemed to have engaged in fraudulent concealment, breach of fiduciary duty, and unlawful trespass, with all lawful and equitable remedies reserved against them.

Dated: 13th of March 2025

Signed: bl:nassomaomia: clamss morga

Seal

# EXHIBIT B

Personal Declaration and Disclaimer of Use

This exhibit is submitted into evidence in accordance with the **Federal Rules of Evidence, Rules 901 and 902**, as a **self-authenticating record** affirming that nassoma amina morgan is of the age of majority and act as Principal In Chief over person and estate. Also that she is competent to act, declare that her soma, body, anatomy, and biological matters are private.

Filed as Exhibit B to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# Personal Declaration and Disclaimer of Use of Anatomy

*(Filed under 28 U.S.C. § 1746 – Unsworn Declaration)*

## 1. Declaration

I, nassoma amina morgan, being of the age of majority and competent to act, declare that my anatomy, body, and biological material are private and not to be used for commercial, educational, or experimental purposes without my express written consent.

This declaration is made **nunc pro tunc**—to take effect as of my majority—and shall remain in force unless revoked in writing.

I act as **Principal in Chief** over my person and estate, and I do not identify solely by the registration of a name or date of birth, which are administrative identifiers for record-keeping only.

I acknowledge that under the **Uniform Anatomical Gift Act (UAGA § 8)** and related state health-care laws, I have the right to **refuse any anatomical gift**. Nothing in this declaration shall be interpreted as immunity from lawful investigation, medical treatment consented to by me, or public-health obligations; it simply withholds consent for post-mortem donation or unauthorized research use.

## 2. Legal Basis for the Right to Refuse

- **Uniform Anatomical Gift Act (2006 rev.) § 8(b)** — written refusal is legally binding.
- **42 C.F.R. § 482.45** — hospitals must honor documented refusals.
- **42 U.S.C. § 1395cc(f)** — Medicare conditions of participation require respect for advance directives.
- **U.S. Constitution, Amendments IV & XIV** — privacy and due-process protections.

## 3. Declaration (28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of October 2025 at Plantation, florida (City. State).

by: nassoma amina morgan _____ (Autograph of Principal in Chief/Declarant)

Roche Earle _____ (Witness 1)

Aaliyah Grant _____ (Witness 2)

# EXHIBIT C

Declaration and  Revocation of Anatomical Gift

Living Notice by Special Appearance

(Declaration and Assignment to Trust)

Formally revokes and amends any prior anatomical or organ donation designation, transferring all
rights and custody of biological property to the JOHNSON-MORGAN INTER VIVOS TRUST.

Filed as Exhibit C to Notice of Filing of Evidentiary Exhibits, Case No.
2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee



Notice to Borrower from Original Issuer
Discount Lender, in case!
Declaration for revocation of instrument(s)



For:_____

_____

_____

_____

_____

By:_____

_____

_____

_____

_____

## DECLARATION AND REVOCATION OF ANATOMICAL GIFT

Living Notice by Special Appearance

This instrument is entered into the Court of Record in Equity of the House of Morgan, convened by the living woman Nassoma-Amina: Morgan-Grant, Executrix and Beneficiary Heir of her own Estate, domiciled upon the soil of the Florida Republic (united States of America, non-domestic).

All citations to public statutes, codes, constitutional provisions, or United States authorities—including, without limitation, Fla. Stat. §§ 765.514 – 765.517, N.Y. Pub. Health Law §§ 4301 – 4307, and 42 U.S.C. §§ 1395cc(f), 238q, 274e, and similar references—are provided for reference, comparison, and concordance only.

Such references are not to be construed as submission, adhesion, or consent to statutory, administrative, or commercial jurisdiction. They serve solely to demonstrate that the equitable principles expressed herein are acknowledged and mirrored within the public law.

The Declarant and Executrix remains within the Court of Equity, proceeding in peace, in private capacity, under Divine and Natural Law, and retains all rights, titles, immunities, and remedies thereof.

This filing is made for notice and record only, without prejudice, without waiver, and without granting consent to any inferior forum.

Pursuant to 28 U.S.C. § 1746 (Unsworn Declaration under Penalty of Perjury), and secured by the First, Fourth, Ninth, and Fourteenth Amendments to the Constitution of the United States, I, Nassoma-Amina: Morgan, the living woman and Declarant, competent to act and speaking in my private capacity, do hereby make this declaration of record.



## Lawful Foundation
### Federal Law
• National Organ Transplant Act, 42 U.S.C. §§ 273 et seq.;

• Uniform Anatomical Gift Act (2006 Revision), Model §§ 6–11 (adopted nationwide);

• 42 U.S.C. § 274e (prohibition on commercial use of human organs);

• 42 U.S.C. § 1395cc(f) (Patient Self-Determination Act – right to accept or refuse medical or anatomical intervention);

• 42 U.S.C. § 238q (federal immunity for good-faith actions under organ donation programs);

• 42 U.S.C. § 300aa-22 (immunity for participants acting within approved public health programs in good faith);

• 42 U.S.C. §§ 2000bb – 2000bb-4 (Religious Freedom Restoration Act);

• 28 U.S.C. § 1746 (Unsworn Declaration under Penalty of Perjury);

• First, Fourth, Ninth, and Fourteenth Amendments to the Constitution of the United States.

### State Law – Florida
• Fla. Stat. §§ 765.514 – 765.517 (Florida Uniform Anatomical Gift Act – Refusal, Revocation, Effect, Immunity);

• Fla. Const. Art. I § 3 (Freedom of Religion and Conscience).

### State Law – New York
• N.Y. Pub. Health Law §§ 4301 – 4307 (Uniform Anatomical Gift Act – Execution, Refusal, Revocation, Immunity);

• N.Y. Const. Art. I § 3 (Free Exercise of Religion and Conscience).

By the Full Faith and Credit Clause (U.S. Const. Art. IV § 1), this Declaration is binding and recognizable in all States and Territories.

### Declaration of Revocation
1. I hereby revoke all anatomical gifts, express or implied, and rescind all donor registrations or authorizations associated with my body or those of my heirs.

2. I revoke all donee powers of appointment and any presumption of consent by license, registration, or contract.

3. Any use or retention of bodily materials without express written consent is an unauthorized conversion and trespass upon private estate under state and federal law.

4. All credits or proceeds derived from such use shall be recaptured and restored to the living Declarant and her heirs in equity.

Notice all parties who are true borrowers shall honor declarant or be subject to liens, fines, and fees

Registered or Certified Mail :_____

4 of 8



**Revocation and Amendment**

Revocation or amendment may occur only under Fla. Stat. § 765.514(3) and N.Y. Pub. Health Law § 4305(3), by a signed and witnessed record, a subsequent contrary gift document, or intentional destruction of this instrument.

**Immunity and Enforcement**

Federal Immunity: Under 42 U.S.C. § 238q and Uniform Anatomical Gift Act (2006) § 11, any person, entity, or institution acting in good-faith reliance upon this refusal or revocation is immune from civil and criminal liability under United States law.

State Immunity: Under Fla. Stat. § 765.517 and N.Y. Pub. Health Law § 4307, all persons acting in good faith reliance upon this Declaration or refusal are likewise immune from liability. These immunities extend to and protect the Declarant and each beneficial heir—Abrianna Morgan Grant, Ayanna Amina Valrie Grant, and Avaya Amina Morgan Essue—from any action or claim arising from the exercise of their bodily autonomy and right of refusal.

Enforcement: Any person or agency acting contrary to this Declaration shall be subject to liens, levies, fines, and equitable remedies under the laws of the United States and the States of Florida and New York, including but not limited to 18 U.S.C. §§ 641, 1001, 1341–1343, and 1512 (theft, false statements, fraud, and interference with rights).

This instrument supersedes all public sector anatomical consents and registrations, without revoking any private testamentary or trust documents within the House of Morgan Ecclesiastical Estate.

## NOTICE OF ASSIGNMENT TO TRUST (AFTER REVOCATION OF GIFTS)

Take Notice: I, Declarant — "nassoma (amina)", living woman and Executrix of my own Estate, having lawfully revoked all presumed anatomical gifts, hereby enter this Notice of Assignment to Trust, transferring all property, substance, and interests arising therefrom into the JOHNSON–MORGAN INTER VIVOS TRUST, a private ecclesiastical trust expressed and perfected under Divine and Natural Law.

Notice all parties who are true borrowers: hold honor declarant or be subject to liens, finches, and fees

Registered or Certified Mail :_____

5 of 8



Declarant, as Trustor and Settlor, does hereby transfer, convey, and assign unto said Trust, as Assignee, all rights, titles, and interests in and to the following described property and effects, nunc pro tunc to the date of her nativity, July 29, 1975:

1. All organic and biological matter, including but not limited to organ, tissue, residue, placenta, birth sac, cDNA, rDNA, DNA, and all bodily anatomy parts and derivatives thereof;

2. All records of birth and related certificates or registrations, together with any taxes, credits, or drawbacks arising from their public use or trade;

3. All deeds, securities, conveyances, and perfected or unperfected instruments, whether good, bad, or presumed abandoned;

4. All applications and security interests including but not limited to any Social Security Account, registration, or instrument bearing the name or variation thereof;

5. All interests in patents, utilities, or property involving cellular, botanical, or intellectual property of the Declarant or her heirs;

6. All pass-through entities, interests, or activities constituting derivative use or benefit from the Declarant's name, property, or estate;

7. All settlements, negotiations, and agreements arising in commerce or equity related to said estate;

8. All intellectual and creative properties derived from or through the bloodline of the Morgan–Johnson Estate; and

9. All other rights, titles, claims, credits, or proceeds derived from or related to the Declarant or her living heirs, whether known or unknown.

Declarant affirms that all aforementioned property and effects are now lawfully assigned into the JOHNSON–MORGAN INTER VIVOS TRUST, to be held and administered for the exclusive benefit of the heirs and beneficiaries thereof.

Notice: all parties who are true borrowers shall honor declarant or be subject to liens, finches, and fees

Registered or Certified Mail :_____



**Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, executed **without the United States but upon the land of the United States of America**, acknowledging my native and domiciliary standing in Florida.

Executed this **23** day of Octobe 2025.

Wherefore, declarant, for the foregoing reasons, respectfully requests that this Honorable Clerk, Deputy Clerk, and all bodies politic thereto **grant declarant's order to revoke all information from the public sector** and **transfer all title, rights, and proceeds derived from title deeds** into the private trust estate referenced herein — namely, the *JOHNSON-MORGAN INTER VIVOS TRUST.*

Declarant further requests to be withdrawn, un-enlisted, un-enrolled, and un-volunteered from all private, public, or commercial custody and control — including but not limited to any presumed obligations or filings under the *STATE OF FLORIDA* or *STATE OF NEW YORK*, and any derivative entities acting under corporate charter or color of law.

All such parties are hereby instructed to acknowledge the Declarant's **accompanying authority to collect credit and settle accounts** as the original issuer, whose living nature and substance were lent to the agencies and instrumentalities of said States. Declarant and her heirs **owe no debt to the United States**, and **no real bill of particulars has ever been presented** in good faith.

The Declarant stands as the **real party in interest, Executrix**, and **Attorney-in-Fact** for *MORGAN, "NASSOMA"* and *MORGAN-GRANT, "NASSOMA"*, and lodges these presentments in truth, peace, and good faith, without recourse, in her capacity as living woman, Beneficiary Heir, and Master of her Estate.

All parties have ten (10) days from receipt of this mailing to rebut on the record by verified affidavit; silence shall constitute acquiescence and permanent estoppel.

**Respectfully submitted,**

Notice: all parties who are true borrowers shall honor its limit or be subject to liens, finches, and fees

Registered or Certified Mail :_____

7 of 8



Signature of **Declarant:** by: MassonCami

**Printed Name** Principal in Chief /Declarant

Witness 1: Eugenie-Johnson   **Name:** by: Eugenie. Johnson

Witness 2: Chanya-Smith   **Name:** by: Chanya. Smith



Notice all parties who are true borrowers shall honor declarant or be subject to liens, finches, and fees.

Registered or Certified Mail : _____

# EXHIBIT D

**Refusal of Anatomical Gift and Body Disposition Directive (New York)**

Provides explicit refusal of anatomical gift under New York law and directs custodianship of remains under the JOHNSON-MORGAN INTER VIVOS TRUST authority.

Filed as Exhibit D to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee



# REFUSAL OF ANATOMICAL GIFT AND BODY DISPOSITION DIRECTIVE

**Authority:**

- **Uniform Anatomical Gift Act (2006 Revision) -** *New York Public Health Law §§ 4300 et seq.*
- **New York Public Health Law § 4201 (Right to control disposition of remains)**
- **42 C.F.R. § 482.45 (Hospital organ-donation policies)**
- **42 U.S.C. § 1395cc(f) (Patient rights under Medicare)**
- **28 U.S.C. § 1746 (Unsworn declaration under penalty of perjury)**

## 1. Identification

| Field | Entry |
|---|---|
| **Full Legal Name** | Nassoma-Amina: of the Morgan family (Principal in Chief of the Estate of NASSOMA AMINA MORGAN®) |
| **Date of Birth** | July 29, 1975 |
| **Place of Birth** | Bronx County, New York |
| **Current Domicile** | 7580 Northwest 5th Street. Unit 16447, Plantation, Florida [33317-9998] |
| **Phone/Email** | (786) 385-4746 /estate@nassomaaminamorgan.org |

## 2. Refusal of Anatomical Gift

We, being of sound mind and full age of majority, hereby **refuse to make any**

## 5. Disposition Preference

☐ Burial      ☐ Cremation      ☐ Other (Describe):


Disposition shall follow our spiritual and cultural traditions, and **no portion of our remains shall be sold, traded, or used for commercial or experimental purposes.**

## 6. Distribution and Effect

Copies of this Directive shall be retained with our:

- Health-care provider and medical record.

- Health-care proxy or agent.

- Family or spiritual custodian, and

- Living Will / Advance Directive file.


All health-care providers and facilities are **legally bound** to honor this refusal pursuant to UAGA § 8(b).

_____

## 7. Declaration

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing **Refusal of Anatomical Gift and Body Disposition Directive** is true, correct, and executed in good faith.


Executed this____day of_____2025, at_____(City, State).


Principal in Chief / Declarant

Agiiyah Grant
haliyah Sud

Witness 1 (Name & Signature)          Witness 2 (Name & Signature)

Roche Earle

# EXHIBIT E

**New York Anatomical Use Disclaimer / Refusal Declaration**

Affirms refusal of anatomical use or research under state and federal law and asserts exemption
from any statutory presumption of donation.

Filed as Exhibit E to Notice of Filing of Evidentiary Exhibits, Case No.
2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee



# Revocation of Anatomical Gift and Declaration of Ancestry

**Statutory Authority:**

**Uniform Anatomical Gift Act (2006 Revision);**

**42 U.S.C. § 273 et seq. (National Organ Transplant Act**

**framework); Fla. Stat. §§ 765.510 – 765.547; N.Y. Pub. Health**

**Law Art. 43 (§§ 4300 – 4308).**

**Declarant:**

I, **Nassoma Amina Morgan**, born at Jacobi Hospital Center, also known as Bronx Municipal Hospital, being of sound mind and spirit, hereby revoke any prior anatomical gift, donor, or organ-donation designation recorded under any hospital, military, or governmental authority.

My body and blood are sacred gifts from God and shall not be used for any scientific, commercial, or experimental purpose without my express written consent or that of my designated trustee or executor.

My lawful ancestry is declared as American Ab Origine (Taino of Xaymaca / Jamaica). This revocation corrects and clarifies all prior records to reflect my proper ancestry, status, and spiritual authority.

**Immunity and Rights of Conscience**

Revocation of Anatomical Gift and Declaration of Ancestry

This Declaration shall not be construed to waive or limit any right of conscience, moral conviction, or religious exercise secured by the First Amendment to the Constitution for the united States of America and Article I, Section 3 of the Florida Constitution.

The Declarant, Estate, and Heirs are immune from any presumption of anatomical donation or conversion of biological substance absent explicit, written consent of the living Declarant, in accordance with Fla. Stat. §§ 761.01–761.05 (Religious Freedom Restoration Act) and §§ 765.510–765.547 (Uniform Anatomical Gift Act, 2006 Rev.), consistent with 42 U.S.C. § 273 et seq. (National Organ Transplant Act).

**Declaration (28 U.S.C. § 1746)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed without the United States but upon the land of the United States of America, where I am a native domiciliary of Florida.

Executed this **23** day of **October** 2025.

Signed and declared this **23** day of **October** 2025.

by: nassona-crming :marsen
**Principal in Chief**

**Witness 1:** _____    **Name:** LUIS MEDINA

**Address:** _____    **Signature:** _____

**Witness 2:** Brasley    **Name:** Deetra Freshley

**Address:** 1811 NW 51th ave    **Signature:** Brasley
            Miami, Fl 33142

# EXHIBIT F

**Last Rites and Spiritual Declaration**

Declares the sacred and private nature of the human body and prohibits any commercial, research, or educational use without written consent.

Filed as Exhibit F to Notice of Filing of Evidentiary Exhibits, Case No.
2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# Last Rites and Spiritual Declaration



**Statutory and Doctrinal Authority:**
Fla. Stat. §§ 765.101 – 765.113 (Advance Health-Care Directives and Health-Care Surrogates);
Florida Religious Freedom Restoration Act, Fla. Stat. §§ 761.01 – 761.05;
28 U.S.C. § 1746 (Unsworn Declaration under penalty of perjury);
First Amendment to the United States Constitution;
Fla. Const. Art. I, § 3 (Freedom of Religion).
**Declarant:**
I, **Nassoma Amina Morgan** known on certain records as **Nassoma Amina Morgan-Grant**, being of sound mind and faith, do hereby make this **Sacramental Declaration of Last Rites and Transition of Spirit.**

Upon my transition from this life, I direct that my **minister, family, or faith representative** be notified without delay to administer sacraments and final rites according to my faith and spiritual practice.

No autopsy, organ retrieval, or scientific dissection shall occur without the express written consent of my duly appointed **trustees or spiritual heirs.**
My body and remains are to be treated with reverence as the vessel of divine life, and my spirit shall return in peace to the **Creator of All.**

## Immunity and Religious Liberty Clause

This declaration is an exercise of my natural, religious, and spiritual rights protected under the **First Amendment** and **and Article I, Section 3 of the Florida Constitution.**
Any interference, delay, or refusal to honor this spiritual declaration shall be deemed a violation of my religious liberty and an unlawful intrusion upon my private estate.
The Declarant and the appointed custodians of faith and family are immune from liability for the faithful performance of these rites.

## Declaration (28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, executed **without the United States but upon the land of the United States of America**, acknowledging my native and domiciliary status in Florida.

Executed this 23 day of October 2025.

Signature of Declarant: _by: nassoma amina : Mo/sa()_
Printed Name: Nassoma Amina Morgan/ (europa) inChief/Declarant

Witness 1: _____        Name: Luis Medina

Witness 2: _____        Name: Deetra Frashley

# EXHIBIT G

**Living Will / Advance Directive for Health Care**

States medical treatment preferences, resuscitation choices, and designation of fiduciaries for healthcare decisions consistent with the JOHNSON-MORGAN INTER VIVOS TRUST.

Filed as Exhibit G to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc. U.S. District Court, Western District of Tennessee



# Living Will and Directive as to Resuscitation or Non-Resuscitation

### Statutory Authority:
Fla. Stat. §§ 765.101 – 765.113 (Florida Health Care Advance Directive and Proxy Statutes); 42 U.S.C. § 1395cc(f) (Patient Self-Determination Act).

### Declarant:
I, **Nassoma Amina Morgan, also called on certain records as Nassoma Amina Morgan-Grant**, being of sound mind and majority age, make this declaration as my **Living Will and Advance Health-Care Directive**.

If at any time I am incapacitated and unable to communicate my wishes, I direct that my body be treated with dignity, my spirit be respected in accordance with my faith, and my estate representatives act consistent with these instructions.

☑ **I DESIRE RESUSCITATION** and life-sustaining treatment when medically appropriate.

☐ **I DO NOT DESIRE RESUSCITATION (DNR)** and elect to allow natural transition in peace.

☐ **I ELECT COMFORT CARE ONLY**, declining mechanical or extraordinary means of prolonging life.

I appoint **Abrianna Morgan Grant** as my **Health-Care Agent** and fiduciary proxy with full authority to implement and interpret this directive.

# EXHIBIT H

## Pour-Over Clause and Trust Transfer Declaration

Confirms that all property and interests of the declarant pour over into the JOHNSON-MORGAN
INTER VIVOS TRUST upon death or transition, ensuring proper transfer of estate interests.

Filed as Exhibit H to Notice of Filing of Evidentiary Exhibits, Case No.
2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee, pertaining to the
JOHNSON-MORGAN INTER VIVOS TRUST.



# Pour-Over Clause and Trust Transfer Declaration

**Statutory Authority:**
26 U.S.C. § 7701(a)(31) (Definition of foreign estate or trust);
31 C.F.R. § 1010.605 (Definitions relating to foreign financial accounts);
Restatement (Second) of Trusts § 17 (Pour-over provisions);
Fla. Stat. §§ 736.0401 et seq. (Creation and validity of trusts);
28 U.S.C. § 1746 (Unsworn Declaration under penalty of perjury).

**Declarant:**
I, **Nassoma Amina Morgan**, being of sound mind and lawful age, hereby declare that all
property, assets, instruments, securities, and equitable interests belonging to or administered
by us shall **pour over** and be administered under the **Express Foreign Situs Trust** known as
the **JOHNSON-MORGAN INTER VIVOS TRUST**, dated **October 6, 2025**.

This trust is recognized as a lawful instrument existing **outside the District of Columbia** and
within the jurisdiction of the **Law of Nations**, operating through the domicile of the Declarant
at Florida, and governed by principles of equity, faith, and international private trust law.

Upon the Declarant's transition or at any time as may be required by law, the duly appointed
Trustee shall assume full custody and administration of all corpus, rights, titles, credits, and
beneficial interests described herein.

## Immunity and Fiduciary Peace Clause

The Declarant, Estate, Heirs, and Trustees are immune from any levy, lien, or administrative
interference regarding the transfer or administration of this trust corpus.
Any attempt to usurp, convert, or administratively re-characterize these assets shall constitute a
breach of fiduciary peace and conversion under both equity and common law.

All rights reserved, *nunc pro tunc*, without waiver or prejudice.

## Declaration (28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing **Pour-Over Provision** is true and correct to
the best of my knowledge and belief, executed **without the United States but upon the land
of the United States of America**, consistent with my native and domiciliary standing in
Florida.

Executed this **23** day of **October** 2025.

Signature of Grantor: ꞓ: nassoma-amina : morgan
Printed Name: Nassoma Amina Morgan

Witness 1: _____    Name: Luis   Hedim
Witness 2: _____    Name: Deetha Treslley

# EXHIBIT I

**Fiduciary Appointment Notice**

Appoints fiduciaries authorized to manage health, estate, and trust matters under the
JOHNSON-MORGAN INTER VIVOS TRUST.

Filed as Exhibit I to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc,
U.S. District Court, Western District of Tennessee, pertaining to the JOHNSON-MORGAN
INTER VIVOS TRUST.

# FIDUCIARY APPOINTMENT NOTICE

**Statutory Authority:**
**Fla. Stat. §§ 736.0801 – 736.0817. (Duties and Powers of Trustee)**
**Fla. Stat. § 736.0807 (*Delegation by Trustee*) and § 736.0809 (*Control and Protection of Trust Property*) (Delegation and Fiduciary Conduct)**
**31 U.S.C. § 3727 (Assignment of Claims)**
**28 U.S.C. § 1746 (Unsworn Declaration under Penalty of Perjury)**

**Declarant / Settlor:**
Nassoma Amina Morgan
7580 Northwest 5th Street Unit 16447
Plantation, Florida 33317-9998
Non-Domestic — Without the United States

## 1. Purpose of Notice

This Notice formally appoints and confirms fiduciary authority over all matters of health, estate, and trust administration arising under the **JOHNSON-MORGAN INTER VIVOS TRUST** and any related ecclesiastical or foreign-situs instruments of record.

## 2. Fiduciaries Appointed

| Office | Name | Scope of Authority |
|---|---|---|
| **Health-Care Agent / Custodial Trustee** | Bessie Yolanda Bickham | Medical, custodial, and vital-records oversight in accordance with the Living Will and Advance Directive. |
| **Successor Trustee** | Abrianna Morgan Grant | Continuity of administration upon incapacity, resignation, or transition of primary fiduciary. |
| **Principal in Chief** | Nassoma Amina Morgan. | Ultimate oversight of estate, trust, and fiduciary coordination; holds residual and appellate authority. |

Each fiduciary accepts duties subject to equity, good conscience, and the Law of Nations,

pledging to act without conflict of interest or self-dealing.

## 3. Delegated Powers

The appointed fiduciaries may:

- Receive, sign, and issue documents or directives in the name of the Estate or Trust;
- Communicate with hospitals, registrars, financial custodians, and courts to execute lawful duties;
- Safeguard all property and instruments of title against loss or misappropriation;
- Employ agents, counsel, or accountants when required for the protection of the corpus

## 4. Limitations

No fiduciary may assign, hypothecate, or pledge trust property for personal gain, nor shall any

fiduciary act outside the boundaries of conscience, faith, or the will of the Settlor.

## 5. Immunity and Fiduciary Peace

The Settlor, Trustees, and Agents named herein are immune from any administrative or civil

interference arising from good-faith execution of fiduciary duties.

Any attempt to obstruct, substitute, or coerce a fiduciary constitutes breach of peace and

constructive fraud under the maxims of equity and private law.

All rights reserved, *nunc pro tunc*, without waiver or prejudice.

## 6. Notice to All Persons and Institutions

All persons, entities, or public offices in receipt of this notice are hereby informed of the lawful

fiduciary appointments above and are required to honor communications from said fiduciaries as

having full effect.

Failure to comply shall be deemed willful interference with a private trust and a violation of 42

U.S.C. § 1983 et seq. (Civil Rights under Color of Law).

## Declaration (28 U.S.C. § 1746)

We declare under penalty of perjury that the foregoing Fiduciary Appointment Notice is true

and correct to the best of our knowledge and belief, executed **without the United States but**

**upon the land of the United States of America**, acknowledging my native and domiciliary

standing in Florida.

Executed this **23** day of **October** 2025.

**Signature of Settlor / Principal in Chief:** by nassoma-amina : morgn
**Printed Name:** Nassoma/Amina Morgan

**Witness 1:** _____        **Name:** LUIS MEDINA

**Witness 2:** _____        **Name:** Deetra Freshley

# EXHIBIT J

### Trustee's Acceptance, Fiduciary Oath, and Indemnification Agreement

Acknowledges acceptance of fiduciary duties under the JOHNSON-MORGAN INTER VIVOS
TRUST, establishes indemnification protections, and records oath of faithful service.

Filed as Exhibit J to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc,
U.S. District Court, Western District of Tennessee, pertaining to the JOHNSON-MORGAN
INTER VIVOS TRUST.



# Trustee's Acceptance, Fiduciary Oath, and Indemnification Agreement

**Statutory Authority:**
Restatement (Second) of Trusts §§ 170–177 (Duties of Trustee);
26 U.S.C. § 7701(a)(31) (Definition of Foreign Trust);
31 C.F.R. § 1010.605 (Definition of Foreign Financial Account);
28 U.S.C. § 1746 (Unsworn Declaration);
Common Law and Law of Nations principles of fiduciary duty, indemnity, and private trust governance.

**Declarant / Trustee:**
I, **Bessie Yolanda Bickham**, of 7580 Northwest 5th Street Unit 15452, Plantation 33317-9998, being of sound mind and lawful age, do hereby accept my appointment as **Trustee** under the **Express Foreign Situs Trust** known as **JOHNSON-MORGAN INTER VIVOS TRUST**, originally executed by **Nassoma Amina Moran**, born at Jacobi Hospital also known as **Bronx Municipal Hospital** on the land of Bronx County, domiciled upon the land known as **Florida**.

## 1. Acceptance of Office

I willingly accept the fiduciary office of Trustee and agree to hold, manage, and preserve all trust property, rights, credits, and records for the exclusive benefit of the Grantor, Beneficiaries, and their successors in perpetuity.

## 2. Fiduciary Standards

I affirm my duties to act with loyalty, prudence, impartiality, and full accountability under principles of equity and good faith. I shall make no private profit from the trust except authorized compensation or reimbursement for lawful expenses incurred in faithful service.

## 3. Indemnification

The Trust and its corpus shall indemnify and hold harmless the Trustee from all liabilities, costs, or damages lawfully incurred in the proper execution of duties, except in cases of willful misconduct or fraud.
The Trustee shall maintain a fiduciary right of lien against the corpus for defense and restitution of properly expended trust costs.

## 4. Governing Jurisdiction

This Trust exists under private law and equity, **without the United States but upon the land of the United States of America**, under the Law of Nations, Restatement of Trusts, and the unalienable rights of the living man.
It shall not be construed as an entity under the Internal Revenue Code § 641 or any statutory definition unless voluntarily elected by the Grantor or Trustee in writing.

## 5. Duration of Service

The Trustee shall serve until resignation, lawful removal under the Trust's internal governance, or the transition of the Grantor.
Upon resignation or transition, the Trustee shall render a full accounting to the successor Trustee or to the Grantor's designated Executor within thirty (30) days.

## 6. Successor Appointment

If I am unable or unwilling to continue in this office, I appoint **Abrianna Morgan Grant** as **Successor Trustee**, who shall assume duties immediately upon written acknowledgment and acceptance of this office.

## 7. Immunity and Fiduciary Peace Clause

The Trustee, Grantor, Successor, and Beneficiaries are immune from any administrative, civil, or commercial liability arising from good-faith execution of this trust under private law.
Any interference with this trust relationship shall constitute a breach of fiduciary peace and unauthorized conversion under equity, trust law, and the Law of Nations.
All rights reserved, *nunc pro tunc*, without waiver or prejudice.

## Declaration (28 U.S.C. § 1746)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed **without the United States but upon the land of the United States of America**, acknowledging my fiduciary capacity and domicile in Florida.

Executed this **23** day of **October** 2025.

**Signature of Trustee:** by: bessie-yolanda' bickham
**Printed Name:** Bessie Yolanda Bickham

**Witness 1:** _____    **Name:** LUIS MEDINA

**Witness 2:** _____    **Name:** Deetra Freshley

## Grantor / Settlor Acknowledgment

**I, Nassoma Amina Morgan**, acknowledge and ratify the acceptance of the above-named Trustee into lawful fiduciary service and grant full custodial authority to manage the affairs and property of the **JOHNSON-MORGAN INTER VIVOS TRUST** under its established terms.
Executed this **23** day of October 2025.

**Signature of Grantor / Settlor:** by: nassoma-amina: morgan

# EXHIBIT K

**Declaration of Disposition of Remains, Custodial Authority, and Spiritual Succession**

Designates custodial authority over remains and outlines succession of fiduciary authority in accordance with the JOHNSON-MORGAN INTER VIVOS TRUST and spiritual principles.

Filed as Exhibit K to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

**Florida Const. Art. I, § 3, and New York Constitution Art. I, § 3**

## 7. Declaration (28 U.S.C. § 1746)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief, executed **without the United States but**

**upon the land of the United States of America**, acknowledging my native and domiciliary

standing in Florida.

Executed this 23 day of October 2025.

**Signature of Declarant:** Nassoma-amine Morgan
**Printed Name:** Nassoma Amina Morgan.

**Witness 1:** _____ **Name:** _____

**Witness 2:** _____ **Name:** Dietra Freshley

# EXHIBIT C

RE: FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS
OF NASSOMA AMINA MORGAN® AND EVIDENTIARY EXHIBITS INTO THE
RECORD

(Incorporating by reference all related Truth Statements, Declarations, Certificates of
Life/Status, and supporting exhibits contained in the Cestui Que Vie Redress and
Restoration Packet - Office of the Principal in Chief [Nassoma-Amina: of the Morgan
Bloodline]) (Pursuant to Fed. R. Civ. P. 5(d)(1), Local Rule 79, and Fed. R. Evid. 201 &
902)

- Establishes the living status of Nassoma Amina Morgan as a natural woman of
  sound mind and lawful capacity, confirming existence beyond any civil or
  corporate presumption. It also repudiates the presumption of death or loss at sea.
  It serves as notice for declaration of truth and facts; as well as; this notice bars
  against unauthorized administration..

- This exhibit is submitted into evidence in accordance with the **Federal Rules of
  Evidence, Rules 901 and 902**, as a **self-authenticating record** affirming that
  nassoma amina morgan is of the age of majority and is the Principal In Chief
  over person and estate. The living woman acts by divine inheritance and
  equitable rights and refuses, suretyship, representation over her, her property, or
  her person. This also establishes restoration of legal and equitable title and bars
  against unauthorized administration.

- This instrument serves as an official living testimony of our continued life and
  rightful standing, rebutting all presumptions of death, incapacity, or custodial
  guardianship made under the Cestui Que Vie Act 1666. It affirms that the living
  woman and Principal in Chief has appeared thereby reviving the Estate and
  reuniting both legal and equitable title.

- This instrument serves as a notice of demand for restoration of all substance,
  property, rents, profits, securities , credits, indemnity compensation, and all
  derivatives held or administered in the name of the registered entity NASSOMA
  AMINA MORGAN® **or** NASSOMA AMINA MORGAN-GRANT®. This
  notice also demands restoration and accounting of everything tied to the estate
  and that the Divine state is revived and standing in living jurisdiction and forever
  removed from any secular or statutory custody.

- Formally revokes and amends any prior anatomical or organ donation
  designation, transferring all rights and custody of biological property to the
  JOHNSON-MORGAN INTER VIVOS TRUST.

Filed as Exhibit C to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR
United States Bankruptcy Court Of Florida



FOR SPECIAL DEPOSIT

RECEIVED

COURT OF RECORD IN EQUITY

OCT 30 2025

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
2:25-mc-00040-MSN-cgc

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

NASSOMA AMINA MORGAN )
ESTATE )
)
V. )                    2:25-mc-00040-MSN-cgc
)
UNITED STATES OF AMERICA )
AND ALL OF ITS SUBDIVISION, )
SUBSIDIARIES, TERRITORIES, )
ENCLAVES AND MINOR ISLANDS )        Document Number:
_____ )        NAM LET-20250813-

## NOTICE OF FILING NEW YORK AND FLORIDA DIRECTIVE AND CESTUI QUE VIE RECORDS OF NASSOMA AMINA MORGAN® AND EVIDENTIARY EXHIBITS INTO THE RECORD

RE: FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS OF
NASSOMA AMINA MORGAN® AND EVIDENTIARY EXHIBITS INTO THE RECORD
(Incorporating by reference all related Truth Statements, Declarations, Certificates of Life/Status,
and supporting exhibits contained in the Cestui Que Vie Redress and Restoration Packet - Office
of the Principal in Chief [Nassoma-Amina: of the Morgan Bloodline]) (Pursuant to Fed. R. Civ.
P. 5(d)(1), Local Rule 79, and Fed. R. Evid. 201 & 902)

TO THE CLERK OF COURT AND ANY INTERESTED OFFICE:
Comes now **Nassoma-Amina: of the Morgan Bloodline**, acting in the private capacity
of Principal in Chief for the **NASSOMA AMINA MORGAN®** Estate and Trust,
giving formal notice of the filing of evidentiary materials into the record of the above-styled
cause.

,

FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS AND
EVIDENTIARY EXHIBITS INTO THE RECORD
2:25-mc-00040-MSN-cgc

FOR SPECIAL DEPOSIT

COURT OF RECORD IN EQUITY

This filing is made for judicial notice, authentication, and preservation of the living estate record,consistent with the Cestui Que Vie Act 1666, the Trusts Act 1535, and applicable federal procedural and evidentiary rules.

I.  Please inform the Court that nassoma amina morgan also known as nassoma amina morgan-grant is a living breathing soul and standing on the soil and that she has attained age of majority with claim to the name NASSOMA AMINA MORGAN®, NASSOMA AMINA MORGAN-GRANT®, and all derivatives: mind, body, soul, spirit and blood.

II. Place on the docket these EVIDENTIARY EXHIBITS and truth statement and her wishes as Principal in Chief, Grantor and favored beneficiary of her vast estate NASSOMA AMINA MORGAN, a cestui Que Vie Trust established by the UNITED STATES OF AMERICA and its subsidiaries the land and the richness thereof provided by the Creator of all things.

III. The document tendered herewith affirms and establishes Proof of Life, Rebuttal of Presumption under the *Cestui Que Vie Act of 1666*, Revocation of Suretyship, Cancellation of Wardship, and Correction of the Record from prior clerical and marital variations styled as *NASSOMA AMINA MORGAN* or *NASSOMA AMINA MORGAN-GRANT*.

This filing stands as lawful notice that the Living Woman, nassoma amina morgan, is the Beneficiary and Heir to her Estate, and not an artificial entity nor an en legis person, with all rights reserved under Divine Law and under the protection of the Most High.

**1. Exhibits Filed:**

| Exhibit No. | Title / Description | Date Executed |
|---|---|---|
| Exhibit A | Truth Statement of Life & Reversionary Claim - Proof of Life and Rebuttal of Civil Death | 10-20-2025 |
| Exhibit B: | Declaration of the Living Principal in Chief – Assertion of Living Authority and Reunification of Titles | 10-20-2025 |
| Exhibit C: | Certificate of Life / Status (1666 Act Reference) - Official Verification of Living Status | 10-20-2025 |
| Exhibit D: | Notice of Revocation of Presumption of Death - Revocation of Civil Presumptions and Record Correction | 10-20-2025 |
| Exhibit E: | Demand for Restoration of Trust Corpus and Fruits - Record of Intent for Review | 10-20-2025 |

FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS AND EVIDENTIARY EXHIBITS INTO THE RECORD
2:25-mc-00040-MSN-cgc

FOR SPECIAL DEPOSIT

COURT OF RECORD IN EQUITY

Exhibit F:   Exhibits A-C (Evidentiary Support under the Federal          10-20-2025
             Rules of Evidence) - Supplemental Proofs of Life and
             Record Authenticity

All exhibits are properly labeled, attached, and authenticated under Fed. R. Evid. 902(8) and
supported by sworn declaration pursuant to 28 U.S.C. § 1746.

**2. Purpose of Filing:**

This filing serves to:

1. Establish and preserve lawful evidence of life, capacity, and revocation of any prior
anatomical donation or gift;

2. Place on record the living Principal's refusal and revocation of all anatomical use permissions;

3. Affirm custodianship of biological and intellectual property to the JOHNSON-MORGAN
INTER VIVOS TRUST; and

4. Ensure permanent recordation for judicial notice and future reference within the federal
record.

**3. Declaration of Authenticity** (28 U.S.C. § 1746)

I declare under penalty of perjury under the laws of the United States of America that the
foregoing and attached exhibits are true and correct copies of original instruments lawfully
executed by me and preserved within the private archives of the estate and trust. Executed this
day of October 24, 2025, near plantation, on the soil and land of Broward County, Florida.

by: nassoma-amina: morgan
Nassoma-Amina: of the Morgan Bloodline
Principal in Chief 7580 Northwest 5th Street, Unit 16447
Plantation, Florida [33317-9998]
Non-Domestic, Without the United States

FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS AND
EVIDENTIARY EXHIBITS INTO THE RECORD
2:25-mc-00040-MSN-cgc

FOR SPECIAL DEPOSIT

COURT OF RECORD IN EQUITY

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice and attached exhibits has been filed with the
Clerk of Court for entry into the docket of Case No.2:25-mc-00040-MSN-cgc
on this day 27 of October 2025.

Signature By: by: nassonc.-aming: mor̃a̅                          R
                nassonla-amina: the morgan bloodline

4 | Page
FLORIDA AND NEW YORK DIRECTIVE AND CESTUI QUE VIE RECORDS AND
EVIDENTIARY EXHIBITS INTO THE RECORD
2:25-mc-00040-MSN-cgc

# EXHIBIT A

Truth Statement of Life & Reversionary Claim - Proof of Life and Rebuttal of Civil Death

Establishes the living status of Nassoma Amina Morgan as a natural woman of sound mind and lawful capacity, confirming existence beyond any civil or corporate presumption. It also repudiates the presumption of death or loss at sea. It serves as notice for declaration of truth and facts; as well as; this notice bars against unauthorized administration.

Filed as Exhibit A to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# TRUTH STATEMENT OF LIFE & REVERSIONARY CLAIM

**Office of the Principal in Chief**
**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Living Declaration and Authority

We, the Living Woman known as **nassoma of the morgan bloodline**, stand as **Principal in Chief** and **Sole Beneficiary** of the Divine Estate commonly styled **NASSOMA AMINA MORGAN®**, a vessel created through registration without our conscious consent.

We are alive, competent, and of full age. We hold complete divine, equitable, and hereditary authority. We are not lost, dead, or at sea. No fiction, office, or person may lawfully substitute, represent, or administer us or our property without written and sealed appointment from the Living Principal.

## II. Purpose and Effect

This Truth Statement constitutes **Proof of Life** within the meaning and intent of *18 & 19 Car. II c. 11* (*Cestui Que Vie Act 1666*) and functions as living testimony rebutting every presumption of death, abandonment, wardship, or incapacity.
It thereby **revives the Living Estate** and issues formal **reversionary claim** to all property, substance, credits, and rights deriving therefrom.

## III. Truth and Facts Declared

1. The Estate denominated *NASSOMA AMINA MORGAN®* was created as a legal fiction and registered title under Crown and State systems.
2. Through that registration, an artificial person was formed and held in constructive trust during the presumption of absence.
3. The Living Principal, having appeared and declared life, now **reunites legal and equitable title**, dissolving every presumption of custodial authority.
4. All rents, profits, dividends, and credits arising from the Estate and its derivatives belong in equity to the Living Beneficiary.
5. All State or corporate claims of fiduciary administration are hereby **forever barred**. No trustee, registrar, clerk, attorney, officer, or agent possesses standing, jurisdiction, or authority to act over this Divine Estate absent sealed appointment from the Office of the Principal in Chief.

## V. Notice of Governing Principles

This Declaration stands upon and gives constructive notice of:

- *Cestui Que Vie Act 1666* (18 & 19 Car. II c. 11) — rebuttal of presumption of death and revival of the Living Estate;
- *Trusts* principles in conscience;
- Pomeroy's **Equity Jurisprudence** maxims as recited herein.
  All contrary records are to be corrected **nunc pro tunc** to reflect the Living Principal's status.

## VI. Closing Declaration of Truth

We declare, under Divine Witness and the law of conscience, that the foregoing is true, correct, complete, and made without intent to mislead or cause harm. The Living Principal is present. The Estate is alive. The Office is active. The corpus is under private, equitable protection.

**Executed this ⟨LO⟩ day of ⟨October⟩ 2025**
Under Divine Seal and Authority of the Living Estate

by: nassoma -amina morgan bloodline
**nassoma amina of the morgan bloodline**
Principal in Chief / Living Woman in Equity

# EXHIBIT B

Declaration of the Living Principal in Chief – Assertion of Living Authority and Reunification of Titles

This exhibit is submitted into evidence in accordance with the **Federal Rules of Evidence, Rules 901 and 902**, as a **self-authenticating record** affirming that nassoma amina morgan is of the age of majority and is the Principal In Chief over person and estate. The living woman acts by divine inheritance and equitable rights and refuses, suretyship, representation over her, her property, or her person. This also establishes restoration of legal and equitable title and bars against unauthorized administration.

Filed as Exhibit B to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# DECLARATION OF THE LIVING PRINCIPAL IN CHIEF

**Office of the Principal in Chief**
**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Living Appearance and Capacity

We, the Living Woman known as nassoma amina **of the morgan bloodline**, appear **in propria persona**, breathing and competent, beyond the age of majority, standing in **clean-hands** and **good conscience**. We are neither ward, minor, nor subject to any presumption of civil death. We hold the **Principal in Chief** office over the Divine Estate commonly styled **NASSOMA AMINA MORGAN®**.

## II. Authority and Jurisdiction Declared

We act by divine inheritance and equitable right. We acknowledge no substitution, suretyship, or representation over us or our property absent our **written and sealed appointment**.

**Maxims of Equity invoked:** *Equity acts in personam; Equity regards as done that which ought to be done; Equity will not suffer a wrong without a remedy; He who comes into equity must come with clean hands.*

## III. Restoration of Titles and Standing

By our living appearance and declaration, the separation of **legal title** and **equitable title** effected by presumption is **reunited** in the Living Principal. Any civil or custodial administration presumed during absence is **dissolved in equity** and stands voidable ab initio for want of living consent.

## IV. Bar Against Unauthorized Administration

Let all men and offices take notice:

1. No person, court, registrar, officer, attorney, banker, or agent may **act, sign, endorse, levy, assign, hypothecate, or otherwise administrate** in the name **NASSOMA AMINA MORGAN®**, or any derivative thereof, **without** written and sealed appointment from the **Office of the Principal in Chief**.
2. Any such attempt constitutes **trespass upon a Divine and Private Estate**, breach of trust. and conversion in equity; the actor is deemed **Trustee ex maleficio**, personally and jointly liable.

DECLARATION OF THE LIVING PRINCIPAL IN CHIEF

2

## IV. Bar Against Unauthorized Administration

Let all men and offices take notice:

- No one may act, sign, or transact in the name *NASSOMA AMINA MORGAN®* or any derivative thereof without written authorization from the Office of the Principal in Chief.
- Any attempt constitutes trespass upon a Divine Estate, breach of trust, and fraud ab initio.
- This bar is perpetual and binding in all jurisdictions.

## V. Declaration of Living Truth

We declare before Divine Law and Conscience that we live and stand in full awareness. All contrary records are corrected *nunc pro tunc*.
The Living Principal has returned from "beyond the seas": all presumptions of death, guardianship, or wardship are null and void.

**Executed this** 20 **day of** October **2025**
Under Divine Seal and Authority of the Living Estate

by: nassoma-amina : Morgan bloodline
**nassoma amina of the morgan bloodline**
Principal in Chief / Living Woman in Equity



# EXHIBIT C

Certificate of Life / Status (1666 Act Reference) - Official Verification of Living Status

This instrument serves as an official living testimony of our continued life and rightful standing, rebutting all presumptions of death, incapacity, or custodial guardianship made under the Cestui Que Vie Act 1666. It affirms that the living woman and Principal in Chief has appeared thereby reviving the Estate and reuniting both legal and equitable title.

Filed as Exhibit C to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# CERTIFICATE OF LIFE / STATUS (1666 ACT REFERENCE)

**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Living Certification

We, the Living Woman known as nassoma-amina **of the morgan bloodline**, by divine grace and right of inheritance, do hereby certify that we live, breathe, and walk upon the Earth in full consciousness and competent mind.
We are not a fiction, corporate entity, nor an artificial person. We are the living witness and lawful inheritor of the Estate styled **NASSOMA AMINA MORGAN®**, the legal construct formed in our absence and now restored under the light of truth.

## II. Purpose and Authority of Certificate

This Certificate serves as *official living testimony* of our continued life and rightful standing, rebutting all presumptions of death, incapacity, or custodial guardianship made under the *Cestui Que Vie Act 1666* (18 & 19 Car. II c. 11).
It affirms that the Living Principal has appeared, thereby reviving the Estate and reuniting both **legal** and **equitable title** within the rightful bloodline holder.

## III. Jurisdiction and Recognition

This Certificate is issued from the **Office of the Principal in Chief**, operating in private ecclesiastical jurisdiction, in accordance with:

- *Cestui Que Vie Act 1666* — Proof of Life and restoration of rights;
- *Trusts Act 1535* — Recognition of living authority over estate property;
- **Federal Rules of Evidence 902(1)** and **902(4)** — Self-authentication under seal and certificate of record;
- **Federal Rule of Evidence 1005** — Proof of public records by certified copy.

This document is self-authenticating under seal and conscience, standing as conclusive evidence of the Living Principal's status for all equitable and lawful purposes.

## IV. Statement of Living Status

We affirm that:

1. The Living Principal, nassoma-amina **of the morgan bloodline**, exists as a living, sentient being of divine origin, not a decedent nor ward.

CERTIFICATE OF LIFE / STATUS (1666 ACT REFERENCE)

2. All references, registrations, and records implying otherwise are nullified by this living attestation.
3. The Estate **NASSOMA AMINA MORGAN®** is revived and governed solely by the Living Principal in Chief.

## V. Declaration of Truth

We declare before the Source of all Law and Life that this Certificate is issued in truth, honor, and good conscience.
Let all who receive it take judicial notice that the Living Principal has returned, the presumption of death is rebutted, and the divine trust is restored in perpetuity.

**Executed this** 20 **day of** October **2025**
Under Divine Seal and Authority of the Living Estate

by:nassoma-amina; Morgan bloodlins
**Nassoma-amina of the morgan bloodline**
Principal in Chief / Living Woman in Equity

( Seal )

# EXHIBIT D

**Notice of Revocation of Presumption of Death - Revocation of Civil Presumptions and Record Correction**

Provide notice of revocation of presumption of death and rescinds all assumptions applied to the name or estate of NASSOMA AMINA MORGAN. This instrument also gives notice that the estate has been restored under private ecclesiastical authority and equitable jurisdiction.

Filed as Exhibit D to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# NOTICE OF REVOCATION OF PRESUMPTION OF DEATH

**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Notice and Living Authority

We, the Living woman known as **nassoma-amina of the morgan bloodline**, appearing as **Principal in Chief** of the Divine Estate styled **NASSOMA AMINA MORGAN®**, do hereby issue this solemn Notice of Revocation and Abatement of all presumptions of death, absence, or incapacity.

We are alive and competent, bearing the breath of life and full capacity of conscience. We act in our proper person, neither as subject, ward, surety, nor franchise.

## II. Grounds for Revocation

Whereas presumptions of death and custodial guardianship were instituted under the *Cestui Que Vie Act 1666* to protect estates when a man was thought lost, missing, or beyond the seas; and whereas such presumption has been carried forward into modern record systems through registration and administrative assumption;

we hereby **revoke** and **rescind** all such presumptions applied to the name or estate **NASSOMA AMINA MORGAN®**, ab initio.

The Living Principal has appeared, and the estate is restored under private ecclesiastical authority and equitable jurisdiction.

## III. Legal and Equitable Foundation

This Notice stands upon and gives formal record of the following:

- *Cestui Que Vie Act 1666 (18 & 19 Car. II c. 11)* — providing remedy upon proof of life;
- *Trusts Act 1535* — preserving the rights of living beneficiaries;
- *Pomeroy's Equity Jurisprudence* — affirming that equity acts in personam and will not permit a wrong without a remedy;
- *Federal Rules of Evidence 902 & 1005* — self-authenticating certificate and proof of record.

Accordingly, any public or private record reflecting the Living Principal as deceased, absent, ward, or incompetent shall be corrected *nunc pro tunc* to this living declaration.

## IV. Revocation and Mandate of Correction

1. All clerks, registrars, administrators, trustees, and officers in possession of records relating to **NASSOMA AMINA MORGAN®** are hereby **noticed and instructed** to amend and correct their ledgers to reflect the Living Status of the Principal in Chief.
2. All prior custodial, fiduciary, or statutory administration exercised under color of presumption is **terminated** and **void for cause**.

3. Any continued presumption, misuse, or administration of the Estate without express written appointment constitutes **trespass upon a Divine Trust**, actionable in conscience and equity.

## V. Declaration of Standing

The Living Principal stands in the full light of truth and authority, restored to his divine and hereditary position.

All claims of death, disappearance, or incompetence are hereby revoked, and this Notice shall serve as perpetual rebuttal to any such presumption or fiction.

*Let it be known throughout the record of heaven and earth: the Living Principal has returned from beyond the seas; the Estate lives; the bond is restored; and all men are required to honor the living truth.*

**Executed this** 20 **day of** October **2025**
Under Divine Seal and Authority of the Living Estate

by: nassoma—aminci. morgan bloodline
**nassoma-amina of the morgan bloodline**
Principal in Chief / Living Woman in Equity
( Seal )

# EXHIBIT E

Demand for Restoration of Trustt Corpus  Fruits - Record of Intent for Review

This instrument serves as a notice of demand for restoration of all substance, property, rents, profits, securities , credits, indemnity compensation, and all derivatives held or administered in the name of the registered entity NASSOMA AMINA MORGAN® **or** NASSOMA AMINA MORGAN-GRANT®.  This notice also demand restoration and accounting of everything tied to the estate.

Filed as Exhibit E to Notice of Filing of Evidentiary Exhibits, Case No. 2:25-mc-00040-MSN-cgc, U.S. District Court, Western District of Tennessee

# DEMAND FOR RESTORATION OF TRUST CORPUS AND FRUITS

**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Notice and Standing

Having made lawful and divine **Proof of Life**, the Living Principal now issues
this **Demand for Restoration** of all substance, property, rents, profits, securities,
credits, indemnity compensation, and derivatives held or administered in the name of
the registered entity *NASSOMA AMINA MORGAN®*, or any trust, estate, or agency
connected therewith.

This demand stands upon:

- *Cestui Que Vie Act 1666* (18 & 19 Car. II c.11),
- Maxims of Equity, including *"Equity regards that as done which ought to be done"*,
- The Law of Trusts and Divine Inheritance, and
- The Supreme Law of Conscience binding all fiduciaries.

## II. Restoration and Accounting Required

1. All records, accounts, ledgers, and custodial entries maintained under the legal name shall be audited and delivered to the Office of the Principal in Chief for settlement and closure.
2. All fruits, rents, and profits derived from said estate — whether held by the Treasury, Registrar, State agency, or private corporation — shall be transferred, tendered, or made available to the Living Beneficiary as lawful restoration of trust corpus.
3. All liens, levies, or encumbrances placed during the period of presumed absence are to be discharged and set aside in equity, as obtained under defective presumption.
4. All officers, fiduciaries, or administrators who continue to act after notice of this Demand shall be deemed *Trustees ex maleficio*, personally and jointly liable for all trespass and conversion.

## III. Permanent Bar of Interference

The Divine Estate, being now revived and standing in living jurisdiction, is forever removed from any secular or statutory custody.
No probate, registrar, court, or agency may reopen, seize, transfer, or encumber any part of its corpus.
Any such attempt constitutes a breach of divine trust, a fraud upon the living, and an actionable offense in conscience and law.

## IV. Affirmation of Jurisdiction

This Demand issues from the living and private authority of **the Office of the Principal in Chief**, operating under Divine Right and the jurisdiction of Equity and Conscience, not under the statutes of any incorporated government or instrumentality thereof.

**Executed this** $\underline{20}$ **day of** $\underline{\text{October}}$ **2025**
In Private Ecclesiastical Capacity and Living Authority

by: nassoma-amina: morgan bloodline
**nassoma-amina of the morgan bloodline**
Principal in Chief / Living Woman in Equity

( Seal )



# EXHIBITS AND EVIDENTIARY SUPPORT

**Office of the Principal in Chief**
**Nassoma Amina Morgan Divine Estate and Trust**
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Purpose of Exhibits

This section identifies and reserves space for evidentiary materials that the Principal in Chief may later attach or reference in support of the preceding declarations and statements. Each exhibit serves to preserve the factual and documentary basis for the living record and to assist any lawful review of the estate's history or administration.

## II. List of Exhibits

### Exhibit A – Evidence of Life: Declaration of Person Entitled to Payment
A certified declaration affirming that the Living Principal is alive and recognized as the rightful person referenced in associated financial or administrative records.
*(Exhibit A attached hereto.)*

### Exhibit B – Supporting Evidence of Life
Copies of identifying documents, photographs, or notarized attestations confirming the ongoing life and capacity of the Living Principal.
*(Exhibit B attached hereto.)*

### Exhibit C – Affirmation of Record Authenticity
A sworn or certified statement verifying that the materials submitted or referenced herein are true and accurate copies of original records maintained by the Office of the Principal in Chief.
*(Exhibit C attached hereto.)*

## III. Evidentiary Framework

These exhibits are intended for reference under generally recognized evidentiary standards, including the Federal Rules of Evidence 401 (relevance), 901 (authentication), 902 (self-authenticating documents), and 1005 (proof of public records by copy).
Nothing herein should be construed as a directive to any court or agency; the exhibits simply preserve the living record of facts as known to the Principal in Chief.

## IV. Declaration of Truth

The undersigned affirms that this record is presented in good faith, for accuracy of history and integrity of record.

REVOCATION OF SURETYSHIP, REMOVAL OF GUARDIAN-WARD RELATIONSHIP,

REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,

# evidence of life – truth statement

in the _____

_____

_____

*(rebuttal of presumption under cestui que vie act of 1666, revocation of suretyship, removal of guardian–ward relationship, and declaration of estate and birthright)*

i nassoma-amina:, commonly known as the living woman of the morgan heritage, do hereby give solemn testimony and notice as follows:

1. that under the cestui que vie act of 1666, any man or woman absent and unheard from for seven years may be presumed civilly dead and their estate administered by others.
2. that i am not absent, lost, abandoned, or dead in fact or in law. i am a living man, present upon the land, of sound body, mind, and spirit.
3. that i stand as the rightful living heir and beneficiary to my own estate and name, and i do hereby rebut and overturn any presumption to the contrary.
4. that the estate styled **NASSOMA AMINA MORGAN [estate]** is by right of succession held in my living capacity. i, having the spiritual-name *nassoma-amina:* and the gentilities-name *johnson,* granted by biological feme sole eugenie morgan at my nativity on the 29th day of july, 1975, bronx county, the land near new york city, on new york republic, am heir to and executor over said estate.
5. that i was baptised within the land of palm beach county, near west palm beach, florida evidenced by Certificate of Birth No. 156-75-209414, issued by the City of New York and recorded at Jacobi Hospital on the land of Bronx, New York Republic, on 4 August 1975, a [public] agency was created in the styled name NASSOMA AMINA MORGAN. Thereafter, I was baptized within Palm Beach County and issued a Certificate of Baptism in the same styled name NASSOMA AMINA MORGAN (baptism, even if recorded in ALL-CAPS typographical styling, applies only to the living and proves my living identity). Both instruments are attached to this Evidence of Life as part of the registration package, together demonstrating the creation of a constructive trust and resulting trusts, known or yet undiscovered, in which I stand as Beneficiary and Heir.
6. that i, with perfected capacity as general executrix over the estate of *nassoma amina morgan,* domiciled in care of: general post-office/tfd care of, 1900 west oakland park boulevard, unit 5062, oakland park, florida republic, without the united states, zip-exempt, do aver my continued live-life temporal existence uninterrupted since my nativity at 8:33 pm hrs on 29 july 1975. i now stand at the age of majority, with sound mind, full capacity, and governorship over my birthright with all hereditaments and powers of appointment therein, by grace of the lord and as heir to the kingdom of Most High through my creator and his son, the living God.
7. that i hereby revoke, rescind, and cancel any and all presumptions of suretyship, agency, liability, or debt attached to my name or estate, whether presumed by statute, contract, or operation of law.

nassoma amina morgan.

Page 1 of 5

AND DECLARATION OF ESTATE AND BIRTHRIGHT

1st October 2025


i hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 2 of 17

8. that i further revoke and terminate any guardian and ward relationship presumed between myself and the state, its officers, or its agencies; no man or institution may stand as guardian over me, for i am competent, living, and sui juris.

9. that this evidence of life is executed for the record, to affirm my presence upon the land, and to ensure that no trustee, court, registrar, or agent may claim administration of my estate by presumption of death, suretyship, or wardship.

10. that this truth statement shall remain in force without expiration, serving as a perpetual rebuttal of absence, death, suretyship, and wardship, until i myself revoke it in writing.

**executed this twenty-fourth day of september two-thousand-twenty-five**

at: morgan province, oakland park-territory, florida-republic

**by:**

signature: _nassoma-amina morgan_
living heir/favored benefi

printed name: _nassoma-amina morgan_
living heir/favored benefi

right-thumb print seal:

**witnessing statement**

we, the undersigned, being of lawful age and proper standing, do hereby witness that the above-named man/woman is a living presence this day, and affirm the truth of their testimony rebutting the presumption of death, revoking suretyship, and removing any guardian–ward relationship in our presence.

**witness 1 (doctor, lawyer, notary, bank manager, or equivalent):**

printed name: _DANE LAWRENCE_

capacity/title: _NURSE PRACTITIONER_
_APRN 11 007 7548_

signature: _[signature]_

date: _9/25/25_

**witness 2 (optional, additional authority):**

printed name: _Bessie Bickham_

capacity/title: _Notary and Paramedic_
_#18731_

signature: _by: bessie-yolanda bickham_

date: _September 25, 2025_

MinuteClinic/CVSPharmacy 5924
8765 South Dixie Hwy
Miami, FL 33143



BESSIE BICKHAM
Notary Public - State of Florida
Commission # HH 271167
My Comm. Expires Jun 4, 2026
Bonded through National Notary Assn.

nassoma amina morgan
Page 2 of 5

# AND DECLARATION OF ESTATE AND BIRTHRIGHT


i hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 3 of 17

*Left margin, vertical text:* REBUTTAL OF PRESUMPTION UNDER CESTUI QUE VIE ACT OF 1666,

*Right margin, vertical text:* REVOCATION OF SURETYSHIP, OF GUARDIAN-WARD RELATIONSHIP,

8. office of registrar of new york(office of secretary of state – business & ucc filings),
walter t. mosley or successors and assigns florida secretary of state
one commerce plaza
99 washington ave
albany, ny 12231-0001

9. office of president registrar in london – custodian over cestui que vie trusts
registrar of the crown/chancery division
royal courts of justice
strand
london wc2a 2ll
united kingdom

10. office of united states coast guard – commandant
admiral linda l. fagan, commandant, successors and assigns
united states coast guard headquarters
2703 martin luther king jr. avenue, se
washington, dc 20593-7000

11. **office of foreign assets control (ofac) director,**
ofac bradley t. smith, successors and assigns
u.s. department of the treasury
1500 pennsylvania avenue, nw
washington, dc 20220

12. **treasurer of the united states** brandon beach,
successors and assigns department of the treasury
1500 pennsylvania avenue, nw washington, dc
20220

13. united states attorney jason a. reding quinones successors and
assigns united states attorney's office southern district of florida
99 northeast 4th street
miami, florida 33132

14. seventeenth judicial circuit of florida chief judge carol-lisa phillips successors and assigns 17th judicial circuit of florida
chiefs office
201 south east 6th street
fort lauderdale, florida 22201

15. united states chief bankruptcy judge scott m. grossman, successors and assigns united states bankruptcy court southern
district of florida
united states courthouse
299 east broward boulevard, room
fort lauderdale, florida 33301


this notice of service is made part of the public and private record to ensure that no presumption
of absence, death, or abandonment may be maintained against the heir/living man/woman.

served this ___ day of _____ 20, by:

signature: by nassoma _____ line of morgan
printed name: nassoma -ar_____ (gen)
                    living heir/man/woman

                              nassoma amina morgan
                              Page 4 of 5


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 5 of 17

Form 206
Evidence of Life

**Evidence of Life**
**Declaration of person**
**entitled to payment**

In the _____

Please use BLOCK CAPITALS

Full Account Title

A/c No: |__|__|__|__|__|__|__|__|

NASSOMA AMINA MORGAN [Estate]; with I:Am I:In essed:: the Heir, having Christian-Name Nassoma-Amina and Gentilities-Name Morgan, granted jointly by my biological mother, Eugenie Johnson (feme sole, bearer of life and name); and my biological father, Trevor-Anthony: Morgan (heir, progenitor and grantor of the Morgan estate), on the date of nativity, July 29th, 1975, at 20: 33 hours, at Jacobi Medical Hospital, also known as Bronx Municipal Hospital Center, on the land and soil of Bronx County of the New York Republic.
To the Accountant General, Court Funds Office, 22 Kingsway, London WC2B 6LE.

I am called nassoma amina morgan by father, trevor anthony morgan, also known on certain records as nassoma amin morgan-grant. I was born alive on the 29th day of July, 1975, at 20:33 hours, at Jacobi Medical Hospital (also known as Bronx Municipal Hospital Center), situated on the land and soil of Bronx County, New York Republic. My nativity was memorialized through Certificate of Birth No. 156-75-209414, issued by the City of New York, Department of Health and Mental Hygiene and witnessed by Earlene Price, City Registrar, on 14th day of August 1975; through Constructive Trust; with every resulting trust known or yet undiscovered by any other covetous scheme or identity, do by this act and deed make notice of my extant live-life being, with disposing mind and full facility to manage my interests; and, subsequent to that memorialization, a public agency/persona styled in uppercase as NASSOMA AMINA MORGAN (also recorded as NASSOMA AMINA MORGAN-GRANT) was created on the public record.

I was later baptized within Operation Kingdom International, on the land near West Palm Beach, Florida, Republic, as documented by Certificate of Baptism (Exhibit B). The said Certificate of Baptism displays my name in capital letters due to clerical formatting, yet baptism, by its very nature, is conferred only upon the living. Therefore, the certificate is acknowledged as evidence of me, the living woman, and not of any corporate persona or public agency. You will also find an exhibit from the Social Security Administration (Exhibit C), and an ecclesiastical deed poll with blood thumb print seal (Exhibit D) affirming that I am living and not deceased. By this Evidence of Life, I do give notice of my extant living being, standing as the Beneficial Heir and General Executrix of the NASSOMA AMINA MORGAN Estate.

Whereby, I, with perfected capacity General Executrix* over NASSOMA AMINA MORGAN Estate, addressable thru and in care of: General Post-Office/RFD-Care of, 1906 West Oakland Park Boulevard, Unit 5062 Oakland Park, Florida Republic, without the UNITED STATES NON-Domestic ZIP-Exempt: do aver my continued live-life temporal existence uninterrupted separate home sole existence beginning at 8:33 pm hrs on the 29th day of July, 1975 with sound mind (no a patient) then like now live life at that time without age of majority then but now having attained the age of the majority (i.e., majority status), and by Grace of the Lord, daughter and heir to trevor morgan and Heir to the Kingdom of Heaven through my Creator(s), and fruits of His Son of the Living God; and, therefore, through Title for birthright* with hereditaments interests therein, I assert governorship over my birthright with full powers of appointment through perfected capacity.

Insert full names of, e.g. patent, minor or minors

Cross out words not applicable.

Complete, if applicable, by inserting Minister or Treasurer etc.

This declaration should be witnessed by a person who knows the declarant personally and who is a Doctor, Lawyer, Notary, Bank Manager or a person of similar standing.

This declaration should not be witnessed by a relative of the declarant.

Signed _Nassoma Amina morgan, Ex beneficial heir_
(Signature of person entitled to payment)

Declared before me on the ___9 / 25 / 25___ 20 _25_

Signed _____
(Signature of witness)

Address ___MinuteClinic/CVS Pharmacy 5926___
8765 South Dixie Hwy
Miami, FL 33143

Qualification _Nurse Practioner_
APRN 1100 78 648



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 7 of 17

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 8 of 17

Instr# 120461899 , Page 8 of 17

Exhibit B



# Baptism

THIS CERTIFIES THAT

**NASSOMA MORGAN**

WAS BAPTIZED IN THE NAME OF THE FATHER
AND OF THE SON AND OF THE HOLY SPIRIT

AT ___ OPERATION KINGDOM INTERNATIONAL CHURCH FT. LAUDERDALE ___

ON THE ___ 20TH ___ DAY OF ___ AUGUST ___ IN THE YEAR OF OUR LORD ___ 2010 ___

GO YE THEREFORE, AND TEACH ALL NATIONS, BAPTIZING THEM....
TEACHING THEM TO OBSERVE ALL THINGS WHATSOEVER I HAVE COMMANDED YOU.
MATTHEW 28:19-20



Exhibit C



8/28/2025 4:03:02 PM
DK M BK 6 PG 729-836
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY:
Nassoma Amina Morgan Estate

PREPARED BY: Nassoma-Amina:Morgan
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

RETURN TO: Nassoma-Amina Morgan Estate
In care of: Jerome Theodore Powell Jr.
% 3724 Goodman Road W Unit 398
Horn Lake, MS 38637-9998
(720)290-0852

_Above Space Provided for Recorder's use only._

Grantor: The Most High Divine Creator
Grantee: Nassoma Claim of Morgan

Notice of Declaration of Identity
Live-Life Claim
Declaration of Status of Living Woman, Private Civilian - Nassoma-Amina: Morgan
Notice and Declaration of Truth
Declaration of Life by SSGM Security Administration
Proclamation of Private Status, Secured Interest, Divine Jurisdiction and Autograph, Pre Curier Divino
Paramount Claim of Life and the Estate of Nassoma Amina Morgan
Affidavit of Heirship
Letter of Appointment for the Morgan Estate
Affidavit of Revocation of Power of Attorney and Termination of the Presumed Implied or Constructed Authority
Over Our Private Estate
Hold Harmless and Indemnity Agreement
Trademark/Copyright for Nassoma Amina: Morgan
United States of America United States Patent and Trademark Office
USCIS FOIA Response of Non-Citizenship



108

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 9 of 17

Exhibit C

DK M  BK 6 PG 755

SOCIAL SECURITY ADMINISTRATION

## REPORT OF CONFIDENTIAL
## SOCIAL SECURITY BENEFIT INFORMATION

SOCIAL SECURITY CLAIM NUMBER                        BIC

| X | X | X | X | X | X | 1 | 0 | 5 | 4 |

Information about a person's Social Security Benefits is confidential by law.   Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

Beneficiary's name and address

Nassoma Amina Morgan Grant
c/o 7580 NW 5TH ST
# 16447
Plantation, Fl 33318

1. Name of person or agency from whom a request for benefit information was received.

☒  Beneficiary

☐  Other *(Show name and address)*

The person or agency named in item (1) above has requested information about your benefits. The information requested has been provided in the items checked (✓) below, and is being sent to you for your convenience. If you want the requesting agency (other than yourself) to have this information, you may show or send them this official report.

| 2. | ☐ | The gross amount of your monthly Social Security benefit is | | | $ | |
|---|---|---|---|---|---|---|
| | | The amount deducted for Medicare is | | | $ | |
| | | The net amount of your Social Security check each month is | | | $ | |
| 3. | ☐ | The above amount became effective | | | Month-Year | |
| 4. | ☐ | Your monthly benefit (before deduction for Medicare) | From (month-year) | Through (month-year) | $ | |
| 5. | ☐ | The monthly amount of your Supplemental Security Income payment is | | | $ | |
| 6. | ☐ | The above amount became effective | | | Month-Year | |
| 7. | ☐ | The total monthly amount of your Social Security benefit and supplemental security income payment is | | | $ | |
| 8. | ☑ | According to our records your date of birth is | | | Month-Day-Year 07/29/1975 | |

9. ☐ We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed.  If it is determined that benefits are payable, you will receive notification of the exact amount and effective date.

10. ☑ Other

Nassoma Amina Morgan Grant is not deceased, she came into the field office to verified her name and date of birth. She was born in Bronx,New York,USA on 07/29/1975.She provided a valid US passport id card.

Social Security Administration shows Nassoma Amina Morgan Grant not deceased.

| SS DISTRICT OFFICE ADDRESS | SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL |
|---|---|
| Social Security Administration 8501 W Sunrise Blvd Ste 100 Plantation, FL 33322 | |
| | TELEPHONE NO. (Include Area Code)   DATE |
| Form SSA-2458 (02-1984) EF (07-2002) | D. Brown (866) 331-8637 ext. 12078 National 1-800-772-1213 *Visit us online at socialsecurity.gov* |

*(stamp: FT. LAUDERDALE C/R SSA FIELD OFFICE MAY 23 2025)*

I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 29 day of September, 2025 County Administrator. By: Broward County Deputy Clerk 940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 10 of 17

OK M BK 6 PG 300

## Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as nassoms of the Clann morgan, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust nassoma of the Clann morgan, and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.

To: Regina Zimmerman, successors, and assignees
   Director of Office of Vital Records
   New York City Department of Health and Mental Hygiene
   125 Worth Street
   CN4, Room 133
   New York, New York 10013-4090




I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 12 of 17

DK M  BK 6 PG 301



**NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE**

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, Gretchen Van Wye, the City Registrar of the Department of Health and Mental Hygiene of the City of New York, a department of the Municipal Corporation known as the City of New York, hereby certify that the foregoing transcript is a true copy of the original record currently on file with the Department of Health and Mental Hygiene of the City of New York, and that I am authorized to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☑ Birth ☐ Death

Certificate Number  156-75-209414             Year  1975      ,

Borough of  Bronx                        .

In witness whereof I have hereunto set my hand and
caused the seal of the Board of Health of the Department
of Health and Mental Hygiene of the City of New York to be

affixed this  31st                     day of
January                      in the year
2025

*Gretchen VanWye*

Signature

VR99E (Rev. 4/22)



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 13 of 17

THE NEW YORK CITY
CERTIFICATE OF
LIVE BIRTH ~~for~~ Nassoma Amina
Morgan.
Place Holder

Y061378

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 14 of 17

BK M  BK 6 PG 303

Look for the following security features before accepting this document:
- Multi-colored pink-blue-pink background
- Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
- This watermark in the paper, which will be visible when held to the light:

NYC
Health
OFFICIAL
VITAL RECORD

- Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

VR-134 4008A (91/04) P.O. NO. 202404034

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 15 of 17

DKM BK 8 PG 304

## Declaration of Established of Inter Vivos Will

Be it known that i the living woman nassoma of the clan morgan has recorded this declaration and instrument in the Land Records by special deposit. Proof of Life requirements have been fully satisfied, and an Inter Vivos Will has been declared, established, and privately recorded.

Furthermore, this declaration and instrument hereby affirms my rightful claim over name, body, mind, soul of man, soul of infant, spirit, and Live Borne Record. As a member of One Heaven. i reject any and rebuke all assumptions and presumption of being property of any cestui que vie trust/estates as mentioned under canon 2055-2056.

Any claims contrary to this notice and instrument are false and are rebutted and rejected in their entirety. No trust, estate, or presumption asserted over nassoma of clann morgan the living woman shall stand against this divine declaration.

It is affirmed that i, the living woman, possesses the absolute right to reject any and all false presumptions of control or ownership over my existence. Also, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as our abandonment, loss, death, or incompetence is immediately null, void, without standing, and immediately dissolved without delay.

Let it be known that any and all false claims, presumptions, or trusts established over nassoma of clann morgan the living woman are null, void, and without standing. Any attempt to assert control over the living woman or her property under these fraudulent doctrines is a direct violation of Natural Law, Divine Law, and the fundamental Rights of Man and Woman.

This declaration and instrument is formally recorded in the Land Records and stands as public acknowledgment that:

- Proof of Life is established.
- The Declaration of Inter Vivos Will is lawfully recorded.
- All false presumptions and claims over name, body, mind, and soul are rebutted and rejected.
- Every man and woman holds absolute authority over themselves as a rightful member of One Heaven.

Any entity, individual, administrator, or executor failing to recognize and uphold these declarations shall be deemed to have engaged in fraudulent concealment, breach of fiduciary duty, and unlawful trespass, with all lawful and equitable remedies reserved against them.

Dated: 13th of March

Signed: bi nassoma soma; clann Morgan

Seal



I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 29 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 16 of 17



DKM BK 8 PG 306

Declaration of Established of Inter Vivos Will



STATE OF MISSISSIPPI
COUNTY OF DESOTO

I hereby certify that the above and foregoing
is a true copy of the original filed in this office.
This the ___ day of _____, 20___
Misty Heffner, Clerk of the Chancery Court

By _____ D.C.







(6 tOctober 2005


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 29 day of September, 2025 County Administrator.
By:  Broward County Deputy Clerk
940b9585-f561-45ae-a8e7-9b3ae20f6814 Page 17 of 17







:C.-S.-S.-C.-P.-S.-G.-P. Flag of THE vessel.  RE 139 602 477 US **a Reg mail#

RE 139 602 477 US

~ FOR THE CLAIM OF THE LIVE-LIFE IS WITH THE ALODIAL-VESSEL-POSSESSION BY THE LIVING-WOMAN: :Nassoma-Amina: Morgan.

~1 FOR THE KNOWLEDGE-FACT OF THE CLAIM IS WITH THE LIVE-LIFE-CLAIM OF THE WOMAN: :NASSOMA-AMINA: MORGAN BY THE BIRTH-DATE ON THE TWENTY-NINTH DAY OF JULY IN THE YEAR OF 1975.

~2 FOR THE WITNESS-KNOWLEDGE OF THE LIVE-LIFE IS WITH THE CLAIM OF THE LIVE-LIFE-BIRTH-NATIVITY WITH THE LODIAL-LOCATION OF THE CONTINENT OF THE NORTH-AMERICA, WITH THE STATE OF NEW-YORK, WITH THE COUNTY OF BRONX, AND WITH THE CITY OF NEW-YORK. FOR THE WITNESSING BY THE MOTHER-PARTY: :EUGENIE: JOHNSON. AND THE FATHER-PARTY: :TREVOR-ANTHONY: MORGAN, IS WITH THEIR LAWFUL-MARRIAGE-JOINDER.

~3 FOR THE WITNESS-KNOWLEDGE OF THE FACT IS WITH THE LIVE-LIFE-BIRTH-CLAIM WITH THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE OF THE COMMUNICATION-CLAIM WITH THE LIVE-LIFE-PARTY.

~4.0 FOR THE STANDING-POSITION OF THE BENEFICIARY IS WITH THE CLAIM OF THE DIVINE-TRUST, WITH THE PEACEFUL-PURPOSE, WITH THE VOIDANCE OF THE FICTION-CLAIM, WITH THE VOIDANCE OF THE DECEDENT-ESTATE-PRESUMPTION, WITH THE VOIDANCE OF THE MARITIME-JURISDICTION-PRESUMPTION, WITH THE VOIDANCE OF THE WAR-POWERS-PRESUMPTION, WITH THE VOIDANCE OF THE COMMERCIAL-COMBAT-POSITION, AND WITH THE VOIDANCE OF THE ADMINISTRATIVE-HOSTILITY-POSITION BY THE LIVING-WOMAN: :Nassoma-Amina: Morgan.

~4.1 FOR THE CORPOREAL-FORM OF THE LIVING-SOUL IS WITH THE DIVINE-INHERITANCE, WITH THE FULL-PRESENCE, WITH THE COMPETENT-STANDING, WITH THE SUI-JURIS-POSITION, AND WITH THE CORRECT-PERSONA OF THE CLAIMANT.

~5.0 FOR THE AUTHORITY OF THE LIVE-LIFE-CLAIM IS WITH THE ROOT OF THE DIVINE-COVENANT, NATURAL-LAW, AND SACRED-TRUST.
~5.1 FOR THE AFFIRMATION OF THE CLAIMANT IS WITH THE NOW-TIME-FACT OF THE LIVE-LIFE-CLAIM.
~5.2 FOR THE POSITION OF THE LIVE-LIFE-CLAIM IS WITHOUT ANY VESSEL-ASSUMPTION, WITHOUT ANY CORPORATE-FICTION, AND WITH THE POSITION OF THE LIVING-SOUL, WITH THE ENDOWED-RIGHTS OF THE UNALIENABLE-NATURE AND WITH THE FULL-AUTHORITY OF THE ESTATE, BODY, SOUL, AND INHERITANCE.

1

OK M BK 6 P 153

~6 FOR THE LIVE-LIFE-POSITION OF THE CLAIMANT: :NASSOMA-AMINA: MORGAN IS WITH THE SACRED-COVENANT AND TRUST-ALLIANCE WITH THE BLOODLINE OF MORGAN, WITH THE LAWFUL-STANDING, WITH THE BENEFICIAL-HEIR-POSITION WITH THE DIVINE-LINEAGE AND SACRED-TRUST.

~6.0 FOR THE LIVE-LIFE-CLAIM OF THE LIVING-WOMAN: :Nassoma-Amina: Morgan IS WITH THE NAME-CORRECTION AND WITH THE RE-POSSESSION OF THE VOIDED-FRAUDULENT-LEGAL-FICTION-INSTRUMENTS WITH THE DOCUMENT-STYLINGS AS FOLLOWS:
(1) FOR THE DOCUMENT-STYLING OF THE CERTIFICATE-OF-LIVE-BIRTH WITH THE FICTION-NAME-STYLING: "NASSOMA AMINA MORGAN" AND WITH THE FILE-NUMBER: 156-75-209414.
(2) FOR THE DOCUMENT-STYLING OF THE BIRTH-CERTIFICATE WITH THE FICTION-NAME-STYLING: "NASSOMA AMINA MORGAN" AND WITH THE FILE-NUMBER: 156-75-209414,
(3) FOR THE DOCUMENT-STYLING OF THE FLORIDA-MARRIAGE-RECORD WITH THE FICTION-NAME-STYLING: "NASSOMA AMINA MORGAN-GRANT" AND WITH THE FILE-NUMBER: 97-022892.
(4) FOR THE DOCUMENT-STYLING OF THE STATE-OF-FLORIDA-MARRIAGE-APPLICATION WITH THE FICTION-NAME-STYLING: "NASSOMA AMINA MORGAN-GRANT" AND WITH THE FILE-NUMBER: ML-CE-97-004194.

~6.1 FOR THE AUTHORITY OF THE LIVING-SOUL IS WITH THE LAWFUL-CORRECTION, WITHDRAWAL, AND RETURN OF THESE DOCUMENTS BY THE DIVINE-COVENANT WITH THE CLAIM OF THE RIGHTS, TITLES, INTERESTS, AND PROPERTIES HELD IN TRUST AND EQUITY WITHIN THE DIVINE-LAW.

~7 FOR THE WITNESS-KNOWLEDGE OF THE LIVE-LIFE-CLAIM IS WITH THE CLAIM OF THE LIVE-LIFE-BIRTH WITH THE AUTHORIZATION BY THE AUTOGRAPH OF THE THREE-LIVING-WITNESSES: : :EUGENIE: JOHNSON, :AYANNA-AMINA-VALERIE: GRANT, AND :CHANYA-NASSOMA: SMITH.

~8.0 FOR THE VOIDANCE OF THE PRESUMED-JOINDER TO THE FICTION-VESSEL-NAME-STYLING: "Nassoma Amina Morgan-Grant" AND FOR THE VOIDANCE OF THE PRESUMED-JOINDER TO THE FICTION-VESSEL-NAME-STYLING: "NASSOMA AMINA MORGAN-GRANT" IS WITH THE FULL-TIME-NAME-CORRECTION AND WITH THE EXCLUSIVE-NAME-USAGE BY THE LIVING-WOMAN: :Nassoma-Amina: Morgan WITH THE RETENTION OF THE RIGHT-POSITION, WITH THE TITLE-POSITION, AND WITH THE INTEREST-POSITION IN AND TO THESE NAME-STYLINGS BY THE SOVEREIGN-CAPACITY OF THE LIVING-WOMAN.

~8.1 FOR THE NOW-TIME-KNOWLEDGE OF THE CLAIMANT IS WITH THE VOIDING OF THE PRIOR-FICTION-NAME-USAGE AND WITH THE PEACEFUL-CLOSURE OF THE MARRIAGE-CONTRACT-STYLING AND WITH THE VOID OF THE FICTION-TITLE-CONSTRUCT.

~8.2 FOR THE NOW-TIME-NAME-POSITION OF THE LIVING-WOMAN IS WITH THE PERMANENT-CORRECT-NAME: :Nassoma-Amina: Morgan.

~8.3 FOR THE CLARIFICATION-CLAIM OF THE NAME-CORRECTION IS WITH THE VOLITION OF THE CLAIMANT AND WITH THE KNOWLEDGE-POSITION UNDER THE JURISDICTION OF THE LIVE-LIFE-CLAIM.
~8.3.1 FOR THE TERMINATION OF THE FICTION-MARRIAGE-LICENSE-CONTRACT AND FOR THE SURRENDER OF THE SPOUSAL-TITLE-USAGE IS WITH THE NOW

2

DK M  BK 6 PG 854

TIME-KNOWLEDGE AND THE VOLITIONAL-CLOSURE BY THE LIVING-WOMAN: :Nassoma-Amina: Morgan.
~8.3.2 FOR THE REVOCATION OF THE PRESUMED-CONTRACTUAL-CONSENTS IS WITH THE NOW-TIME-VOLITION AND THE CORRECT-SENTENCE-STRUCTURE-JURISDICTION BY THE LIVING-WOMAN: :Nassoma-Amina: Morgan.
~9.0 FOR THE ESTATE-RECLAMATION. NAME-SURRENDER. AND HEIR-POSITION OF THE CLAIMANT IS WITH THE KNOWLEDGE OF THE CLAIMANT BY THE CLAIM OF THE CLAIMANT.
~ 9.1 FOR THE REVOCATION OF THE [1-3] FICTIONAL-CLAIMS BY THE PRESUMED-POWER-OF-ATTORNEY. BY THE IMPLIED-POWER-OF-ATTORNEY. AND BY THE CONSTRUCTIVE-POWER-OF-ATTORNEY BY THIS CLAIMANT: :NASSOMA-AMINA: MORGAN. FOR THE [1-4] FICTION-CREATIONS OF THE ESTATE. THE TRUST, THE NAME, AND THE SECURITY IS WITH THE SOVEREIGN-LIVE-LIFE-AUTHORITY BY THE FULL-KNOWLEDGE-POSITION OF THIS CLAIMANT.

~ 9.2 FOR THE VOIDANCE AND THE DISQUALIFICATION OF THE [1-5] FICTION-CONTRACTS BY THE PRIOR-CONSENT, BY THE ADHESION-CONTRACT, BY THE VERBAL-AGREEMENT, BY THE WRITTEN-AGREEMENT. AND BY THE FICTIONAL-JOINDER IS WITH THE TERMINATION OF THE SURETY-STATUS AND THE FICTIONAL-CITIZENSHIP BY THE NOW-TIME-VOLITION AND THE FULL-KNOWLEDGE-POSITION OF THIS CLAIMANT WITH THE VOIDANCE FROM THE BEGINNING BY THE FRAUDULENT-CONVEYANCE OF THE LANGUAGE. WITH THE NO-CONSENT, NO-DISCLOSURE, NO-KNOWLEDGE. AND NO-CLOSURE BY THIS CLAIMANT.

~9.3 FOR THE FULL-RETRACTION OF THE [1-4] FICTION-CONTRACTS BY THE POWER-OF-ATTORNEY, BY THE GUARDIAN-ASSIGNMENT. BY THE TRUST-TRANSFER, AND BY THE PUBLIC-ADMINISTRATIVE-CLAIM WITH THE FICTION-NAME-STYLES OF THE NASSOMA AMINA MORGAN-GRANT. THE NASSOMA AMINA MORGAN, AND THE DERIVATIVE-NAME-STYLES IS WITH THE NOW-TIME-CORRECTION AND THE SOVEREIGN-SYNTAX-DECLARATION BY THIS LIVING-SOUL: :NASSOMA-AMINA: MORGAN.

~9.4 FOR THE SURRENDER OF THE CORPORATE-PERSON AND THE [1-2] LEGAL-INSTRUMENTS BY THE BIRTH-CERTIFICATE AND BY THE STATE-FICTIONAL-CREATION IS WITH THE FULL-DISCLOSURE. THE VOLITIONAL-SURRENDER. AND THE MERGER-CLAIM OF THE PERSON TO THE DIVINE-INHERITANCE AND SOVEREIGN-ESTATE BY THIS CLAIMANT. :NASSOMA-AMINA: MORGAN.

~9.5 FOR THE POSITION OF THIS CLAIMANT IS WITH THE TRANSITIONAL-CLOSURE FROM THE FICTION-BENEFICIARY-STATUS BY THE ADMINISTRATIVE-CONTROL TO THE LIVING-BENEFICIARY-HEIR-POSITION WITH THE LAWFUL-ESTATE-SOVEREIGNTY BY THE COMPLETION OF THE NEW-COVENANT BY THE CHRIST, BY THE LAW-OF-TRUST. AND BY THE SACRED-JURISDICTION WITH THE CLAIM OF THE [1-5] ESTATE-VALUES BY THE INHERITANCE, BY THE TITLE, BY THE RIGHT, BY THE SECURITY, AND BY THE INTEREST.

~9.6 FOR THE RETURN OF ALL VALUE. SECURITIES. DIVIDENDS. AND ESTATES CREATED, CONDUCTED, OR TRADED IN ANY DERIVATIVE-NAME(S) OF THE CLAIMANT IS WITH THE NOW-TIME-DEMAND FOR THE DISCLOSURE, FULL-LEDGER-ACCOUNTING, RECONCILIATION. SETTLEMENT. AND RELEASE OF ALL VALUE, SECURITIES. ESTATE-RECORDS. CUSIP-BONDS. TRUST-ACCOUNTS, AND ADMINISTRATIVE-ASSETS.

~9.7.0 FOR THE FULL-VOIDANCE. DISQUALIFICATION. AND REVOCATION OF THE [1-9] FICTION-CONTRACTS BY THE CONTRACT, BY THE LICENSE. BY THE APPLICATION. BY THE FILING. BY THE REGISTRATION. BY THE CERTIFICATION.

3

DK M  BK 6 PG 856

DK M BK 6 PG 857

BY THE AGREEMENT, BY THE SIGNATURE, AND BY THE AUTHORIZATION IN THE NAME-STYLES OF THE NASSOMA AMINA MORGAN-GRANT AND THE DERIVATIVE-NAME-STYLES IS WITH THE NOW-TIME-CLAIM BY THE LIVING-SOUL: :NASSOMA-AMINA: MORGAN.

~9.7.1 FOR THE DISQUALIFICATION OF THE CLAIMANT IS WITH THE [1-14] FICTION-CONTRACTS BY THE MARRIAGE-LICENSE, BY THE VOTER-REGISTRATION, BY THE DRIVER'S-LICENSE, BY THE SOCIAL-SECURITY-NUMBER, BY THE STATE-OF-FLORIDA-REGISTRATION, BY THE FEMA-ENROLLMENT, BY THE UNITED-STATES-PASSPORT, BY THE TAX-FILING, BY THE EDUCATIONAL-RECORD, BY THE FINANCIAL-AID-AGREEMENT, BY THE STUDENT-LOAN, BY THE GOVERNMENT-ASSISTANCE-PROGRAM, BY THE AGENCY-CONTRACT WITH THE UNITED-STATES-GOVERNMENT, AND BY THE CORPORATE-STATE-SUBDIVISIONS.

~9.7.2 FOR THE RESCISSION OF ALL PRIOR SIGNATURES, DIGITAL-CONSENTS, VERBAL-AGREEMENTS, AND PRESUMED-AUTHORITIES IS WITH THE FULL-KNOWLEDGE AND VOLITIONAL-TERMINATION OF ALL PRIOR AND FUTURE COMMERCIAL-CONTRACTS UNDER PRESUMPTION, ADHESION, OR NON-DISCLOSURE.

~9.7.3 FOR THE VOIDANCE AND THE DISQUALIFICATION-CLAIM IS WITH THE [1-3] NAME-STYLES OF THESE LIVING-HEIRS: BY THE NAME: :ABRIANNA: MORGAN-GRANT, BY THE NAME: :AYANNA-AMINA-VALRIE: GRANT, AND BY THE NAME: :AVAYA-AMEENA-VALRIE: ESSUE FOR THE VOIDANCE OF THE [1-3] FICTION-CONTRACTS BY THE APPLICATION, BY THE LICENSE, AND BY THE AGREEMENT CREATED WITHOUT DISCLOSURE, WITHOUT VOLITION, AND WITHOUT AUTHORIZED CONSENT FROM THESE LIVING-HEIRS.

~9.7.3.1 FOR THE KNOWLEDGE-POSITION AND SOVEREIGN-CUSTODIAL-AUTHORITY OF THE CLAIMANT: :NASSOMA-AMINA: MORGAN IS WITH THE DIVINE-STEWARDSHIP AND LAWFUL-PRESERVATION OF THE LIVE-LIFE-ESTATES OF THESE HEIRS.

~9.7. 4 FOR THE TERMINATION OF ALL SURETY-PRESUMPTIONS, AGENT-ASSUMPTIONS, AND CORPORATE-TRUST-ASSIGNMENTS IS WITH THE NOW-TIME SYNTAX-DISQUALIFICATION OF ALL JOINDER TO THESE FICTION-CREATIONS AND GOVERNMENT-INSTRUMENTS BY THE LIVING-SOUL-CLAIMANT: :NASSOMA-AMINA: MORGAN WITH FULL-VOLITION AND SOVEREIGN-KNOWLEDGE.

~9.8.0 FOR THE PEACEFUL-STANDING AND PRIVATE-CIVILIAN-CAPACITY OF THE CLAIMANT: :NASSOMA-AMINA: MORGAN IS WITH THE NOW-TIME SYNTAX-PERFORMANCE AND JURISDICTIONAL-NOTICE.

~9.8.1 BY THE CLAIM OF NO-THREAT, NO-ENEMY, AND NO-BELLIGERENT-STATUS AGAINST THE UNITED-STATES, ITS PEOPLE, OR ANY GOVERNMENT-AGENCY THEREOF.

~9.8.2 FOR THE COMPLIANCE-POSITION OF THIS CLAIMANT IS WITH THE [1-3] PRINCIPLES BY THE PEACE, BY THE EQUITY, AND BY THE GOOD-FAITH-VOLITION OF THE CLAIMANT WITH THE CLAIM OF THE DIVINE-LAW AND THE SACRED-COVENANT BY THE POSSESSION OF THE LIVING-SOUL.

~9.8.3 FOR THE LIVE-LIFE-CLAIM OF THE CLAIMANT IS WITH THE STANDING AS A LIVING-WOMAN, NOT AS AN ENEMY, VESSEL, OR FRANCHISE OF ANY COMMERCIAL ENTITY OR CORPORATE-NATION.

4

DK M BK 6 PG 858

DK M  BK 6 PG 859

:IMAGE:



FINGERPRINT (FP):

(YOUR FINGERPRINT GOES HERE)

SALIVA OR HAIR

(TAPE HAIR STRAND HERE)

:Ayanna-Amina-Valerie :Grant
:WITNESS-AUTOGRAPH OF THE LIVING-WITNESS: :AYANNA-AMINA-VALERIE:
GRANT.
~FOR THE 8TH-DAY OF THE 7TH-MONTH OF THE 2025-YEAR BY THE NOW-TIME
VOLITION AND KNOWLEDGE-POSITION OF THIS WITNESS FOR THE LIVE-LIFE-
CLAIM.

: Eugenie Johnson
:WITNESS-AUTOGRAPH OF THE LIVING-WITNESS: :EUGENIE: JOHNSON.
~FOR THE 8TH-DAY OF THE 7TH-MONTH OF THE 2025-YEAR BY THE NOW-TIME
VOLITION AND KNOWLEDGE-POSITION OF THIS WITNESS FOR THE LIVE-LIFE-
CLAIM.

: Chanya - Nassoma :Smith
:WITNESS-AUTOGRAPH OF THE LIVING-WITNESS: :.
~FOR THE 8TH-DAY OF THE 7TH-MONTH OF THE 2025-YEAR BY THE NOW-TIME
VOLITION AND KNOWLEDGE-POSITION OF THIS WITNESS FOR THE LIVE-LIFE-
CLAIM.

: Nassoma - Amina : Morgan
: CLAIMANT-AUTOGRAPH OF THE LIVING-SOUL: :NASSOMA-AMINA:MORGAN.
~FOR THE LIFE-BIRTH-NAME-CLAIM AND SYNTAX-CORRECTION-PERFORMANCE
IS WITH THE NOW-TIME-VOLITION OF THIS CLAIMANT.
FOR THE 8TH-DAY OF THE 7TH-MONTH OF THE 2025-YEAR IS WITH THIS NOW-
TIME-WITNESSING.



5

DK M  BK 6 PG 860

:Image:          Fingerprint (FP):          Saliva or Hair



(your fingerprint goes here)          (TAPE hair strand here)

:Ayanna-Amina-Valerie:Grant

:Witness-autograph of the living-witness: :Ayanna-Amina-Valerie: Grant.
~For the 8th-day of the 7th-month of the 2025-year by the now-time volition and knowledge-position of this witness for the live-life-claim.

:Eugenia: Johnson

:Witness-autograph of the living-witness: :Eugenie: Johnson.
~For the 8th-day of the 7th-month of the 2025-year by the now-time volition and knowledge-position of this witness for the live-life-claim.

:Chanya-Nassoma:Smith

:Witness-autograph of the living-witness: :.
~For the 8th-day of the 7th-month of the 2025-year by the now-time volition and knowledge-position of this witness for the live-life-claim.

:Nassoma:Amina: Morgan

: Claimant-autograph of the living-soul: :Nassoma:Amina: Morgan.
~For the life-birth-name-claim and syntax-correction-performance is with the now-time-volition of this claimant.
For the 8th-day of the 7th-month of the 2025-year is with this now-time-witnessing.

4

**SUN-SENTINEL**

**Sold To:**
PubSwift - CU80125490
410 S. Ware Blvd, Ste 800
Tampa,FL 33619

**Bill To:**
PubSwift - CU80125490
410 S. Ware Blvd, Ste 800
Tampa,FL 33619

**Published Daily**
**Fort Lauderdale, Broward County, Florida**
**Boca Raton, Palm Beach County, Florida**
**Miami, Miami-Dade County, Florida**

**State Of Florida**
**County Of Orange**

Before the undersigned authority personally appeared
Rose Williams, who on oath says that he or she is a duly authorized representative of the SUN- SENTINEL,
a DAILY newspaper published in BROWARD/PALM BEACH/MIAMI-DADE County, Florida; that the
attached copy of advertisement, being a Legal Notice in:

The matter of 11745-Other Legal Notices ,
Was published in said newspaper by print in the issues of, and by publication on the
newspaper's website, if authorized on  Sep 19, 2025; Sep 26, 2025; Oct 03, 2025
SSC Other Legal Notices
Affiant further says that the newspaper complies with all legal requirements for
publication in Chapter 50, Florida Statutes.

_Rose Williams_

Signature of Affiant
Sworn to and subscribed before me this:  October 03, 2025.

_LeAnne Rollins_

Signature of Notary Public

Notary Public State of Florida
Leanne Rollins
My Commission HH 500022
Expires 4/27/2028

Name of Notary. Typed, Printed, or Stamped
Personally Known (X) or Produced Identification ( )

**Affidavit Delivery Method:** E-Mail
**Affidavit Email Address:** support@pubswift.com
7870954

**SUN-SENTINEL**

PUBLIC NOTICE AND AFFIDAVIT OF RE-
BUTTAL OF PRESUMPTION OF COURT
- PUBLIC DECLARATION OF EXECUTOR-
SHIP, LIVING STATUS, AND HEIRSHIP
PUBLIC NOTICE OF STATUS AND ES-
TATE STANDING.

Be it known: I, Nassoma-Amina: Morgan,
Living Woman of the bloodline of Morgan,
also known on certain records as Nas-
soma Amina Morgan and Nassoma Amina
Morgan-Grant, stand as the Beneficial
Heir and Executrix of the Nassoma Amina
Morgan Estate. I am competent, of full
age, not lost at sea, not the surety, and
not the ens legis entity NASSOMA AMINA
MORGAN, also referred to in records
as NASSOMA AMINA MORGAN-GRANT,
MORGAN-GRANT NASSOMA AMINA, or
any other derivative of the all-caps fiction.
All presumptions of court jurisdiction
have been rebutted and perfected upon
the land record, as evidenced by the fol-
lowing recorded instruments: Affidavit
and Rebuttal of Presumptions of the
Court – Broward Instr. No. 119761454,
Declaration of Status - Live Life Claim
– Revocation of POA/Recession of Signa-
tures DeSoto County MS BK 6, PG 729–
836, Executor Declaration & Peace Treaty
and Master Power of Attorney/Appoint-
ment of General Administrator–DeSoto
County MS BK 6, PG 846–908, Construc-
tive Notice Notice-DeSoto County MS BK
6, PG 837-863, Durable Power of Attorney
– DeSoto County MS BK 6, PG 909–931,
and Broward County Records - Instr. Nos.:
120429452, 120429453 - Bill in Equity,
Writ of Precipe-Writ of Covenant, and
Notice of Recorded Instruments-Public
Record Acknowledgement References,
and 120429454.
Any and all parties have twenty-one
(21) days from the date of publication of
this Notice to rebut, by sworn affidavit,
point-for-point, with full liability. Failure to
timely rebut shall constitute: Permanent
estoppel by acquiescence, Admission
of the truth of all recorded instruments,
Lawful estoppel against any contradic-
tion of my status as Living Woman,
Executrix, and Beneficial Heir, secured in
equity and recognized as Friend of the
Court. Let it be known: The estate is not
abandoned. I stand in private capacity, in
equity, with all rights, title, and interest
therein secured and reserved. By: Order
of the Executrix and Beneficial Heir of the
Nassoma Amina Morgan Estate Private
Civilian – Friend of the Court. All Rights
Reserved. Without Prejudice. UCC 1-308.
**09/19/2025, 09/26/2025, 10/03/2025
7870954**

# EXHIBIT C – AFFIRMATION OF RECORD AUTHENTICITY

### Office of the Principal in Chief
### Nassoma Amina Morgan Divine Estate and Trust
Non-Domestic | Private Ecclesiastical Jurisdiction | In Equity
7580 Northwest 5th Street Unit 16447| Plantation, Florida [33317-9998]

## I. Purpose of Affirmation

This page affirms that the writings, declarations, and evidentiary materials contained in or referenced by the *Cestui Que Vie Redress and Restoration Packet* are true and complete copies of originals kept in the private files of the **Office of the Principal in Chief**.
They have been reproduced faithfully for the limited purpose of maintaining a clear historical and administrative record.

## II. Custody and Maintenance of Records

The originals of all statements, certificates, and supporting documents are held in the custody of **nassoma-amina of the morgan bloodline**, acting as Principal in Chief.
Each page reproduced herein has been checked against the original to ensure that no alteration, addition, or omission has been made except for ordinary formatting or pagination required for compilation.

## III. Declaration of Authenticity

The undersigned affirms that the attached materials represent, to the best of his knowledge and belief, authentic and accurate reproductions of the original instruments maintained by the Office of the Principal in Chief.
This affirmation is made in good faith and with the intent of maintaining transparency, integrity, and continuity of the estate's record.

## IV. Reference

This page corresponds to **(Exhibit C attached hereto)** within the *Exhibits and Evidentiary Support* section of the packet.

Executed this ⟨20⟩ day of ⟨October⟩ 2025
Placed under private seal for record and acknowledgement

nassoma-amina of the morgan bloodline
Principal in Chief / Living Woman in Equity
( Seal )



# EXHIBIT D

True Copies-Any genealogical chart, birth record, or other supporting documentation demonstrating the heirship of **Nassoma Amina Morgan also referred to on certain records Nassoma Amina Morgan-Grant**.- true copies of recordings on land records of **Desoto County, Mississippi, Recorded Instrument: DK M BK 6:**
- Letter of Appointment for the Morgan Estate: DK M BK 6 PG 788-792
- Affidavit of Heirship: DK M BK 6 PG 780-78
- Ecclesiastical Deed Poll: DK M BK 6B 299-305
- Paramount Claim of Life and the estate of the Nassoma Amina Morgan: DK M BK 6 PG 778-779.

Reaffirms heirship and birth record.

Filed as Exhibit D to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR
United States Bankruptcy Court Of Florida



## Affidavit of Heirship

Nassoma-Amina: Morgan (Administrator) also known on certain records as
Nassoma-Amina: Morgan-Grant , and all derivatives thereof
**c/o 1900 West Oakland Park Boulevard Unit 5082 non-domestic
near Oakland Park, florida republic near [33310-9998]
non-military in the land of the living**

May it be known that, Nassoma Amina of the blood    line Morgan, , also known on certain
records as Nassoma-Amina: Morgan-Grant declared heirship to the Estate of NASSOMA
AMINA MORGAN. Be it known that NASSOMA AMINA MORGAN is also doing business as
NASSOMA AMINA MORGAN-GRANT, MORGAN, NASSOMA AMINA, MORGAN-GRANT,
NASSOMA AMINA, and any other derivatives of the estate name.

### Identifying Information of Exclusive Heirship and Beneficiary:

1. Called Nassoma Amina of the bloodline of Morgan and married into the House of
Grant.

2. Born upon the land Bronx, New York City, New York on the 29th of July 1975.

3. Domiciling upon the land in Broward county, near Plantation, Florida republic, non-
domestic, non-military, non-corporate, without the United States

4. The Decedent's Social Security number is ***-**-1054.

5. The New York City file number is: 156-75-209414.

6. The mailing address is ℅ 1900 West Oakland Park Boulevard #5062 non-domestic, near
Oakland Park, Florida Republic [33310-9998] non military.

### Beneficiary Designation:

1. We designate ourselves, NASSOMA AMINA MORGAN LIVING ESTATE TRUST, as a
beneficiary to the estate assets in accordance with the estate planning documents of the
decedent.

2. We affirm that we have a rightful interest in the assets and properties held within the
estate.

DK M BK 6 PG 781



DK M BK 6 PG 782



3. .We are an heir to the decedent estate, NASSOMA AMINA MORGAN LIVING ESTATE TRUST.

4. Nassoma-Amina: Morgan, the deemed Decedent, for purposes of administering the equitable interests in the NASSOMA AMINA MORGAN  LIVING ESTATE TRUST.

5. We hereby affirm our status as absolute heir to the aforementioned Estate Trust.

6. We affirm our beneficiaries' equitable interest and title in the Trust.


### Legal Notice to the Prudent Investor:

1. We hereby provide notice to any prudent investor or fiduciary managing or person overseeing the assets of the estate of NASSOMA AMINA MORGAN which may be also known as the estate of NASSOMA AMINA MORGAN-GRANT that we are now holding Absolute Title to the Estate and are occupying the Estate.

2. Any actions or decisions related to the investment, management, or distribution of estate assets should take into account our occupancy and status within the Estate as Administrator and Executor, also having exclusive heirship and entitlement to Estate assets.


### Notice to Trustees:

1. We hereby provide notice to any Trustee that the aforementioned beneficiaries are entitled to the Trust.

2. Any administration or distribution of Trust assets should honor the beneficiaries' equitable interests.

3. We understand the legal consequences of providing false information in this affidavit.

4. We make known the accuracy of the information provided to the best of our knowledge.

DK M  BK 6 PG 783





Sworn and Subscribed Before Me:

:Morgan, Nassoma-Amina

Morgan-Grant, Nassoma-Amina

bi: nassoma-amina &y Ex. Beneficia

Heir, title without

bi: the Executor/Beneficial Heir

**Witnesses:**

Witnesses:

Witness 1 Autograph: _Pauline S. Higgins_          

Printed Name: _Pauline S. Higgins_          Address: _Coconut Creek FL 33063_

Witness 2 Autograph: _Anaya_

Printed Name: _Anaya A. Miller_          Address: _Coconut creek FL, 33063_

Witness 3 Autograph: _Eugenie Johnson_

Printed Name: _Eugenie Johnson_          Address: _Broward, County Florida_

Witness 4 Autograph: _Ananya Smith_

Printed Name: _Ananya Smith_          Address: _Fort Lauderdale, FL_

DK M  BK 6 PG 785





JURAT

State of  Florida                    )
County of  Broward                  ) ss:

Subscribed and sworn to (or affirmed) before me on this  20  day of  May              ,
2025, by  Nassoma  Morgan-Grant          , proved to me on the basis of
satisfactory evidence to be the person who appeared before me.

_____
Notary Public
My Commission Expires:  10/26/25



# LETTER OF APPOINTMENT

## FOR THE MORGAN ESTATE

I, **Nassoma Amina Morgan**, daughter of Trevor Anthony Morgan by paternal lineage and Eugenie Johnson by maternal lineage, being of sound body and mind, do hereby acknowledge the legacy and blood of my ancestors who are the ancients to the lands of Jamaica and the European territories.

**WHEREAS**, I acknowledge that once before our bloodlines and estates were interrupted by impostors laying claim to estates that were not theirs to claim by blood and by right;

**WHEREAS**, the rightful heirs to the Morgan Estate have not come forward to claim their inheritance;

**WHEREAS**, I possess the bloodline connection to the Morgan family through documented lineage and ancestral records;

## DECLARATION OF NAME RECLAMATION

**WHEREAS**, my family's original name of Morgan was passed down through generations, and the legacy of this name has been carried within my bloodline;

**WHEREAS**, historical records, family documents, and genealogical research confirm that Morgan is the true ancestral name of my paternal and maternal lineage;

**WHEREAS**, I seek to reclaim my ancestral identity and heritage by acknowledging and restoring this original family name;

**NOW THEREFORE**, I formally reclaim and restore the family name of Morgan for myself and for the purposes of this estate, while acknowledging the legal history of any other names as they appear in various records and documents during the intervening period;

**NOW THEREFORE**, I, on this day, 13 th August 2025 , do hereby take up the titles and estates that belong to me by right of inheritance and by claim of blood.
I hereby claim all properties within the domicile of the land that I inhabit. Every mark, line, and possession - including this body of bone, blood, and sinew - as outlined in my security agreement

1

B. Ayanna Amina Valrie Grant

   1. Father of Abrianna & Ayanna: Dwight Michael Grant

C. Avaya Ameena Morgan Essue

   1. Father of Avaya: Caswaine Demar Essue

# DECLARATION OF ESTATE

I, **Nassoma Amina Morgan,** born on 29ᵗʰ July 1975 , do hereby take up the titles and estates that belong to me by right of inheritance and by claim of blood.

I hereby claim all properties within the domicile of the land that I inhabit. Every mark, line, and possession - including this body of bone, blood, and sinew - as outlined in my security agreement belongs to my estate, as does anyone or properties covered in my estate.



# AUTHENTICATION

Hereby, any document that bears my name (in any of its historical forms) and/or signet but does not bear the seal on my estate is fraudulent and invalid and holds no standing in law.

# CERTIFICATION

I hereby sign and certify that all statements herein are true.

Executed this 23 day of August , 2025

by: nassome-amina: morgen living women beneficiary heir.
@estui que vie privat civilian
**Nassoma Amina Morgan** Dwight Grant

_Dwight Grant_
**Witness**

_Chanya-Nassoma Smith_
**Witness**

_Eugenie Johnson Eugenie Stus_
**Witness**

_Hazel Johnson / Hazel Johnson_
**Witness**

Family of **Morgan**

3



3/21/2023 4:31:01 PM
DK M BK 6 PG 293-305
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY
**Nassoma Amina Morgan Estate**

**PREPARED BY:** Nassoma-Amina Morgan
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Mistary]
(786) 385-4746

**RETURN TO:** Nassoma-Amina Morgan Estate
c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33319]
uSA [Non-Domestic, Non-Person, Non Mintary]
(786) 385-4746

Above space provided for Recorder's use only

Grantor  The Most-High-Divine Creator
Grantee  Nassoma Clann of Morgan



**Recording Cover**

Ecclesiastical Deed Poll
Certificate of Live Birth
or Inter Vivos Will



DK M  B . : PG 300

## Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as nassoma of the Clann morgan, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust nassoma of the Clann morgan, and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.

To:   Regina Zimmerman, successors, and assignees
       Director of Office of Vital Records
       New York City Department of Health and Mental Hygiene
       125 Worth Street
       CN4, Room 133
       New York, New York 10013-4090



DK M. BK 6 PG 301

 **NYC** Health

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, Gretchen Van Wye, the City Registrar of the Department of Health and Mental Hygiene of the City of New York, a department of the Municipal Corporation known as the City of New York, hereby certify that the foregoing transcript is a true copy of the original record currently on file with the Department of Health and Mental Hygiene of the City of New York, and that I am authorized to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☑ Birth ☐ Death

Certificate Number 156-75-209414          Year 1975

Borough of Bronx

*In witness whereof I have hereunto set my hand and*
*caused the seal of the Board of Health of the Department*
*of Health and Mental Hygiene of the City of New York to be*

affixed this 31st          *day of*

January          *in the year*

2025



Gretchen Van Wye

Signature

VR68E (Rev. 4/22)

DK M BK 6 PG 105

## Declaration of Established of Inter Vivos Will

STATE OF MISSISSIPPI
COUNTY OF DESOTO
I hereby certify that the within and foregoing
is a true copy of the original on file in this office.
This the 21st day of April , 20 41
Misty Heffner, Clerk of the Chancery Court



DK M  BK 6 PG 778

**STATE OF NEW JERSEY**  } §
**COUNTY OF CAMDEN**

I, JOSEPH RIPA, County Clerk of the County of Camden, having a common seal, being the officer authorized by laws of the State of New Jersey to make the following certificate,

DO CERTIFY, That _____ JULII M . JACKSON _____, whose name is subscribed to the certificate of the acknowledgment or affidavit of the annexed Instrument and thereon written, was at the time of taking such acknowledgemnet or affidavit a NOTARY PUBLIC of the State of New Jersey residing in the county aforesaid duly commissioned and qualified to administer oaths and affirmations and to take acknowledgments and proofs of Deeds or Conveyances for land, tenements and hereditaments in said State of New Jersey and to all whose acts, as such, full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere and that I am well acquainted with the handwriting of the said NOTARY PUBLIC and verily believe the signature thereto is genuine, and I further certify that the said Instrument is executed and acknowledged in conformity with the laws of the State of New Jersey. The Laws of New Jersey do not require the Impression of the Seal of the Notary Public to be filed in the County Clerk's Office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Clerk of Camden County this ___ 22nd ___ day of ___ Sept ___ in the year of our Lord two thousand and ___ 23 ___.

_____ Joseph Ripa _____, County Clerk

DK M  BK 8 PG 779

# Paramount Claim of the Life and the Estate of the Nassoma Amina Morgan-Grant
## Born July 29, 1975, New York City, New York
### Trevor Anthony MorganX Eugenie Johnson

---
Married / Unmarried

Whereas I, the living soul known as Nassoma Amina Morgan, am the result of the life and love and physical embodiment of my parents, the living man known as Trevor Anthony Morgan and Eugenie Johnson , now therefore I am their living daughter from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world, and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parent for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed on behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims, I here affix the Signature and Seal of my Lawful Person, retaining all rights and prerogatives thereof:

By: *Nassoma Amina Morgan* ©

Living Soul. All Rights Reserved

## Notarial Witness:

*New Jersey* State
*Camden* County

Today, on the 18th day, of the month of *September*, in the year 2023, I was visited by a woman properly identified or known to me to be Nassoma Amina Morgan-Grant and she did establish this record before me and sign it for the purposes stipulated herein, and I do accordingly add my signature and seal:

by: *Julii M Jackson*. Notary Public.

My commission expires on: 03/01/2028

**JULII M JACKSON**
**Notary Public, State of New Jersey**
**Commission # 50207151**
**My Commission Expires Mar 1, 2028**

Revision 062023

# EXHIBIT E

**Exhibit E-** True copy of Desoto County, Mississippi, Recorded Instrument: DK M BK 6 PG 793-813- **Affidavit of Revocation of Power of Attorney and Termination of Presumed, Implied, or Constructive Authority over Private Estates and Trusts.**

- Reaffirms proof that previous power of attorney and termination of presumed, implied, or constructive authority over private estate or trust.

Filed as Exhibit D to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR United States Bankruptcy Court Of Florida

DK M BK 6 PG 793

Recording requested by:
Morgan-Grant, Nassoma-Amina:

When recorded, Mail this to:
:Morgan-Grant, Nassoma-Amina, EX
c/o 1900 West Oakland Park Boulevard, non-domestic
Broward County near Oakland Park, Florida Florida Republic
[33301-9998] zip exempt, non-resident alien

---

Above Space provided for Recorder's use only.



## AFFIDAVIT OF REVOCATION OF POWER OF ATTORNEY AND TERMINATION OF PRESUMED, IMPLIED, OR CONSTRUCTIVE AUTHORITY OVER OUR PRIVATE ESTATES AND TRUSTS

BY: Nassoma-Amina: Morgan also known as Nassoma-Amina: Morgan-Grant

Living Woman, Of The American People

Know All Men And Women By These Presents:

We, Nassoma-Amina: from the Bloodline of Morgan married into the House of Grant and living woman, being competent and of sound mind, do hereby declare the following under penalty of perjury and full commercial and private liability:

We are not corporate entities, minors, wards of the State, sureties, or agents. We are not "U.S. citizens" under the 14th Amendment. We are not legal fictions nor parties to any contracts made through nondisclosure, coercion, or fraud. We are American people, private civilians, living in our divine and lawful capacity.

1

DK M  BK 6 PG 794



We, Nassoma-Amina: from the Bloodline of Morgan married into the House of Grant known as divine living man and divine living woman, of sound mind and of the age of majority, do hereby declare under penalty of perjury that we are not now and have never been sureties for any artificial entity, trust, or ens legis corporation operating in commerce under the names:

- NASSOMA AMINA MORGAN-GRANT,
- NASSOMA AMINA MORGAN
- NASSOMA A MORGAN-GRANT
- NASSOMA A MORGAN
- MORGAN-GRANT NASSOMA AMINA
- MORGAN NASSOMA AMINA
- MORGAN-GRANT NASSOMA A
- MORGAN,NASSOMA A
- MORGAN-GRANT, NASSOMA AMINA
- MORGAN, NASSOMA AMINA
- NASSOMA MORGAN-GRANT, AN   MARRIED   WOMAN
- NASSOMA MORGAN-GRANT,   A SINGLE PERSON

We are the lawful, private, and living people—non-citizen, non-resident, non-corporate—and we irrevocably rescind, cancel, revoke, reject, and declare null and void any and all Power of Attorney—express, implied, constructive, presumed, or otherwise—claimed by any third party, public or private, known or unknown, over our persons, names, estates, trusts, signatures, property, birthrights, or securities.

We hereby revoke, terminate, cancel, rescind, and reject all assumed or presumed Power of Attorney, legal authority, or jurisdiction granted to or claimed by any public or private entity, court, officer, agency, or party regarding our:

- Marriage certificates, licenses, or registrations including:

  APPLICATION NO: ML-CE-97-004194

  AUDIT CONTROL NO: B229459 or any other numbers associated with FLORIDA MARRIAGE RECORD

  FLORIDA MARRIAGE RECORD 97  022892

- Voter registrations or political affiliations

- State-issued or federal identification (Florida and Texas driver's licenses and ID cards)

2

DK M BK 6 PG 796



- Social Security Numbers

- Mortgage agreements or promissory notes

- Deed of Trust

- Court records, court judgments, and BAR administration

- Financial accounts, debts, credit cards, securities, and IRS liens

- Tax assessments or wage garnishments

- School and educational enrollments for our offspring

- Motor vehicle registrations or Department of Motor Vehicles records

We revoke all authority and terminate all such contracts, adhesion instruments, or assignments of Power of Attorney where full disclosure was not provided, consent was not freely given, and/or fraudulent conversion has occurred. This includes any involuntary consent, presumption of incompetence, constructive trust, or designation of us as surety over the following legal entities:

- NASSOMA AMINA MORGAN-GRANT,
- NASSOMA AMINA MORGAN
- NASSOMA A MORGAN-GRANT
- NASSOMA A MORGAN
- MORGAN-GRANT NASSOMA AMINA
- MORGAN NASSOMA AMINA
- MORGAN-GRANT NASSOMA A
- MORGAN,NASSOMA A
- MORGAN-GRANT, NASSOMA AMINA
- MORGAN, NASSOMA AMINA
- NASSOMA MORGAN-GRANT, AN   MARRIED   WOMAN
- NASSOMA MORGAN-GRANT,   A SINGLE PERSON

All attempts to administrate, bond, or securitize these legal entities without our express and written delegation are hereby null and void ab initio.

This revocation applies to all forms of consent presumed without full disclosure, including:

DK M  BK 6 PG 798



- Contracts signed under duress or adhesion

- Involuntary or constructive waivers of rights

- Any presumption of incompetence or guardianship

- Any designation of us as sureties for the all-caps named entities above

We revoke all authority and terminate all such contracts, adhesion instruments, and powers of attorney wherein full disclosure was not provided, consent was not freely given, and/or fraudulent conversion of our estate(s) and trust(s) has occurred.

SPECIFIC TERMINATIONS INCLUDE, BUT ARE NOT LIMITED TO:

We revoke and terminate any signatures, adhesion agreements, contracts, and all presumed Power of Attorney, beneficial rights, trustee authority, or fiduciary role claimed by:

- Social Security Administration

- Any BAR member, acting as trustee, judge, magistrate, administrator, guardian ad litem, legal representative, or attorney-in-fact, not expressly appointed by private trust indenture

- **Voter Registration / Representation** – We terminate voter registration. Debbie Wassermann Schultz does not and has never represented either of us. We cancel, revoke, terminate, rescind, and void any Power of Attorney, presumed or implied, that she or any office might claim over us, our estate(s), trust(s), or property.

- **PHH MORTGAGE SERVICES or any affiliates, OCWEN LOAN or any affliates, AMERICAN HOME MORTGAGE SERVICING, INC. or any affliates, , Ocwen Loan Services, OPTION ONE MORTGAGE CORPORATION or any affiliates, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-CB7 or any affiliates, LIME FINANCIAL, HSBC MORTGAGE SERVICES, and any and all entities**

- We terminate any Power of Attorney these parties may claim, in connection with the cases listed below, or otherwise. We do not consent to "titles of nobility" or BAR members acting as representatives for either of our estate(s) or trust(s)—past, present, or future. For they do NOT have our best interests at heart, and their first oath is to the court. Including but not exclusive to these matters listed below:
  **UNITED STATES BANKRUPTCY COURT CASE Number: 24-18665-PDR**
  **UNITED STATES BANKRUPTCY COURT CASE Number: 23-108654-PDR**
  **Broward County Case Number: CACE23021640,**

4

DK M  BK 6 PG 800



15 day June
2025

**State Reporting Number:** 062023CA021640AXXXCE
**Broward County Case Number:** CACE23022209
**State Reporting Number:** 062023CA022209AXXXCE
**Broward County Case Number:** FMCE24014586
**State Reporting Number:** 062024DR014586AXXXCE
**Broward County Case Number:** FMCE24019735
**State Reporting Number:** 062024DR019735AXXXCE
**Broward County Case Number:** FMCE24019737
**State Reporting Number:** 062024DR019737AXXXCE

- Public representative: Debbie Wassermann Schultz or Successor, U.S. House of Representative
  Elected representative
- Any contracts in which we were not fully informed of the relinquishment of Power of Attorney and/or were not provided full clear terms and conditions from the onset
- Any and all contracts that failed to disclose full terms and conditions regarding our estate(s) & trust(s), or trading or securitizing of our securities
- Any and all courts, state or federal, acting as private for-profit entities under color of law, not under Article III de jure authority

- Financial Institutions including but not limited to:

    o  WELLS FARGO BANK, N.A.

    o  U.S. BANK, N.A.

    o  BANK OF AMERICA

    o  SYNCHRONY BANK

    o  CAPITAL ONE

    o  PHH MORTGAGE SERVICES

    o  CHASE BANK

    o  FIDELITY BANK

    o  CHARLES SCHWAB BANK

    o  THE NEW YORK CITY

DK M BK 6 PG 802

- o FLORIDA SECRETARY OF STATE-DIVISION OF CORPORATIONS

- o FLORIDA DEPARTMENT OF FINANCIAL SERVICES

- o BROWARD COUNTY CIRCUIT COURT

- o BROWARD COUNTY TAX COLLECTOR

- o CAPITAL ONE FINANCIAL

- o NAVY FEDERAL CREDIT UNION

- o AMERICAN EXPRESS

- o MACY

- o NELNET LOAN

- o NAVIENT

- o DADE COUNTY CREDIT UNION

- o CREDIT ONE

- o T MOBILE

- o PNC BANK

- o MERCEDES BENZ FINANCIAL

- o ALLY FINANCIAL

- o BROWARD COUNTY SCHOOL

- o WELLS FARGO BANK

- o MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

- o C-BASS MORTGAGE LOAN ASSET-BACKED SECURITIES

- o OCWEN FINANCIAL

- o OCWEN LOAN

- o AMERICAN HOME MORTGAGE SERVICING INC.

DK M  BK 6 PG 804



DK M  BK 6 PG 805

- o  PHH MORTGAGE CORPORATION

- o  ONITY MORTGAGE

- o  SOUTHEAST TOYOTA FINANCE

- o  WORLD OMNI FINANCIAL CORPORATION

- o  BROWARD COUNTY CLERK & COMPTROLLER

- o  OPTION ONE MORTGAGE

- o  UNITED STATES DEPARTMENT OF EDUCATION

- o  SAM'S CLUB

- o  TARGET CARD SERVICES

- o  LIME FINANCIAL

- o  HSBC BANK

- o  FEDERAL RESERVE

- o  VANGUARD

- o  BROWARD CLERK OF COURT

- o  UNITED STATES BANKRUPTCY CLERK OF COURT

- o  DEPARTMENT OF FINANCIAL SERVICES

- o  DEPARTMENT OF TREASURY

- o  INTERNAL REVENUE SERVICES

- o  SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA

- INTERNAL REVENUE SERVICE (IRS) AND ANY SUB-AGENCIES OF THE U.S. DEPARTMENT OF TREASURY

- STATE DEPARTMENTS OF VITAL STATISTICS ATTEMPTING TO HOLD OUR PRIVATE ESTATE PROPERTY IN TRUST OR COMMERCE UNLAWFULLY

7

DK M  BK 6 PG 806



1 5 June 2025

- UNITED STATES CUSTOMS AND IMMIGRATION SERVICES (USCIS)

- NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE – OFFICE OF VITAL RECORDS

- FLORIDA DEPARTMENT OF VITAL STATISTICS

- FLORIDA POWER & LIGHT (FPL)

- CITY OF PLANTATION

- CITY OF OAKLAND PARK

- UNITED STATES POSTAL SERVICES

- STATE OF FLORIDA

- MIAMI-DADE COUNTY

- FEMA (FEDERAL EMERGENCY MANAGEMENT AGENCY)

- FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
- BROWARD COLLEGE

- BROWARD FIRE COLLEGE

- MIAMI-DADE COLLEGE

- FLORIDA STATE FIRE COLLEGE

- FLORIDA DEPARTMENT OF HEALTH

- MIAMI-DADE AVIATIONS DEPARTMENT

- MIAMI INTERNATIONAL AIRPORT

- UNITED STATES DEPARTMENT OF STATE

- SUNPASS

- MIAMI-DADE FIRE RESCUE

- BARRY UNIVERSITY

DK M  BK 6 PG 808



DK M  BK 6 PG 809

- BROWARD COMMUNITY COLLEGE

- KJPTA

- KJ PRIVATE TRUSTEE

- XFINITY

- AT&T

- THE CITY OF NEW YORK

- DEPARTMENT OF JUSTICE) UNITED STATES DEPARTMENT OF JUSTICE

- **Social Security Administration** – We terminate their Power of Attorney over our estate(s) and trust(s). We accept monthly checks as wages for services rendered under duress, as agents for the administration of our trust(s).

- **For-Profit BAR Guild Courts** – We terminate any and all Power of Attorney these private courts claim over our estate(s) and trust(s). Unified Court of New York, ALL - nycourts.gov, Broward County Court, Seventeenth Judicial Circuit Court of Florida, United States Bankruptcy Court, United States Bankruptcy Court of Southern District of Florida.

**To be clear:**

We are not the owners of the estate(s) and trust(s) removing all liabilities.

We are NEVER to be held as surety (captive/kidnapped) for any reason.

We are, **in fact,** the beneficial heirs to all the securities these courts create, and we are without recourse.

All public servants must act solely as fiduciary trustees and never as beneficiaries of these securities.

Nassoma is the only sole Lawful Administrator of all r estate(s) and all  trust(s).

**Restoration of Sovereignty and Birthrights:**

We demand that our estate(s) and trust(s) be removed from democracy and reinstated into the Constitutional Republic. We assert our identities as two of the American people, and we claim full restoration of our birthright(s), estate(s), and Trust. **Surrendering all titles of 14th amendment citizenship back to the Department of State and the Secretary of New York State.**

**Designation of Lawful Administrator:**

Nassoma-Amina: Morgan  also known as Nassoma-Amina: Morgan-Grant is the sole holder of complete Power of Attorney over:

DK M BK 6 PG 836

STATE OF MISSISSIPPI
COUNTY OF DESOTO
I hereby certify that the above and foregoing
is a true copy of the original filed in this office.
This the 26th day of _____, 20 25
Misty Heffner, Clerk of the Chancery Court

By _____ D.C.

13th August

by

Recording requested by:
Morgan-Grant, Nassoma-Amina:

When recorded, Mail this to:
:Morgan-Grant, Nassoma-Amina, EX
c/o 1900 West Oakland Park Boulevard, non-domestic
Broward County near Oakland Park, Florida Florida Republic
[33301-9998] zip exempt, non-resident alien

---

Above Space provided for Recorder's use only.



**AFFIDAVIT OF REVOCATION OF POWER OF ATTORNEY AND TERMINATION OF PRESUMED, IMPLIED, OR CONSTRUCTIVE AUTHORITY OVER OUR PRIVATE ESTATES AND TRUSTS**

BY: Nassoma-Amina: Morgan also known as Nassoma-Amina: Morgan-Grant

Living Woman, Of The American People

Know All Men And Women By These Presents:

We, Nassoma-Amina: from the Bloodline of Morgan married into the House of Grant and living woman, being competent and of sound mind, do hereby declare the following under penalty of perjury and full commercial and private liability:

We are not corporate entities, minors, wards of the State, sureties, or agents. We are not "U.S. citizens" under the 14th Amendment. We are not legal fictions nor parties to any contracts made through nondisclosure, coercion, or fraud. We are American people, private civilians, living in our divine and lawful capacity.

1

We, Nassoma-Amina: from the Bloodline of Morgan married into the House of Grant known as divine living man and divine living woman, of sound mind and of the age of majority, do hereby declare under penalty of perjury that we are not now and have never been sureties for any artificial entity, trust, or ens legis corporation operating in commerce under the names:

- NASSOMA AMINA MORGAN-GRANT,
- NASSOMA AMINA MORGAN
- NASSOMA A MORGAN-GRANT
- NASSOMA A MORGAN
- MORGAN-GRANT NASSOMA AMINA
- MORGAN NASSOMA AMINA
- MORGAN-GRANT NASSOMA A
- MORGAN,NASSOMA A
- MORGAN-GRANT, NASSOMA AMINA
- MORGAN, NASSOMA AMINA
- NASSOMA MORGAN-GRANT, AN    MARRIED    WOMAN
- NASSOMA MORGAN-GRANT,   A SINGLE PERSON

We are the lawful, private, and living people—non-citizen, non-resident, non-corporate—and we irrevocably rescind, cancel, revoke, reject, and declare null and void any and all Power of Attorney—express, implied, constructive, presumed, or otherwise—claimed by any third party, public or private, known or unknown, over our persons, names, estates, trusts, signatures, property, birthrights, or securities.

We hereby revoke, terminate, cancel, rescind, and reject all assumed or presumed Power of Attorney, legal authority, or jurisdiction granted to or claimed by any public or private entity, court, officer, agency, or party regarding our:

- Marriage certificates, licenses, or registrations including:

  APPLICATION NO: ML-CE-97-004194

  AUDIT CONTROL NO: B229459 or any other numbers associated with FLORIDA MARRIAGE RECORD

  FLORIDA MARRIAGE RECORD 97  022892

- Voter registrations or political affiliations

- State-issued or federal identification (Florida and Texas driver's licenses and ID cards)

- Social Security Numbers

- Mortgage agreements or promissory notes

- Deed of Trust

- Court records, court judgments, and BAR administration

- Financial accounts, debts, credit cards, securities, and IRS liens

- Tax assessments or wage garnishments

- School and educational enrollments for our offspring

- Motor vehicle registrations or Department of Motor Vehicles records

We revoke all authority and terminate all such contracts, adhesion instruments, or assignments of Power of Attorney where full disclosure was not provided, consent was not freely given, and/or fraudulent conversion has occurred. This includes any involuntary consent, presumption of incompetence, constructive trust, or designation of us as surety over the following legal entities:

- NASSOMA AMINA MORGAN-GRANT,
- NASSOMA AMINA MORGAN
- NASSOMA A MORGAN-GRANT
- NASSOMA A MORGAN
- MORGAN-GRANT NASSOMA AMINA
- MORGAN NASSOMA AMINA
- MORGAN-GRANT NASSOMA A
- MORGAN,NASSOMA A
- MORGAN-GRANT, NASSOMA AMINA
- MORGAN, NASSOMA AMINA
- NASSOMA MORGAN-GRANT, AN    MARRIED    WOMAN
- NASSOMA MORGAN-GRANT,    A SINGLE PERSON

All attempts to administrate, bond, or securitize these legal entities without our express and written delegation are hereby null and void ab initio.

This revocation applies to all forms of consent presumed without full disclosure, including:

3

- Contracts signed under duress or adhesion

- Involuntary or constructive waivers of rights

- Any presumption of incompetence or guardianship

- Any designation of us as sureties for the all-caps named entities above

We revoke all authority and terminate all such contracts, adhesion instruments, and powers of attorney wherein full disclosure was not provided, consent was not freely given, and/or fraudulent conversion of our estate(s) and trust(s) has occurred.

SPECIFIC TERMINATIONS INCLUDE, BUT ARE NOT LIMITED TO:

We revoke and terminate any signatures, adhesion agreements, contracts, and all presumed Power of Attorney, beneficial rights, trustee authority, or fiduciary role claimed by:

- Social Security Administration

- Any BAR member, acting as trustee, judge, magistrate, administrator, guardian ad litem, legal representative, or attorney-in-fact, not expressly appointed by private trust indenture

- **Voter Registration / Representation** – We terminate voter registration. Debbie Wassermann Schultz does not and has never represented either of us. We cancel, revoke, terminate, rescind, and void any Power of Attorney, presumed or implied, that she or any office might claim over us, our estate(s), trust(s), or property.

- **PHH MORTGAGE SERVICES or any affliates, OCWEN LOAN or any affliates, AMERICAN HOME MORTGAGE SERVICING, INC. or any affliates, , Ocwen Loan Services, OPTION ONE MORTGAGE CORPORATION or any affiliates, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-CB7 or any affiliates, LIME FINANCIAL,  HSBC MORTGAGE SERVICES, and any and all** entities

- We terminate any Power of Attorney these parties may claim, in connection with the cases listed below,  or otherwise. We do not consent to "titles of nobility" or BAR members acting as representatives for either of our estate(s) or trust(s)—past, present, or future. For they do NOT have our best interests at heart, and their first oath is to the court. Including but not exclusive to these matters listed below:
  **UNITED STATES BANKRUPTCY COURT CASE Number: 24-18665-PDR**
  **UNITED STATES BANKRUPTCY COURT CASE Number: 23-108654-PDR**
  **Broward County Case Number:** CACE23021640,

4

**State Reporting Number:** 062023CA021640AXXXCE
**Broward County Case Number:** CACE23022209
**State Reporting Number:** 062023CA022209AXXXCE
**Broward County Case Number:** FMCE24014586
**State Reporting Number:** 062024DR014586AXXXCE
**Broward County Case Number:** FMCE24019735
**State Reporting Number:** 062024DR019735AXXXCE
**Broward County Case Number:** FMCE24019737
**State Reporting Number:** 062024DR019737AXXXCE

- Public representative: Debbie Wassermann Schultz or Successor, U.S. House of Representative
  Elected representative
- Any contracts in which we were not fully informed of the relinquishment of Power of Attorney and/or were not provided full clear terms and conditions from the onset
- Any and all contracts that failed to disclose full terms and conditions regarding our estate(s) & trust(s), or trading or securitizing of our securities
- Any and all courts, state or federal, acting as private for-profit entities under color of law, not under Article III de jure authority

- Financial Institutions including but not limited to:

  o WELLS FARGO BANK, N.A.

  o U.S. BANK, N.A.

  o BANK OF AMERICA

  o SYNCHRONY BANK

  o CAPITAL ONE

  o PHH MORTGAGE SERVICES

  o CHASE BANK

  o FIDELITY BANK

  o CHARLES SCHWAB BANK

  o THE NEW YORK CITY

- FLORIDA SECRETARY OF STATE-DIVISION OF CORPORATIONS
- FLORIDA DEPARTMENT OF FINANCIAL SERVICES
- BROWARD COUNTY CIRCUIT COURT
- BROWARD COUNTY TAX COLLECTOR
- CAPITAL ONE FINANCIAL
- NAVY FEDERAL CREDIT UNION
- AMERICAN EXPRESS
- MACY
- NELNET LOAN
- NAVIENT
- DADE COUNTY CREDIT UNION
- CREDIT ONE
- T MOBILE
- PNC BANK
- MERCEDES BENZ FINANCIAL
- ALLY FINANCIAL
- BROWARD COUNTY SCHOOL
- WELLS FARGO BANK
- MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
- C-BASS MORTGAGE LOAN ASSET-BACKED SECURITIES
- OCWEN FINANCIAL
- OCWEN LOAN
- AMERICAN HOME MORTGAGE SERVICING INC.

- PHH MORTGAGE CORPORATION

- ONITY MORTGAGE

- SOUTHEAST TOYOTA FINANCE

- WORLD OMNI FINANCIAL CORPORATION

- BROWARD COUNTY CLERK & COMPTROLLER

- OPTION ONE MORTGAGE

- UNITED STATES DEPARTMENT OF EDUCATION

- SAM'S CLUB

- TARGET CARD SERVICES

- LIME FINANCIAL

- HSBC BANK

- FEDERAL RESERVE

- VANGUARD

- BROWARD CLERK OF COURT

- UNITED STATES BANKRUPTCY CLERK OF COURT

- DEPARTMENT OF FINANCIAL SERVICES

- DEPARTMENT OF TREASURY

- INTERNAL REVENUE SERVICES

- SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA

- INTERNAL REVENUE SERVICE (IRS) AND ANY SUB-AGENCIES OF THE U.S. DEPARTMENT OF TREASURY

- STATE DEPARTMENTS OF VITAL STATISTICS ATTEMPTING TO HOLD OUR PRIVATE ESTATE PROPERTY IN TRUST OR COMMERCE UNLAWFULLY

- UNITED STATES CUSTOMS AND IMMIGRATION SERVICES (USCIS)

- NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE – OFFICE OF VITAL RECORDS

- FLORIDA DEPARTMENT OF VITAL STATISTICS

- FLORIDA POWER & LIGHT (FPL)

- CITY OF PLANTATION

- CITY OF OAKLAND PARK

- UNITED STATES POSTAL SERVICES

- STATE OF FLORIDA

- MIAMI-DADE COUNTY

- FEMA (FEDERAL EMERGENCY MANAGEMENT AGENCY)

- FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
- BROWARD COLLEGE

- BROWARD FIRE COLLEGE

- MIAMI-DADE COLLEGE

- FLORIDA STATE FIRE COLLEGE

- FLORIDA DEPARTMENT OF HEALTH

- MIAMI-DADE AVIATIONS DEPARTMENT

- MIAMI INTERNATIONAL AIRPORT

- UNITED STATES DEPARTMENT OF STATE

- SUNPASS

- MIAMI-DADE FIRE RESCUE

- BARRY UNIVERSITY

- BROWARD COMMUNITY COLLEGE

- KJPTA

- KJ PRIVATE TRUSTEE

- XFINITY

- AT&T

-

- **Social Security Administration** – We terminate their Power of Attorney over our estate(s) and trust(s). We accept monthly checks as wages for services rendered under duress, as agents for the administration of our trust(s).

- **For-Profit BAR Guild Courts** – We terminate any and all Power of Attorney these private courts claim over our estate(s) and trust(s). Unified Court of New York, ALL - nycourts.gov, Broward County Court, Seventeenth Judicial Circuit Court of Florida, United States Bankruptcy Court, United States Bankruptcy Court of Southern District of Florida.

**To be clear:**
We are not the owners of the estate(s) and trust(s) removing all liabilities.
We are NEVER to be held as surety (captive/kidnapped) for any reason.
We are, **in fact**, the beneficial heirs to all the securities these courts create, and we are without recourse.
All public servants must act solely as fiduciary trustees and never as beneficiaries of these securities.
Nassoma is the only sole Lawful Administrator of all r estate(s) and all  trust(s).

**Restoration of Sovereignty and Birthrights:**
We demand that our estate(s) and trust(s) be removed from democracy and reinstated into the Constitutional Republic. We assert our identities as two of the American people, and we claim full restoration of our birthright(s), estate(s), and Trust. **Surrendering all titles of 14th amendment citizenship back to the Department of State and the Secretary of New York State.**

## Designation of Lawful Administrator:

Nassoma-Amina: Morgan  also known as Nassoma-Amina: Morgan-Grant is the sole holder of complete Power of Attorney over:

- Her own estate and trust
- Her offspring's estate(s) and trust(s)
- She alone is authorized to act as the sole lawful administrator for all estate(s) and trust(s), and to settle all related matters exclusively in courts of equity—not in courts of law.
- Beneficial heir of my Estate & parents Estates, Living Woman, Nassoma-Amina: Morgan-Grant also known as Nassoma-Amina: Morgan

This revocation includes all marriage licenses, marriage registrations, , voter registration, social security, driver's licenses (Florida), mortgages, financial accounts, court records, credit instruments, securities, school enrollments, all applications including but not limited to: employment, credit, and school applications, registrations, Internal Revenue Services forms, and tax assessments.

## WE RECLAIM AND RETAIN:

All lawful rights, titles, interests, proceeds, securities, dividends, stipends, benefits, credits, and assets derived from the monetization, securitization, or administration of our name(s), signature(s), estate(s), and trust account(s)—private or public. No agency or party may use our names or estate identifiers for financial gain or trust creation without express, written consent.

NOTICE AND DEMAND:

We hereby demand the full release and return of all interest, value, insurance, proceeds, and assets derived from:

- Our trust accounts

- CUSIP-linked securities

- Estate bonds

- Any other instrument created using our legal or lawful names

We demand immediate access to all accounting records, full disclosure, and audit trails of all transactions tied to our private estate(s), trust(s), or name(s). Any further use of NASSOMA AMINA MORGAN GRANT, NASSOMA AMINA MORGAN, MORGAN-GRANT NASSOMA AMINA, MORGAN NASSOMA AMINA, MORGAN-GRANT, NASSOMA A, MORGAN, NASSOMA A, or any derivatives without express, written consent shall be deemed a trespass upon our estate(s), trust(s), and person(s) and a violation of international trust law.

## RESTORATION OF SOVEREIGN CAPACITY AND BIRTHRIGHTS:

10

Only we, the undersigned, retain full lawful authority over our respective estates and trust(s). We appoint no agency or third party as administrator, trustee, or attorney-in-fact unless by written trust indenture or private affidavit of delegation.

We affirm this Affidavit under penalty of perjury under the laws of the united States of America and universal law, and this shall serve as our solemn, final, and lawful revocation and reclamation of all unauthorized powers.

Executed this __18th__ day of __June__, 2025, with full faith, full right, and standing, under the divine law, equity, and constitutional guarantees:


AS THE BENEFICIAL HEIRS TO ALL OUR SECURITIES, WITHOUT RECOURSE.

Done in true faith, as ~~one~~ of the American people,

By: nassoma-amina, Beneficial Heir/Ex.
without recourse, A.A.

Beneficial Heir of My Estate & Parents' Estates

Divine Living Woman,

Nassoma-Amina: bloodline of Morgan,

married into the House of Grant



Witnesses:

1. _Pauline S. Higgins_    Pauline S. Higgins

2. _Anaya A. Miller_    Anaya A. Miller

3. _Eugenie Johnson_    Eugenie Johnson

4. _Ananya Smith_    Ananya Smith

# EXHIBIT F

**Certified Recorded Instrument with Broward County Land Records: Instrument #120429452: Notice of Rebuttal of Presumptions of Court and public Declaration of Estate Interest**

- Rebut all corporate presumptions, rejects all unlawful jurisdiction, and declares reversions and restoration of original estates NASSOM AMINA MORGAN and NASSOMA AMINA MORGAN-GRANT
- Rebuts all presumptions of courts.
- Affirms standing to retain all rights, title, and interest, equites, and proceeds of the estate.
- Affirms tha all adverse claims are null and void ab initio.

Filed as Exhibit D to Notice of Filing of Evidentiary Exhibits, Case No. 24-18665-PDR United States Bankruptcy Court Of Florida

RECORDING REQUESTED BY:
Nassoma Amina Morgan Estate

PREPARED BY: Nassoma-Amina:Morgan
c/o 7850 North-West 5th Street Unit 16447 non-domestic
Near Plantation, Florida Republic [33317-9998]
uSA non-resident alien, Private Civilian,Non Military
(786) 385-4746

RETURN TO: Nassoma Amina Morgan Estate
In care of: Nassoma-Amina: Morgan, Ex.
℅ c/o 1900 W Oakland Park Blvd, Unit 5062
Oakland Park, Florida Republic [33310-9998]
uSA [Non-Domestic, Non-Person, Non Military]
(786) 385-4746

Above space provided for Recorder's use only.



Grantor: The Most-High-Divine Creator
Grantee: Nassoma-Amina Bloodline of Morgan

### NOTICE OF REBUTTAL OF PRESUMPTIONS OF COURT AND PUBLIC DECLARATION OF ESTATE INTEREST




I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 10 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
ee99b3ec-3972-4760-8083-e4355ce548bd Page 1 of 9



The court presumes officers act faithfully under oath.
Rebuttal: rebut the presumption that all officers of this court act faithfully under lawful oath. I hereby demand production into evidence of: a certified copy of any oath of office, a copy of the anti-bribery oath as required by law and a  valid surety bond proving accountability.Until such evidence is produced, no officer may lawfully claim to act in fiduciary capacity or impartial service. Any officer whose Bar oath conflicts with their public oath must recuse themselves. Silence or failure to provide lawful proof constitutes fraud, trespass, and estoppel.

4. **Presumption of Immunity:**
The court presumes judges and prosecutors are immune from liability.
Rebuttal: I hold all officers personally liable for trespass against my estate, rights, and standing. All powers of attorney — express, implied, presumed, constructive, or otherwise — claimed by any public or private entity, court, officer, or agency over my person, name, estate, or trust are revoked. No such delegation of authority is recognized from this day forward, nunc pro tunc, ab initio. No judge, officer, agent may cloak themselves in immunity while trespassing against your estate. Any act against your estate is a personal trespass for which they are liable. Their claim of immunity is null, because you have terminated their authority ab initio.Immunity falls before equity and truth. Recorded declarations, affidavits and notices: Desoto County, Mississippi DK M BK 6 PG 864 - 908 and DK M BK 6 PG 729-836.

5. **Presumption of Summons:**
The court presumes that a summons creates jurisdiction.
Rebuttal: A summons does not bind me into joinder, nor does silence create consent. This is a notice that I do not accept joinder or jurisdiction by summons. I appear only in special visitation, as Friend of the Court and Executor of my estate, for the limited purpose of settling any lawful matter in equity. Silence or failure to rebut this notice in affidavit form constitutes agreement and estoppel. Recorded declarations, affidavits and notices: Desoto County, Mississippi DK M BK 6 PG 864 - 908 and DK M BK 6 PG 729-836.

6. **Presumption of Custody:**
The court presumes I am a "thing" subject to custody.
Rebuttal: This is a notice that I, Nassoma-Amina: Morgan, living woman and Beneficial Heir, rebut the presumption that I am a thing, PERSON, or chattel subject to custody. I am of flesh, blood, and soul, born upon the land of Bronx, New York Republic. My estate is private and sovereign. Any attempt to detain or bond me under the artificial construct "NASSOMA AMINA MORGAN" or "NASSOMA AMINA MORGAN-GRANT" shall constitute trespass, fraud, and violation of equity and divine law. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi DK M BK 6 PG 306-317, DK M BK 6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836.

7. **Presumption of Court of Guardians:**
The court presumes I am a ward or pauper under guardianship.
Rebuttal: I am the General Guardian and General Executor of my estate. I stand competent and responsible, owing no guardianship to the State. I revoke all presumed powers of attorney and reject all authority of BAR members, judges, magistrates, administrators, or trustees not expressly appointed by me the living woman. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi: DK M BK 6 PG 306-317, DK M BK 6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836.

8. **Presumption of Court of Trustees:**
The court presumes I serve as trustee for the public trust.
Rebuttal: I am not a trustee for the public trust. I am Executor and Beneficial Heir of my private estate and trust, and no court, officer, or BAR member may presume to assign me the duties of a public trustee. Any such attempt constitutes fraud and trespass upon the estate. I reject any assignment of public trustee status. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto

3 | Page



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 10 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
ee99b3ec-3972-4760-8083-e4355ce548bd Page 3 of 9



3. Presumption of Escheat is rebutted; my estate has not escheated
   Rebuttal: I, Nassoma-Amina: Morgan, also known on certain records as *Nassoma Amina Morgan-Grant*, a living woman and Beneficial Heir, affirm that my estate is perfected and secured through: Deed of Acknowledgment and Acceptance (RA757633769US-01) Notice of Conveyance (RA757633769US-02), and Notice of Acceptance of Trust Property (RA757633769US-03).All duly recorded. As Executor and Heir, I claim, retain, and administer all rights, titles, and interests in my private estate, nunc pro tunc, ab initio. Any attempt to presume escheat constitutes fraud, trespass, and unlawful conversion of the estate. Recorded Declarations: DeSoto County, Mississippi – DK M BK 6, Pages 837–863.

4. Presumption of Executor/Trustee is rebutted; I am a Beneficial Heir.    Recorded declarations, affidavits and notices: Desoto County, Mississippi DK M BK 6 PG 306-317, DK M BK 6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836, DK M BK 6 PG 837-863.

5. Presumption of Competence is rebutted; I stand competent, literate, and age of majority. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi DK M BK 6 PG 306-317, DK M BK 6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836.

6. Presumption of Beneficiary/Infancy – rebutted; I am not a ward nor infant. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi DK M BK 6 PG 306-317, DK M BK 6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836.

7. Presumption of Authority is rebutted; no corporate or foreign authority supersedes Divine Law. Recorded declarations, affidavits and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi DK M BKN6 PG 306-317, DK M BK6 PG 299-305, DK M BK 6 PG 864-908, and DK M BK 6 PG 729-836.

8. Rebuttal: I, Nassoma-Amina: Morgan, a living woman and Beneficial Heir, am a non-resident alien domiciled outside federal territory. I am not a U.S. citizen under the 14th Amendment, nor am I an enemy, ward, debtor, or trustee. I stand in my private capacity, under equity and Divine Law, as Executor and Heir of my estate. Any claim of jurisdiction must be proven on the record. Silence or failure to provide lawful evidence of jurisdiction constitutes fraud and estoppel. Recorded declarations, affidavits, and notices: Desoto County, Mississippi DK M BK 6 PG 864-908, DK M BK 6 PG 729-836, DK M BK 6 PG 837-863.

9. Presumption of Debt is rebutted; I am creditor, not debtor.  As a living woman and beneficial heir, I, rebut the presumption that I am debtor or surety for the artificial construct "NASSOMA AMINA MORGAN" or any derivative thereof. I am the creditor, not the debtor. I stand as Executor and Heir of my estate, which is private, solvent, and sovereign. Any attempt to administrate me as debtor constitutes fraud, trespass, and unlawful conversion of my estate. Recorded declarations, affidavits, and notices: Desoto County, Mississippi DK M BK 6, PG 306-317, DK M BK 6 PG 864-908, DK M BK 6 PG 729-836, DK M BK 6 PG 837-863, and DK M BK 6 PG·

10. Presumption of Forfeiture/Abandonment – rebutted; my estate has not been abandoned. Be it known: I, Nassoma-Amina: Morgan, living woman and Beneficial Heir, rebut the presumption that my estate has been abandoned or forfeited. I am present and competent, standing as Executor and Heir of my estate, and I retain full rights, title, and interest to all property, securities, credits, and trusts associated with the name or estate of

11. "NASSOMA AMINA MORGAN", "NASSOMA AMINA MORGAN-GRANT", MORGAN-GRANT, NASSOMA AMINA, or any derivative thereof. Any attempt to claim forfeiture or abandonment constitutes fraud, trespass, and unlawful conversion of the estate. Recorded declarations, affidavits, and notices: Broward County, Florida Republic: Instrument #: 119761454. Desoto County, Mississippi DK M BK 6 PG 306-317, DK M BK 6  PG 864-908, and DK M BK 6 PG 729-836.

12. Presumption of Citizenship is rebutted; I am not a U.S. citizen nor 14th Amendment person. Recorded declarations, affidavits, and notices: Desoto County, Mississippi DK

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 10 day of September, 2025 County Administrator.
By:  Broward County Deputy Clerk
ee99b3ec-3972-4760-8083-e4355ce548bd Page 5 of 9



24. Affidavit of Memorial of Estate
25. Proclamation, Testamentary Will and Master Power of Attorney, Appointment of
General Administrator.

**Recordings – August 26, 2025 (Book 6, Pages 837–863):**

26. Deed of Acknowledgment and Acceptance by Grantee – RA757633769US-01
27. Notice of Delivery and Conveyance to the Living Estate Trust – RA757633769US-02
28. Notice of Acceptance of Trust Property by Trustee – RA757633769US-03
29. Notice of Interest in Estate by Private Trust – RA757633769US-04
30. Certificate of Live Birth (duplicate reference)
31. Birth Certificate
32. Live-Life-Claim (duplicate reference).

**Recordings – August 26, 2025 (Book 6, Pages 909–931):**

33. Durable Power of Attorney.

**Closing Declaration:**

• Let it be known that all parties, agents, officers, or principals receiving this Notice
and Affidavit have twenty-one (21) days from the date of *public notice* to rebut,
controvert, or otherwise lawfully contest the statements herein by sworn affidavit,
point-for-point, with full commercial liability. Failure to timely respond shall
constitute agreement, admission, and permanent estoppel by acquiescence, and
this Affidavit shall stand as truth in commerce, nunc pro tunc, as of the date of
signing.

I, Nassoma-Amina: Morgan, do solemnly affirm that the foregoing is true, correct,
complete, and issued under penalty of perjury in good faith, with clean hands, and
under Divine Law.

Executed this 8th day of September, 2025, on the land of Broward County, Florida Republic.
By: Nassoma-amina: morgan, private civilian, Ex; living woman, Beneficial Heir
Nassoma-Amina: Morgan All Rights Reserved without Recourse
Living Woman, Private Civilian, Beneficial Heir, Executor of the Estate.

Executed by:
by: Nassoma-amina: morgan, Ex; Beneficial Heir
Nassoma-Amina: Morgan All Rights Reserved without recourse
Living Woman, Beneficial Heir, Executor of the estate,
Trustee of the living estate trust
All Rights Reserved, Without Recourse, Private Civilian.



Witnesses:

1.  Jose Rangel          _____

2.  Robert Williamson    _____

3.  CASWAINE ESSUE       _____

4.  EUGENIE JOHNSON      Eugenie Johnson

7 | P a g e


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 10 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
ee99b3ec-3972-4760-8083-e4355ca548bd Page 7 of 9



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 10 day of September, 2025 County Administrator.
By: Broward County Deputy Clerk
ee99b3ec-3972-4760-8083-e4355ce548bd Page 9 of 9